AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

Northern DISTRICT OF California

NELSON GONZALES

V.

MICHAEL NOVOSEL, et al.

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: C 07 04720 JL

**NOTICE**

To: Michael Novosel
1355 Convention Way, Redwood City, CA 94063
Name and Address of Person to Be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on October 10, 2007.
Date

_____
Signature of Sender

John H. Scott
Name of Sender

Scott Law Firm, 1375 Sutter Street
Suite 222, San Francisco, CA 94109
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on 10/15/07 at 355 Convention Way Redwood City CA 94063
Date of Receipt                Address

10/15/07
Date of Signature

_____
Signature

Alex Radius
Name (Please Type or Print)

Sergeant
Relationship of Entity Served or Authority to Receive Service of Process

355 Convention Way Redwood City CA
Current Address

AO-440A