AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/29/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| George S. Dempsey | REGISTERED PROCESS SERVER, SAN MATEO COUNTY #348 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

   Summons & Complaint for S. Curmi  accepted  by Specialist A. Lapuyade, Badge #04AL05, S. San Francisco Police Dept. on 10/29/07 at 4:15 PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____10/29/2007_____
                        Date

Signature of Server

3231 Susan Drive, San Bruno, CA  94066
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.