1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JOHN P. DEVINE
   Deputy Attorney General
4  State Bar No. 170773
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-3664
    Telephone: (415) 703-5522
6   Fax: (415) 703-5480
    Email: john.devine@doj.ca.gov
7  Attorneys for Defendant Michael Novosel

8         IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **NELSON GONZALES,** | C 07 4720 JL |
| Plaintiff, | **DEFENDANT MICHAEL NOVOSEL'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION (General Order 44 (N))** |
| v. | |
| **MICHAEL NOVOSEL, et al.,** | |
| Defendants. | |

17     TO THE CLERK OF THE HONORABLE UNITED STATES DISTRICT COURT FOR THE

18  NORTHERN DISTRICT OF CALIFORNIA

19     PLEASE TAKE NOTICE that Defendant Michael Novosel hereby declines to consent to the

20  assignment of a United States Magistrate to this case, pursuant to General Order 44 (N) of the

21  United States District Court, Northern District of California, and respectfully requests that the clerk

22  randomly reassign the case to a United States District Judge.

1  Dated: November 28, 2007

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General

5

6

   /s/ *John P. Devine*
7  JOHN P. DEVINE
   Deputy Attorney General

8  Attorneys for Defendant Michael Novosel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28