|   |   |
|---|---|
| 1 |   |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

NELSON GONZALES

    Plaintiff(s),                          No. 07-04720 JL

   v.                                NOTICE OF IMPENDING
                                     REASSIGNMENT TO A UNITED
                                     <u>STATES DISTRICT COURT JUDGE</u>

MICHAEL NOVOSEL

    Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for December 19, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: November 29, 2007

                                                            Richard W. Wieking, Clerk
                                                            United States District Court

                                                            _____
                                                            By: Wings Hom, Deputy Clerk