1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   OFFICER RON CARLINO, OFFICER SEAN CURMI,
7  OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | NELSON GONZALES,                              | Case No:  C07-04720 JL
12 |             Plaintiff,                        |
                                                   | **CERTIFICATION OF INTERESTED
13 | v.                                            | ENTITIES OR PERSONS**
14 | MICHAEL NOVOSEL, R. CARLINO, S.               |
   | CURMI, A. BORDIGON, J. FUKUSHIMA and          |
15 | DOES 1-25, inclusive,                         |
16 |             Defendants.                       |

Certificate of Interested Parties [C07-04720 JL]

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 4, 2007

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/
Tricia L. Hynes
Attorneys for Defendants
OFFICER RON CARLINO, OFFICER SEAN CURMI, OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

1035331_1