Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
OFFICER RON CARLINO, OFFICER SEAN CURMI,
OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALES,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA and DOES 1-25, inclusive,<br><br>                    Defendants. | Case No:  C07-04720 JL<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

Notice of Unavailability of Counsel [C07-04720 JL]

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants Officer Ron Carlino, Officer Sean Curmi, Officer Anthony Bordigon and Officer Jason Fukushima will be unavailable December 21, 2007 through January 2, 2008, for all purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex parte applications, filing papers, responding to communications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

Dated: December 7, 2007            Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By:_____/s/_____
          Tricia L. Hynes
          Attorneys for Defendants
          OFFICER RON CARLINO, OFFICER SEAN
          CURMI, OFFICER ANTHONY BORDIGON
          and OFFICER JASON FUKUSHIMA

1036733_1