IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALES, | No. C 07-04720 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| MICHAEL NOVOSEL, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, December 21, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 10, 2007                              FOR THE COURT,

                                                      Richard W. Wieking, Clerk
                                                      By: _____
                                                           Barbara Espinoza
                                                           Courtroom Deputy