**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 21, 2007**

**C-07-4720**

## NELSON GONZALES v. MICHAEL NOVOSEL

Attorneys:   John Scott                John Devine

                                      Kimberly Colwell

Deputy Clerk: **Frank Justiliano**        Reporter: **None**

**PROCEEDINGS:**                                        **RULING:**

1. _____

2. _____

3. _____

4. _____

( ) Status Conference    ( ) P/T Conference    ( X ) Initial Case Management Conference

**ORDERED AFTER HEARING:**
_____

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____
    ( ) By Court        ( ) Parties to approach Chief Magistrate in future

(X) CASE CONTINUED TO 2/29/08 at 8:30 a.m. to allow preliminary hearing set for 2/13/08 to go forward.

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                Type of Trial: ( ) Jury    ( ) Court

Notes: _____