<u>**CIVIL MINUTES**</u>

**Judge CHARLES R. BREYER**

Date: <u>**February 29, 2008**</u>

<u>**C-07-04720 CRB**</u>

<u>**NELSON GONZALES  v.  MICHAEL NOVOSEL**</u>

Attorneys:        <u>John Scott                          </u>              <u>John Devine                    </u>

                      <u>Randolph Daar                  </u>              <u>Kimberly Colwell          </u>

Deputy Clerk: **BARBARA ESPINOZA          **        Reporter:  **Not Reported  **

<u>**PROCEEDINGS:**</u>                                                                                      <u>**RULING:**</u>

1.  <u>Further Case Management Conference   - Held                              </u>          <u>              </u>

2.  <u>                                                                                      </u>          <u>              </u>

3.  <u>                                                                                      </u>          <u>              </u>


<u>**ORDERED AFTER HEARING:**</u>

<u> Discovery to go forward, counsel to notice depositions.  The Court will entertain a protective order. </u>

_____

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO <u>May 16, 2008 @ 8:30 a.m.</u> for <u>Further Case Management Conference </u>

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____        Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                              Type of Trial:  (  )Jury    (  )Court

Notes: _____

_____

_____