1 | Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
2 | Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
3 | MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
4 | Oakland, CA  94607
Telephone: (510) 808-2000
5 | Facsimile: (510) 444-1108

6 | Attorneys for Defendants
OFFICER RON CARLINO, OFFICER SEAN CURMI,
7 | OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | NELSON GONZALES,                               | Case No:  C07-04720 JL

12 |                Plaintiff,

13 | v.                                             | **NOTICE OF UNAVAILABILITY OF COUNSEL**

14 | MICHAEL NOVOSEL, R. CARLINO, S.
CURMI, A. BORDIGON, J. FUKUSHIMA and
15 | DOES 1-25, inclusive,

16 |                Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Unavailability of Counsel [C07-04720 JL]

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants Officer Ron Carlino, Officer Sean Curmi, Officer Anthony Bordigon and Officer Jason Fukushima will be unavailable March 28, 2008 through April 7, 2008, for all purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex parte applications, filing papers, responding to communications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

Dated: March 26, 2008          Respectfully submitted,

                               MEYERS, NAVE, RIBACK, SILVER & WILSON


                               By:_____/s/_____
                                   Tricia L. Hynes
                                   Attorneys for Defendants
                                   OFFICER RON CARLINO, OFFICER SEAN
                                   CURMI, OFFICER ANTHONY BORDIGON
                                   and OFFICER JASON FUKUSHIMA

1036733_2.DOC