**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 16, 2008**

**C-07-04720 CRB**

   **NELSON GONZALES  v.  MICHAEL NOVOSEL**

Attorneys:    John Scott                                     Tricia Hines,

                                                                      John Devine

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Not Reported**

**PROCEEDINGS:**                                                          **RULING:**

1.  Further Case Management Conference  - Held

2. _____

3. _____

**ORDERED AFTER HEARING:**

  Counsel to work out all other dates

( ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____

(X) Referred to Magistrate Judge James Larson for:  settlement

( ) CASE CONTINUED TO _____            for _____

Discovery Cut-Off _____         Expert Discovery Cut-Off _____
Plntf to Name Experts by _____      Deft to Name Experts by _____

P/T Conference Date October 16, 2008 @ 2:30 p.m.  Trial Date October 20, 2008 @ 8:30  Set for ___ days
                                                  Type of Trial:  (X)Jury    ( )Court

Notes: _____