## PIER 5 LAW OFFICES
### A COMMUNITY OF SOLE PRACTITIONERS

JAMES J. CLARK
RANDOLPH E. DAAR
OMAR FIGUEROA
GAYLE GUTEKUNST
CAROLYN M. HAGIN
LAURENCE JEFFREY LICHTER
NEDRA RUIZ
DIANA SAMUELSON
J. TONY SERRA
ANNE MARIE TOMASSINI
EAN VIZZI
SHARI LYNN WHITE
SARA ZALKIN

506 BROADWAY
SAN FRANCISCO 94133
TELEPHONE YUKON 6-5591
AREA CODE 415
FAX: 421-1331

SECRETARIAL STAFF:
PENELOPE ROSE
STEPHANIE BROWN

June 19, 2008

**IT IS SO ORDERED**
/s/ James Larson
Judge James Larson
*(United States District Court, Northern District of California)*

Honorable Judge James Larson
Magistrate Court
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Gonzales v. Novosel et al.
      Case No. CV 07-04720 CRB (JL)

Dear Magistrate Judge Larson:

This letter is a request by all parties to move the settlement conference presently set for August 8, 2008 at 10am, to August 27, 2008 at 2pm. Counsel is appreciative of the Court's efforts to accommodate their schedules.

Sincerely,

RANDOLPH E. DAAR

cc:  Tricia Hynes
     John Devine
     John Scott

jw