```
 1  John Houston Scott (SBN 72578)
    Lizabeth N. De Vries (SBN 227215)
 2  Scott Law Firm
    1375 Sutter, Ste. 222
 3  San Francisco CA 94109
    TEL: (415) 561-9600
 4  FAX: (415) 561-9609

 5  Randolph E. Daar (SBN 88195)
    Anne Marie Tomassini (SBN 239017)
 6  506 Broadway

 7  San Francisco, CA 94133
    TEL: (415) 986-5591
 8  FAX: (415) 421-1331

 9  Attorneys for Defendant
    NELSON GONZALEZ
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NELSON GONZALEZ, | CASE NO. C0704720JL |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE DATE |
| vs. | |
| MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A BORDIGON, F. FUKUSHIMA and DOES 1-25, inclusive, | |
| Defendants. | |

The parties have entered into this Stipulation to create an opportunity for settlement prior to committing further time and resources.

IT IS HEREBY STIPULATED by and between the parties that the date for expert disclosures shall be continued from July 22, 2008 to August 29, 2008 so that the parties may participate in settlement negotiations with Magistrate Judge Larson prior to the date of expert disclosures.

1  Dated: June 23, 2008

2                                          /s/RANDOLPH E. DAAR
                                             JOHN HOUSTON SCOTT
3                                          LIZABETH de VRIES
                                           RANDOLPH E. DAAR
4                                          Attorneys for Plaintiff
                                           NELSON GONZALEZ
5
   Dated: June 16, 2008
6

7                                          /s/TRICIA L. HYNES
                                           TRICIA L. HYNES
8                                          Attorneys for Defendants
                                           R. CARLINO, S. CURMI, A. BORDIGON
9                                          and J. FUKUSHIMA

10 Dated: June 23, 2008

11                                         /s/JOHN P. DEVINE
                                           PAUL T. HAMMERNESS
12                                         JOHN P. DEVINE
                                           Attorneys for Defendant
13                                         MICHAEL NOVOSEL

14

15                              **PROPOSED ORDER**

16     Pursuant to the stipulation of counsel, and good cause

17 appearing therefor,

18     IT IS HEREBY ORDERED that the date for expert disclosures

19 shall be continued to August 29, 2008.

20     DATED:

21

22                                         _____
                                           HON. CHARLES R. BREYER
23                                         U.S. DISTRICT COURT JUDGE