1  John Houston Scott (SBN 72578)
   Lizabeth N. De Vries (SBN 227215)
2  Scott Law Firm
   1375 Sutter, Ste. 222
3  San Francisco CA 94109
   TEL: (415) 561-9600
4  FAX: (415) 561-9609

5  Randolph E. Daar (SBN 88195)
   Anne Marie Tomassini (SBN 239017)
6  506 Broadway

7  San Francisco, CA 94133
   TEL: (415) 986-5591
8  FAX: (415) 421-1331

9  Attorneys for Defendant
   NELSON GONZALEZ
10

11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 | NELSON GONZALEZ,              | CASE NO. C0704720JL
15 |         Plaintiff,            |
                                   | STIPULATION AND [PROPOSED]
16 |     vs.                       | ORDER CONTINUING EXPERT
                                   | DISCLOSURE DATE
17 | MICHAEL NOVOSEL, R. CARLINO, S.
   | CURMI, A BORDIGON, F. FUKUSHIMA
18 | and DOES 1-25, inclusive,

19 |         Defendants.
   | _____/
20

21     The parties have entered into this Stipulation to create an

22  opportunity for settlement prior to committing further time and

23  resources.

24     IT IS HEREBY STIPULATED by and between the parties that the

25  date for expert disclosures shall be continued from July 22,

26  2008 to August 29, 2008 so that the parties may participate in

27  settlement negotiations with Magistrate Judge Larson prior to

28  the date of expert disclosures.

```
 1  Dated: June 23, 2008
 2                                  /s/RANDOLPH E. DAAR
                                    JOHN HOUSTON SCOTT
 3                                  LIZABETH de VRIES
                                    RANDOLPH E. DAAR
 4                                  Attorneys for Plaintiff
                                    NELSON GONZALEZ
 5  Dated: June 16, 2008
 6
 7                                  /s/TRICIA L. HYNES
                                    TRICIA L. HYNES
 8                                  Attorneys for Defendants
                                    R. CARLINO, S. CURMI, A. BORDIGON
 9                                  and J. FUKUSHIMA
10  Dated: June 23, 2008
11                                  /s/JOHN P. DEVINE
                                    PAUL T. HAMMERNESS
12                                  JOHN P. DEVINE
                                    Attorneys for Defendant
13                                  MICHAEL NOVOSEL
```

## ~~PROPOSED~~ ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that the date for expert disclosures shall be continued to August 29, 2008.

DATED: July 1, 2008

HON. CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2