1  John Houston Scott (SBN 72578)
   Lizabeth N. De Vries (SBN 227215)
2  Scott Law Firm
   1375 Sutter, Ste. 222
3  San Francisco CA 94109
   TEL: (415) 561-9600
4  FAX: (415) 561-9609

5  Randolph E. Daar (SBN 88195)
   Anne Marie Tomassini (SBN 239017)
6  506 Broadway

7  San Francisco, CA 94133
   TEL: (415) 986-5591
8  FAX: (415) 421-1331

9  Attorneys for Defendant
   NELSON GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NELSON GONZALEZ, | CASE NO. C0704720JL |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE DATE |
| MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A BORDIGON, F. FUKUSHIMA and DOES 1-25, inclusive, | |
| Defendants. | |

The parties have entered into this Stipulation to create an opportunity for settlement prior to committing further time and resources.

IT IS HEREBY STIPULATED by and between the parties that the date for expert disclosures shall be continued from July 22, 2008 to August 29, 2008 so that the parties may participate in settlement negotiations with Magistrate Judge Larson prior to the date of expert disclosures.

Dated: June 23, 2008

        /s/RANDOLPH E. DAAR
        JOHN HOUSTON SCOTT
        LIZABETH de VRIES
        RANDOLPH E. DAAR
        Attorneys for Plaintiff
        NELSON GONZALEZ

Dated: June 16, 2008

        /s/TRICIA L. HYNES
        TRICIA L. HYNES
        Attorneys for Defendants
        R. CARLINO, S. CURMI, A. BORDIGON
        and J. FUKUSHIMA

Dated: June 23, 2008

        /s/JOHN P. DEVINE
        PAUL T. HAMMERNESS
        JOHN P. DEVINE
        Attorneys for Defendant
        MICHAEL NOVOSEL

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that the date for expert disclosures shall be continued to August 29, 2008.

DATED: July 1, 2008

        HON. CHARLES R. BREYER
        U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California*

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2