Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
OFFICER RON CARLINO, OFFICER SEAN CURMI,
OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALES, | Case No:  C07-04720 CRB (JL) |
| Plaintiff, | |
| v. | **PARTIES' STIPULATED ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER TO SET A FURTHER CASE MANAGEMENT CONFERENCE ON AUGUST 1, 2008 [Civil L. R. 7-11 & 7-12]** |
| MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA and DOES 1-25, inclusive, | |
| Defendants. | |
| | Complaint filed:  September 13, 2007 |
| | Trial Date:  October 20, 2008 |

1    Comes now PLAINTIFF NELSON GONZALES (hereinafter "PLAINTIFF") and

2  DEFENDANTS MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J.

3  FUKUSHIMA (hereinafter "DEFENDANTS") who submit the following Stipulated Administrative

4  Request and Proposed Order:

5    The parties request that the Court schedule a further Case Management Conference in this

6  matter in order to seek the Court's guidance with regard to significant discovery and pre-trial

7  scheduling issues that have recently come to light.

8    Trial in this case is currently set for October 20, 2008.  The parties have been working

9  together diligently to set a deposition schedule that accommodates all parties, their counsel, and the

10  necessary witnesses.  Through no fault of the attorneys, plaintiff's deposition has been rescheduled at

11  least three times to date due to his poor health.  It is the parties' understanding that the plaintiff is a

12  paraplegic, and is prone to infections, among other issues.  Additionally, due to his ill health, his

13  criminal trial has been vacated entirely and it is unclear when it will be rescheduled at this time.

14    Further, the parties are still working out a date for an independent medical examination of

15  plaintiff which has yet to be set.  Plaintiff's psychiatric records have not yet been released.  And the

16  State defendant is currently in a discovery dispute over the plaintiff's probation records with the San

17  Mateo County Probation Department.  All defendants have suggested that the trial date be moved to

18  February 23, but the plaintiff will not agree to any continuance.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Based on all of the above, the parties wish to appear before the Court on **August 1, 2008**, at **8:30 a.m.** for a further Case Management Conference to seek the Court's guidance in what should occur.

**IT IS SO STIPULATED.**

DATE: July 28, 2008                     /s/    John Houston Scott
                                           John Houston Scott, Esq.
                                         Attorney for PLAINTIFF
                                         Nelson Gonzales

DATE: July 28, 2008                     /s/    John P. Devine
                                         John P. Devine, Esq.
                                         Attorney for DEFENDANT
                                         Michael Novosel

DATE: July 28, 2008                     /s/    Tricia L. Hynes
                                         Tricia L. Hynes, Esq.
                                       Attorney for DEFENDANTS
                                         Officer Ron Carlino, Officer Sean Curmi,
                                         Officer Anthony Bordigon and Officer Jason
                                         Fukushima

### [PROPOSED] ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that a further Case Management Conference will be held on August 1, 2008 at 8:30 am.

Dated:_____

                                     HONORABLE CHARLES R. BREYER
                                      U. S. DISTRICT COURT, NORTHERN DISTRICT

1128994_1.DOC