IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NELSON GONZALES,

    Plaintiff,

v.

MICHAEL NOVOSEL,

    Defendant.

No. C 07-04720 CRB

**HEARING ORDER**

The parties shall report to the Court for a hearing on August 21, 2008 at 10:00a.m. At the hearing, the plaintiff will be provided with the opportunity to object the release of "personal information" in his probation reports. People v. Connor, 115 Cal. App. 4th 669, 696 (2004). Plaintiff shall be prepared to identify <u>specific</u> pieces of personal information that must be redacted because his interest in keeping the information confidential outweights any reasonable potential benefit to be gained by disclosing it. See id.

**IT IS SO ORDERED.**

Dated: July 30, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4720\Hearing Order.wpd