1  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes, Esq. (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   OFFICER RON CARLINO, OFFICER SEAN CURMI,
7  OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | NELSON GONZALES,                    | Case No:  C07-04720 CRB (JL)
11 |                                     |
   |              Plaintiff,             |
12 |                                     | **PARTIES' STIPULATED
   | v.                                  | ADMINISTRATIVE REQUEST AND
13 |                                     | [PROPOSED] ORDER TO SET A
   | MICHAEL NOVOSEL, R. CARLINO, S.     | FURTHER CASE MANAGEMENT
14 | CURMI, A. BORDIGON, J. FUKUSHIMA and| CONFERENCE ON AUGUST 1, 2008
   | DOES 1-25, inclusive,               | [Civil L. R. 7-11 & 7-12]**
15 |                                     |
   |              Defendants.            |
16 |                                     |
   |                                     | Complaint filed:  September 13, 2007
17 |                                     | Trial Date: October 20, 2008

18

19

20

21

22

23

24

25

26

27

28

Stipulated Administrative Request and [Proposed] Order to Set Further CMC [C07-04720 CRB (JL)]

1   Comes now PLAINTIFF NELSON GONZALES (hereinafter "PLAINTIFF") and
2   DEFENDANTS MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J.
3   FUKUSHIMA (hereinafter "DEFENDANTS") who submit the following Stipulated Administrative
4   Request and Proposed Order:
5   The parties request that the Court schedule a further Case Management Conference in this
6   matter in order to seek the Court's guidance with regard to significant discovery and pre-trial
7   scheduling issues that have recently come to light.
8   Trial in this case is currently set for October 20, 2008.  The parties have been working
9   together diligently to set a deposition schedule that accommodates all parties, their counsel, and the
10  necessary witnesses.  Through no fault of the attorneys, plaintiff's deposition has been rescheduled at
11  least three times to date due to his poor health.  It is the parties' understanding that the plaintiff is a
12  paraplegic, and is prone to infections, among other issues.  Additionally, due to his ill health, his
13  criminal trial has been vacated entirely and it is unclear when it will be rescheduled at this time.
14  Further, the parties are still working out a date for an independent medical examination of
15  plaintiff which has yet to be set.  Plaintiff's psychiatric records have not yet been released.  And the
16  State defendant is currently in a discovery dispute over the plaintiff's probation records with the San
17  Mateo County Probation Department.  All defendants have suggested that the trial date be moved to
18  February 23, but the plaintiff will not agree to any continuance.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Based on all of the above, the parties wish to appear before the Court on **August 1, 2008**, at **8:30 a.m.** for a further Case Management Conference to seek the Court's guidance in what should occur.

**IT IS SO STIPULATED.**

DATE: July 28, 2008                     /s/    John Houston Scott
                                        John Houston Scott, Esq.
                                        Attorney for PLAINTIFF
                                        Nelson Gonzales


DATE: July 28, 2008                     /s/    John P. Devine
                                        John P. Devine, Esq.
                                        Attorney for DEFENDANT
                                        Michael Novosel


DATE: July 28, 2008                     /s/    Tricia L. Hynes
                                        Tricia L. Hynes, Esq.
                                        Attorney for DEFENDANTS
                                        Officer Ron Carlino, Officer Sean Curmi,
                                        Officer Anthony Bordigon and Officer Jason
                                        Fukushima

[PROPOSED] ORDER

Pursuant to the stipulation of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that a further Case Management Conference will be held on August 1, 2008 at 8:30 am.

Dated:__July 31, 2008_____

_____
HONORABLE
U. S. DISTRICT

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

1128994_1.DOC