**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 01, 2008**

**C-07-04720 CRB**

**NELSON GONZALES  v.  MICHAEL NOVOSEL**

| Attorneys: | John Scott | John Devine |
|---|---|---|
| | | Tricia Hynes |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                          **RULING:**

1. Further Case Management Conference   -   Held

2.

3.

**ORDERED AFTER HEARING:**

Plaintiff's deposition to proceed on August 11, 2008.  Discovery is stayed as to the officers pending the plaintiff's deposition and until after the August 29 conference.  Plaintiff to draft a protective order for the Court's entry.  Counsel to workout schedule amongst themselves as to any motions and trial dates.

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO August 29, 2008 @ 8:30 a.m.  for  Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____     Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                          Type of Trial:  ( )Jury    ( )Court

Notes: _____