John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1375 Sutter, Suite 222
San Francisco, CA 94109
Tel:  415.561.9600
Fax: 415.561.9609


Randolph Daar (SBN 88195)
**ATTORNEY AT LAW**
506 Broadway Street
San Francisco, CA 94133
Tel:  415.986.5591
Fax: 415.421.1331

Attorneys for Plaintiff,
NELSON GONZALES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALES,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA and DOES 1-25, inclusive.<br><br>    Defendants. | Case No.: CV 07-04720 CRB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date:   September 19, 2008<br>Time:  10:00 a.m<br>Place:  Courtroom 8, 19th floor<br>Judge: Hon. Charles R. Breyer |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that on September 19, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled court, located at 450 Golden Gate Ave., San Francisco, California, 94102, plaintiff, will and hereby do move the Court for partial summary adjudication pursuant to Rule 56(d).  This motion is brought on the ground that the plaintiff is entitled to partial summary adjudication for the reasons set forth in plaintiffs' moving papers.

- 1 -
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY ADJUDICATION

1  This motion is based on Plaintiffs' Memorandum of Points and Authorities, and the
2  Declaration of John H. Scott ("Scott Declaration"). This motion is also based on the pleadings
3  and papers on file in this action; such additional matters of which this Court may take judicial
4  notice; and any additional argument and evidence as may be presented at the hearing.

5  DATED: August 14, 2008                                            Respectfully submitted,

6                                                                   **SCOTT LAW FIRM**

8                                                                   By:      /s/ John H. Scott
9                                                                            JOHN HOUSTON SCOTT

26  F:\Cases\Cases - Active\Gonzales, Nelson\Pleadings\MSJ\Notice of Motion and Motion.doc