**meyers | nave** ribock silver & wilson
professional law corporation

Tricia L. Hynes
Attorney at Law
510.808.2000

August 25, 2008

**VIA E-FILE and FEDERAL EXPRESS**

Judge James Larson
United States District Court
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

RE:  *Nelson Gonzales v. Michael Novosel, et al.*
U.S. District Court, Northern District, Action No. C07-04720 CRB (JL)
City Defendants' Letter–Brief regarding appearances at Settlement Conference

Dear Judge Larson:

I am one of the two attorneys representing the City of South San Francisco Officers in this matter. We are scheduled to appear before you at a settlement conference on August 27, 2008. I will appear as lead trial counsel in this matter; and we plan on bringing a representative of the City, Captain Massoni, as well as Sergeant Ron Carlino, on behalf of all four defendant-Officers.

In addition, we would like to obtain your permission to excuse three of the four defendant officers—Officers Bordigon, Fukushima and Curmi. These officers will have no independent authority to settle the case and would have to acquiesce to the City representative in any event. Moreover, the designated defendant officer—Sergeant Carlion—will appear and is more than capable of answering any questions the Court may have of the incident.

Finally, in light of the State's letter sent to Your Honor on Friday, August 22, we are seeking to have the City's liability insurance adjuster, Terry Hickman of ABAG, excused. Since it is the City's position that its Officers acted reasonably, are likely to be dismissed through summary judgment based on qualified immunity, and are in no way connected with plaintiff's second law enforcement altercation which resulted in his shooting, Mr. Hickman will have no authority to offer anything above a dismissal in exchange for a waiver of costs at this conference. Since the sum total of the State's participation at this juncture appears to be solely as a "monitor" of events during this Conference, we feel it either should be continued, or at the very least, Mr. Hickman's appearance should be excused.

Judge James Larson
August 25, 2008
Page 2

Please let me know if this is acceptable to you.  Thank you for your consideration of this request.

Very truly yours,

MEYERS, NAVE, RIBACK, SILVER & WILSON

Tricia L. Hynes

TLH:kky
c:	John Scott, Esq.
	Randy Daar, Esq.
	John Devine, Esq.