# EXHIBIT A

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     SAN FRANCISCO DIVISION

4                          - - -

5    NELSON GONZALEZ,                    )
                                         )
6                 Plaintiff,             )
                                         )
7              vs.                       ) Case No. C 07-04720 CRB
                                         )
8    MICHAEL NOVOSEL, et al.             )
                                         )
9                 Defendants.            )
                                         )
10   _____)

11

12                VIDEOTAPED DEPOSITION OF
                       NELSON GONZALEZ
13                  SAN FRANCISCO, CALIFORNIA
                   TUESDAY, AUGUST 12, 2008
14                        (Vol. 1)

15

16

17

18

19   Atkinson-Baker, Inc.
     Court Reporters
20   (800)28-3376
     www.depo.com
21   REPORTED BY:  MARGARET "MARGO" GURULE, CSR No. 12976
     FILE NO.:  A205153
22

23

24

25

                                                              1

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    SAN FRANCISCO DIVISION

4                        - - -

5   NELSON GONZALEZ,                    )
                                        )
6              Plaintiff,               )
                                        )
7          vs.                          ) Case No. C 07-04720 CRB
                                        )
8   MICHAEL NOVOSEL, et al.             )
                                        )
9              Defendants.              )
                                        )
10  _____   )

11

12

13

14

15

16

17

18

19

20

21       Deposition of NELSON GONZALEZ taken on behalf of the
    Defendants at the Law Library of San Mateo County, located at
22  710 Hamilton Street, Conference Room, Redwood City, CA 94063,
    commencing at 1:40 p.m., Tuesday, August 12, 2008, before
23  MARGARET "MARGO" GURULE, CSR No. 12976.

24

25

                                                                2

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                 A P P E A R A N C E S

 2   FOR PLAINTIFF:

 3        SCOTT LAW FIRM
          1375 Sutter Street - Suite 222
 4        San Francisco, California 94109
          (415)561-9600
 5        BY:  JOHN HOUSTON SCOTT, ESQ.

 6   -and-

 7        RANDOLPH E. DAAR, ESQ.
          Attorney at Law
 8        506 Broadway
          San Francisco, California 94133
 9        (415)986-5591

10

11   FOR DEFENDANT NOVOSEL:

          MEYERS, NAVE, RIBACK, SILVER & WILSON
12        555 12th Street - Suite 1500
          Oakland, California 94607
13        (510)808-2000
          BY:  TRISH HYNES, ESQ.
14

15   FOR ALL OTHER DEFENDANTS:

16        State of California - Department of Justice
          Attorney General's Office
17        455 Golden Gate Avenue - Suite 11000
          San Francisco, California 94102
18        (415)703-5522
          BY:  JOHN DEVINE, ESQ.
19             TOM BLAKE, ESQ.

20   Also Present:

21        DON SPARK, Videographer

22

23

24

25
```

3

PDF created with pdfFactory trial version www.pdffactory.com

1      **A.**   I'm not sure which one of those two it was.

2      **Q.**   And just to be clear, we've gotten a letter from your

3   attorneys.

4           It's my understanding that you're waiving your Fifth

5   Amendment privilege.  Is that correct?

6      **A.**   Yes, it is.

7      **Q.**   Thank you.  Do you have any questions before we get

8   started?

9      **A.**   No, I do not.

10          **MR. SCOTT:**  Counsel, I would just like to say

11   something for the record, in the interest of helping to

12   expedite this proceeding.  And number one, Mr. Gonzalez has met

13   with some consultants we have, and I'm asserting the work

14   product privilege to the extent any of those consultants do

15   expert reports and do Rule 26 reports.

16          You can obviously take their depositions at that time

17   if you want to and ask them about anything he said to them or

18   fully inquire.  But right now my position is any time you met

19   with some consultants of ours, I'm, you know, instructing you

20   not to answer any questions about that.  I'm asserting the work

21   product privilege.  If you want to challenge it, you can bring

22   a motion, but that's my position.

23          Number two, I'm going to instruct him not to answer

24   questions about any prior arrests.  And to the extent there are

25   felony convictions, we are prepared to stipulate, upon proper

PDF created with pdfFactory trial version www.pdffactory.com

1    showing, of any felony convictions.  And our position is that

2    certainly we'll bring a motion in limine at trial.  But if the

3    judge allows the jury to hear evidence or be told that he has

4    certain felony convictions, I mean, that's going to happen.

5         My experience has been in those cases it doesn't

6    allow counsel to talk about the circumstances surrounding it,

7    just the fact that there are those felony convictions.  And I'm

8    willing to work with you to see if we can stipulate to what

9    they are.

10        I think this witness would just be guessing in terms

11   of what felony convictions he has, and no reason for him to

12   guess to it if we can stipulate to it.  And I invite you, if

13   you want to bring a motion to Judge Breyer, I'm happy to meet

14   and confer with you.  And if we can't work it out, you can

15   bring a motion.  And if the judge says -- orders him to answer

16   questions about prior arrests, then obviously he will.

17        But for purposes of today, I'm instructing you,

18   Mr. Gonzalez, not to answer any questions about prior arrests.

19   But obviously you're here to answer any questions about the

20   South San Francisco incident and about the shooting and just

21   your background, history, work record, any of those other

22   questions.

23        **MS. HYNES:**  I appreciate that.  With respect to,

24   number one, the work product privilege, I am assuming that if

25   and when there comes a point in time that these consultants are

PDF created with pdfFactory trial version www.pdffactory.com

1    Q.   Do you remember what room you were assigned?

2    A.   No, I do not.

3    Q.   Did you make any calls when you got into your room?

4    A.   I do not recall if I did or if I didn't.

5    Q.   Do you remember if you had to take stairs or an

6  elevator to get to your room?

7    A.   I believe I was on a -- on a second or third floor,

8  so I might have took the elevator, yes.

9    Q.   Do you remember what you had with you?

10    A.   What I had with me?  A suitcase, but I can't recall

11  all the items in it.

12    Q.   Did you just have one bag with you?

13    A.   I believe it was only one.

14    Q.   Do you remember refusing to leave the next day,

15  August 14th?

16    A.   I don't recall it right now, but I do remember

17  reading about it in one of the reports.

18    Q.   Was this a police report?

19    A.   I believe it was.

20    Q.   Do you remember the desk clerk calling you and asking

21  you to either check out or pay for another day?

22    A.   I don't remember that, but I remember reading about

23  it.

24    Q.   Do you remember police officers knocking on your

25  hotel room door to ask if you could leave?

23

1      **A.**   I didn't remember at the time that it happened.  But

2  after reading about it and discussing it with my attorney, I

3  kind of get flashbacks of instances of -- of those instances of

4  that night.

5      **Q.**   What things do you have flashbacks about, of the

6  things we've discussed so far?

7      **A.**   Of the things we've discussed so far?  The only thing

8  right now is of -- of the officer.  That's about the only thing

9  that I have a flashback of.  I mean, other than that --

10     **Q.**   And in this flashback, what is the officer doing?

11     **A.**   The officer is coming at me with an object -- I'm not

12  sure if it was a flashlight or a baton -- and striking me

13  several times with it.

14     **Q.**   Just one officer?

15     **A.**   One officer that I see in the flashback, yes.

16     **Q.**   What does he look like?

17     **A.**   I don't remember.  I can't see his face.  It's dark

18  when he's approaching me.

19     **Q.**   Hair color?

20     **A.**   No.  I can't see --

21     **Q.**   Height?

22     **A.**   No.

23     **Q.**   Is there anything about his build?  Is he stocky or

24  skinny?

25     **A.**   I would say probably wide, so maybe -- I guess that

24

1    would be stocky.

2        Q.    Do you remember telling officers that you had a gun

3    with you that that day?

4        A.    I don't remember telling them, but I did read about

5    it.

6        Q.    Do you own a gun?

7        A.    No, I do not.

8        Q.    Do you own a rifle?

9        A.    No, I do not.

10       Q.    Do you remember the officers telling you that they

11   were going to have to come into your hotel room?

12       A.    I do not remember them telling me that.

13       Q.    Do you remember telling the officers that they would

14   need good luck if they came into your hotel room?

15       A.    I do not remember saying that.

16       Q.    Do you remember reading about that?

17       A.    Reading about it?  Yes, I do.

18       Q.    And none of this stuff that we have discussed so far

19   except for the vision of the officer coming at you has sparked

20   any recollection or refreshed your memory in any way?

21       A.    No.

22       Q.    Do you remember forcing your body against the hotel

23   door when the officers tried to open it?

24       A.    No, I do not.

25       Q.    Do you remember telling the officers that you had

PDF created with pdfFactory trial version www.pdffactory.com

```
1    enough dynamite in your room to blow up the whole building?

2       A.    No, I do not.

3       Q.    Do you remember trying to fight the officers off once

4    they came in?

5       A.    No, I do not.

6       Q.    Do you remember trying to drag an officer to the

7    ground?

8       A.    No, I do not.

9       Q.    Do you remember any officer saying, "Stop resisting"?

10      A.    No, I do not.

11      Q.    Do you remember how many officers were there?

12      A.    No, I do not.

13      Q.    Okay.  That's fine.  You're doing fine.  If you need

14   a break, let me know.

15      A.    That's all right.

16      Q.    Do you remember any officer telling you or asking you

17   to put your hands behind your back?

18      A.    No, I do not.

19      Q.    Did you stop resisting?

20      A.    I don't remember.

21      Q.    Do you remember if you put your hands behind your

22   back?

23      A.    I don't remember.

24      Q.    Okay.  Do you remember if the officers sprayed

25   anything in your face?
```

26

PDF created with pdfFactory trial version www.pdffactory.com

1    **A.**    I cannot remember.

2    **Q.**    Do you remember saying, "God loves you, Nelson"?

3    **A.**    I do not remember.

4    **Q.**    Do you remember saying, "God forgives you, Nelson"?

5    **A.**    I do not remember.

6    **Q.**    Do you recall if you were put in any sort of a body

7    wrap?

8    **A.**    I do not recall.

9    **Q.**    Do you remember having marijuana with you at the

10    hotel?

11    **A.**    I do not remember.

12    **Q.**    Do you remember having cocaine at the hotel?

13    **A.**    I do not remember.

14    **Q.**    Do you remember having someone named Candice Zaheri's

15    mail with you at the hotel?

16    **A.**    I do not remember.

17    **Q.**    Do you own something called a "Dream Journal"?

18    **A.**    I -- I don't recall if I do.

19        **MS. HYNES:**  Okay.  I'm just going to have something

20    marked and we're going to take a look at some exhibits here?

21        **THE WITNESS:**  Sure.

22                    (*Exhibit 1 marked.*)

23    BY MS. HYNES:

24    **Q.**    This is a huge packet, but we're only looking at part

25    of the stuff that's in here.  Here you go.  Mr. Nelson, I'm

                                                    27

PDF created with pdfFactory trial version www.pdffactory.com

1  going to pass you what has been marked as Exhibit 1.

2     **A.**  Okay.

3     **Q.**  Now, for you and I, I have put these little yellow

4  tabs on the side.  Everyone else is sort of going to have to

5  fish through all this stuff.

6         If you go to the one that says "Dream Journal" on the

7  side of it?

8     **A.**  Okay.

9     **Q.**  This might be about halfway in.

10        **MR. SCOTT:**  Do you want me to help you?

11        **THE WITNESS:**  Yeah.

12        **MS. HYNES:**  Yeah.  Thanks.

13     **Q.**  Do you recognize what is depicted in what's been

14  marked Exhibit 1, Mr. Nelson --

15     **A.**  The picture here in front?

16     **Q.**  -- or Mr. Gonzalez?  Yeah.

17     **A.**  Okay.  Do I recognize it?

18     **Q.**  Yes.

19     **A.**  I have seen this -- I have seen this cover in the

20  police report and copies in the evidence of the stuff that was

21  in the police report.

22     **Q.**  Okay.  If you could flip the page, is this your

23  handwriting?

24     **A.**  It looks -- looks like it.

25     **Q.**  Do you remember saying, "I am going" -- or writing --

28

```
1   excuse me -- "I'm going to kill you both mother-fuckers,
2   bastards."
3       A.    Do I remember?
4       Q.    No?
5       A.    No, I do not.
6       Q.    Okay.  Do you remember -- if you could flip the page.
7   Thank you.
8           Do you remember writing, "I am now the devil"?
9       A.    No, I do not.
10      Q.    To the right of this page it says, "Robert, I know
11  you can see them."  Who is Robert?
12      A.    The only Robert that I know is my brother.
13      Q.    Is his name Robert or Roberto or --
14      A.    It's Robert.
15      Q.    Robert.  And do you remember writing, "I swear I'm
16  going to kill you"?
17      A.    No, I do not.
18      Q.    We don't need to go through these all.  I think we
19  know the answer is going to be you don't remember writing any
20  of these?
21      A.    I don't remember writing these -- or recall.  I don't
22  recall writing these.
23      Q.    But again, this looking like your handwriting?
24      A.    Yes, this does.
25      Q.    Okay.  You can put that to the side for now.
```

PDF created with pdfFactory trial version www.pdffactory.com

1    **A.**    I believe, from what you're telling me, the cover,

2    yeah.

3    **Q.**    Do you have any idea what is in this box that's above

4    the two books?

5    **A.**    The box above the two books?  No, I do not.

6    **Q.**    How about what's in either of these two tin, circular

7    containers to the left of the books?

8    **A.**    I don't know what is in there -- I don't recall

9    what's inside of them.

10    **Q.**    How about this sheet of paper that's up in the right

11    hand corner of the photograph?

12    **A.**    I don't remember what that is.

13    **Q.**    It looks like there is a plastic bag to the right

14    with some circles inside.  Does that look familiar at all to

15    you?  I'm sorry.  It's to the right of the Dream Journal, right

16    there?

17    **A.**    Oh.  No, that -- I don't recognize that.  I don't

18    know what that is.

19    **Q.**    If you could flip four photographs for me, do you

20    recognize this item?

21    **A.**    No, I do not.

22    **Q.**    Okay.  Thank you.

23    **A.**    Uh-huh.

24    **Q.**    Have you ever been arrested prior to August 14, 2006?

25    **MR. SCOTT:**  Counsel, standing objection.  Don't

33

1    restrained you from doing?

2        **A.**    Contact with her.

3        **Q.**    Any kind of contact?

4        **A.**    Any kind of contact.

5        **Q.**    Do you recall how far away you had to stay?

6        **A.**    Not really.

7        **Q.**    Were you ever arrested for making harassing or

8    annoying phone calls?

9            **MR. SCOTT:**    Same objection, Counsel.  Don't answer

10   it.

11   BY MS. HYNES:

12       **Q.**    Were you ever convicted for making annoying phone

13   calls?

14       **A.**    I don't recall.

15       **Q.**    Were you ever arrested for providing false

16   information to the DMV or CHP?

17           **MR. SCOTT:**    Same objection.  Don't answer it.

18   BY MS. HYNES:

19       **Q.**    Were you ever convicted of providing false

20   information to the DMV or the CHP?

21       **A.**    I don't know if I was recalled for that -- I mean

22   convicted for that charge or not.

23       **Q.**    Were you ever arrested for burglary?

24           **MR. SCOTT:**    Same objection.  Don't answer it.

25

36

1    you rented it?

2        A.    I believe there were some papers in the vehicle.

3        Q.    And do you remember, did you invite the officers into

4    your room?

5        A.    No, I don't remember ever recall inviting them in.

6        Q.    Were you ever convicted of possessing a dangerous

7    weapon?

8        A.    Convicted of possessing a dangerous weapon?  I don't

9    recall if I was convicted of it.

10       Q.    Do you recall if you were ever arrested -- excuse

11   me -- for possessing a dangerous weapon?

12           MR. SCOTT:    Instruct you not to answer.  Don't answer

13   that.

14   BY MS. HYNES:

15       Q.    Have you ever been cited by any law enforcement

16   agency prior to August 14, 2006?

17           MR. SCOTT:    Same objection.  Don't answer it.

18   BY MS. HYNES:

19       Q.    Have you had any prior contact with any South City

20   police officer prior to August 14, 2006?

21       A.    I don't think so.

22       Q.    Do you know any of the police officers for South San

23   Francisco?

24       A.    No, I do not.

25       Q.    Do you know any Redwood City police officers?

39

1    **A.**   At any point before August 2006?  I don't recall I

2    don't recall if they did.  I don't think they did.

3    **Q.**   Do you remember ever telling anyone that you had

4    delusions?

5    **A.**   No, I do not remember telling anyone.

6    **Q.**   Do you ever remember saying to anybody that when your

7    mother speaks, sometimes her voice sounds like the devil?

8    **A.**   No.

9    **Q.**   When are you discharged from Mills Peninsula -- this

10   is after your encounter with the South San Francisco Police --

11   did you tell the medical staff that you were going to be in

12   your mother's care?

13   **A.**   I don't recall.

14   **Q.**   Do you remember if you made a promise to make an

15   appointment with the psychiatrist or a psychologist at this

16   time?

17   **A.**   I don't recall.

18   **Q.**   Do you remember that while you were in Mills

19   Peninsula, do you remember telling any nurse or doctor or

20   psychologist that you were hearing voices?

21   **A.**   I don't remember saying that to anyone.

22   **Q.**   Do you ever remember getting a recommendation that

23   you should see a psychiatrist or a psychologist after you were

24   discharged from Mills Peninsula?

25   **A.**   No, I do not remember.

42

1      **Q.**    At some point after you were released, do you

2   remember getting into a high-speed pursuit with the California

3   Highway Patrol and other potential law enforcement agencies?

4      **A.**    I remember hitting -- smashing into a tree, being

5   chased -- you know, while a car was chasing me, smashing into a

6   tree.  But I don't remember the actual pursuit itself.

7      **Q.**    Do you remember when it was you were -- were you in

8   your car when you smashed into a tree?

9      **A.**    Yes, I was.

10     **Q.**    Do you remember how you got into your car?

11     **A.**    Do I remember how I got into the car?  No, I don't

12   remember how I got into the car.

13     **Q.**    Do you remember where you picked your car up from?

14     **A.**    No, I don't.

15     **Q.**    It was your Honda Civic?

16     **A.**    The Honda Civic.

17     **Q.**    After you smashed into the tree, what happened?

18     **A.**    After I smashed into the tree, the next thing I

19   remember is waking up at the hospital.

20     **Q.**    Do you remember smashing into anything else that

21   night or ever getting stuck?

22     **A.**    No, I don't remember anything else.

23     **Q.**    If this is what you think, why do you think that your

24   altercation with the South San Francisco officers is related to

25   your incident with the CHP officer?

45

1    **MR. SCOTT:**  Well, that calls for a legal opinion, and

2    he's not qualified to answer that question.  That calls for a

3    legal opinion.

4    **MR. BLAKE:**  He was there.

5    **MR. SCOTT:**  Yeah, he was there.

6    **MS. HYNES:**  He can answer it as a percipient witness

7    without resorting to legal --

8    **MR. SCOTT:**  Well, I will tell you our position in

9    this case is not going to be based on what somebody with no

10   recollection is going to state.

11   **MS. HYNES:**  That's fine.  I understand.

12   **MR. SCOTT:**  So if you plan on using this for purposes

13   of summary judgment, forget about it.

14   **MS. HYNES:**  Okay.

15   **MR. SCOTT:**  Okay?  Don't even think about it.

16   **MR. BLAKE:**  Is that a threat?

17   **MR. SCOTT:**  Yeah, it is --

18   **MS. HYNES:**  So do you want me to repeat the question?

19   **THE WITNESS:**  Yeah, because I don't remember.

20   **MR. SCOTT:**  -- a terrorist threat.

21   BY MS. HYNES:

22   **Q.**   Okay.  Why is it that you think your incident or your

23   altercation with South San Francisco police officers is linked

24   or contributed at all to your altercation with the CHP officer?

25   **A.**   Why do I think that it's linked?  I don't know, to be

46

1  honest with you.  I don't understand -- you know, I don't

2  understand what you're saying.

3          **MR. SCOTT:**  You answered the question.

4          **THE WITNESS:**  Huh?

5          **MR. SCOTT:**  You answered the question.

6  BY MS. HYNES:

7      **Q.**  So what are your injuries that you suffered as a

8  result of your incident with the South San Francisco officers

9  at La Quinta Inn?  What injuries did you suffer?

10     **A.**  Amnesia, and that's the only thing that I -- that

11 I -- that I know of, that I -- that I can physically -- I mean,

12 I don't know what physical -- I'm not a doctor to determine

13 that.

14     **Q.**  Right.  Did any doctor tell you that your amnesia was

15 the result of your incident with the South City officers?

16     **A.**  Just from what I read in the report, in the hospital

17 report.

18     **Q.**  Which hospital?

19     **A.**  In the report, hospital report from Mills Peninsula.

20     **Q.**  So a doctor at Mills Peninsula attributes your

21 amnesia?

22     **A.**  From what I understood in the report, that the head

23 trauma, that the amnesia came from the head trauma.

24     **Q.**  What head trauma did you suffer?

25     **A.**  Bumps, bruises, I guess, bumps, just from what I

47

1  read, from what I understood that I -- from what I read on

2  there.

3    Q.  Did you have physical bumps or bruises or abrasions

4  on your head?

5    A.  I don't know.  Just from what I read.

6    Q.  But as you sit here today, it's your understanding

7  that you read somewhere that there were bumps on your head?

8    A.  Yes.

9    Q.  Do you know where they were located?

10   A.  No.

11   Q.  Do you know what they looked like?

12   A.  No.

13   Q.  When you read about them, were they described, color,

14  size?

15   A.  I don't think -- I don't remember.

16   Q.  Do you remember how many bruises or bumps were noted?

17   A.  No, I don't remember.

18   Q.  Do you remember the name of the doctor that noted

19  that there were bruises or bumps?

20   A.  I don't remember that.

21   Q.  Did any doctor talk to you about your amnesia or

22  about what they thought the cause of your amnesia was?

23   A.  I don't recall.

24   Q.  Did any doctor talk to you about how to treat your

25  amnesia?

48

PDF created with pdfFactory trial version www.pdffactory.com

1      A.    I don't recall.

2      Q.    Is it your understanding that when you were

3    discharged from the hospital, that you were okay to leave,

4    medically, physically?

5      A.    I assumed that that's why they released me.

6      Q.    Did you -- as you sit here today, do you remember if

7    you felt medically, physically fine?

8      A.    I don't recall that, at that moment.

9      Q.    Do you recall how long after you were discharged

10   before you became involved in the high-speed pursuit before you

11   smashed into that tree?  Do you know how much time elapsed?

12     A.    No.

13     Q.    Do you have a regular doctor or general practitioner?

14     A.    No, I do not.

15     Q.    Do you know a Dr. Glatt?

16     A.    Yes, I do.

17     Q.    Who is Dr. Glatt?

18     A.    He's my pain doctor.

19     Q.    How long has Dr. Glatt been your pain doctor?

20     A.    I don't know exactly how long, but since -- probably

21   I would say a couple of months.

22     Q.    You never treated with Dr. Glatt prior to August of

23   2006?

24     A.    No.

25     Q.    Do you know who, if anyone, you treated with prior to

49

PDF created with pdfFactory trial version www.pdffactory.com

1      **VIDEOGRAPHER:**  Going on the record in one moment.

2    Stand by.

3            In the deposition of Nelson Gonzalez, this marks the

4    beginning of Video Disk Number 2.  The time is 2:59.

5            We're on the record.

6    BY MS. HYNES:

7      **Q.**    How are you feeling, Mr. Gonzalez?  Are you okay?

8      **A.**    Yes.  I'm hanging in there.

9      **Q.**    Great.  Just let me know if you need to stop for the

10   day.  I totally understand.

11           So I would like to go back to just what you remember

12   about the La Quinta Inn.  And it sounds like to me you remember

13   going there and checking in; is that right?

14     **A.**    Correct.

15     **Q.**    What do you remember after that?

16     **A.**    Just -- the only thing I really recall is checking in

17   and the incident where I see a police officer charging at me.

18   Pretty much that's the only thing I remember of that incident,

19   of that night.

20     **Q.**    And how did you know it was a police officer charging

21   in?

22     **A.**    From the light, I guess, that was probably -- small

23   amount of light that was emanating through the window in the

24   back, yeah.

25     **Q.**    So you remember there is a window in the back of the

53

PDF created with pdfFactory trial version www.pdffactory.com

1      **A.**   I don't recall how long I had it.

2      **Q.**   Do you recall that night if you rocked up any cocaine

3   that you may have had in the room?

4      **A.**   I don't recall rocking any up, but --

5      **Q.**   Is there anything else that you recall from the time

6   that you checked in to the time where you remember seeing a

7   police officer charging at you?

8      **A.**   No, I do not.

9      **Q.**   How about after the police officer charging after

10  you, is there anything that you remember after that point in

11  time?

12     **A.**   No, I do not.

13     **Q.**   What is the next thing you remember after the police

14  officer charging at you?

15     **A.**   Is when I was at the hospital and I was calling my

16  friend to have him pick me.

17     **Q.**   Do you remember how you called him?

18     **A.**   From the hospital phone, I think it was.

19     **Q.**   Were you still in your room, or were you at a nurses'

20  station?

21     **A.**   I'm not sure.  I'm not sure where I made a phone call

22  from.

23     **Q.**   Do you remember what you were wearing?

24     **A.**   No, I do not.

25     **Q.**   Was any family or other friends with you at this

57

PDF created with pdfFactory trial version www.pdffactory.com

1    point in time?

2        **A.**   I don't think so.

3        **Q.**   Do you remember how long you waited for your friend

4    to come pick you up?

5        **A.**   Not really how long.  I don't remember how long it

6    took him, to be honest with you.

7        **Q.**   What happened after he picked you up?  What do you

8    remember?

9        **A.**   I just remember trying to get a hold of my friend to

10   have him rent a hotel room for me.  That's the only thing I

11   remember after that.

12       **Q.**   After being picked up by your friend?

13       **A.**   Yeah.

14       **Q.**   This was a different friend you wanted to rent the

15   room?

16       **A.**   Yeah, a different friend to rent the room.

17       **Q.**   Is there any reason you didn't ask the friend who

18   picked you up to rent a room for you?

19       **A.**   I don't remember why I didn't ask him.

20       **Q.**   And I think I asked you this before.  But do you

21   remember the name of the friend that came to pick you up?

22       **A.**   Richard, and I don't remember his last name.  But I

23   know it starts with a C.

24       **Q.**   That's right.  Is there anything else that you

25   remember about that point in time?

58

1       **A.**   No, not really.

2       **Q.**   As you sit here right now, have you told me

3   everything you remember about the South City incident?

4       **A.**   Yes.

5       **Q.**   Are you making any claims for emotional damages due

6   to your altercation with the South City officers?

7       **A.**   I'm not sure.

8       **MR. SCOTT:**  Oh, Counsel, we are not asserting a claim

9   for lost earnings.  Okay?  And we will not be designating an

10  economist to testify.

11      **MS. HYNES:**  Great.  Thank you.

12      **MR. DEVINE:**  Is that for both excessive force claims?

13      **MR. SCOTT:**  Yes.

14  BY MS. HYNES:

15      **Q.**  Do you feel you were damaged emotionally or mentally

16  after your altercation with the South San Francisco police

17  officers?

18      **A.**   Yes.

19      **Q.**   Apart from the consultants you have seen as your

20  attorneys have arranged for you, did you seek any treatment on

21  your own for any of these emotional and mental injuries that

22  you suffered?

23      **A.**   No, I have not.

24      **MS. HYNES:**  I'm going to have marked another exhibit.

25                              (*Exhibit 2 marked.*)

                                                                59

PDF created with pdfFactory trial version www.pdffactory.com