# EXHIBIT B

```
 1  JAMES P FOX
    DISTRICT ATTORNEY
 2  SAN MATEO COUNTY
    STATE BAR NO. 45169
 3  BY: AARON C FITZGERALD
    DEPUTY DISTRICT ATTORNEY
 4  400 COUNTY CENTER
    REDWOOD CITY, CA 94063
 5
    TELEPHONE: (650) 363-4636
 6
    ATTORNEYS FOR PLAINTIFF
 7
 8          IN AND FOR THE SUPERIOR COURT OF CALIFORNIA
 9                  COUNTY OF SAN MATEO
10  THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                                            )  DA CASE: INF 0341795
11                          PLAINTIFF,      )  ( FELONY )
                                            )
12                  V.                      )  INFORMATION
                                            )
13  *NELSON JOSE GONZALEZ                   )
     87 NORA WY                             )
14  ATHERTON, CA 94027                      )
                                            )
15   AKA NELSON QUINTANILLA                 )
     AKA NELSON GONZALEZ                    )
16   AKA NELSON JOSE QUINTANILLA            )
     AKA                                    )
17   AKA NELSON J GONZALEZ                  )
     AKA NELSON JOSE GONZALEZ JR            )
18                                          )
                                            )
19                          DEFENDANT(S).)
    -----------------------------------------
20
21       THE SAID DEFENDANT(S) IS/ARE ACCUSED BY THE DISTRICT
22  ATTORNEY OF THE COUNTY OF SAN MATEO OF THE STATE OF CALIFORNIA,
23  BY THIS INFORMATION, OF THE FOLLOWING CRIME(S) IN SAN MATEO
24  COUNTY:
```

ENDORSED FILED
SAN MATEO COUNTY

FEB 2 6 2008

Clerk of the Superior Court
By Catrina Biear
DEPUTY CLERK

SC065651

-1-

1       COUNT: 001, ON OR ABOUT 08/14/2006, NELSON JOSE GONZALEZ

2 DID WILLFULLY AND UNLAWFULLY HAVE IN HIS/HER POSSESSION A

3 CONTROLLED SUBSTANCE, TO WIT: COCAINE, IN VIOLATION OF HEALTH

4 AND SAFETY CODE SECTION 11350(A), A FELONY.

5

6       COUNT: 002, ON OR ABOUT 08/14/2006, NELSON JOSE GONZALEZ

7 DID WILLFULLY AND UNLAWFULLY BUY, RECEIVE, CONCEAL, SELL,

8 WITHHOLD, OR AID IN CONCEALING, SELLING, OR WITHHOLDING PROPERTY

9 WHICH HAD BEEN STOLEN, KNOWING THAT SAID PROPERTY HAD BEEN

10 STOLEN, IN VIOLATION OF PENAL CODE SECTION 496(A), A FELONY.

11

12       COUNT: 003, ON OR ABOUT 08/14/2006, NELSON JOSE GONZALEZ

13 DID WILLFULLY AND UNLAWFULLY RESIST DELAY AND OBSTRUCT CPL.

14 BORDIGAN, SGT. CARLINO AND OFC. CURMI WHO WAS/WERE THEN AND

15 THERE A PEACE OFFICER(S) ATTEMPTING TO OR DISCHARGING THE DUTY

16 OF HIS/HER OFFICE AND EMPLOYMENT, IN VIOLATION OF PENAL CODE

17 SECTION 148(A)(1), A MISDEMEANOR

18

19       COUNT: 004, ON OR ABOUT 08/14/2006, NELSON JOSE GONZALEZ

20 DID WILLFULLY AND UNLAWFULLY USE OR BE UNDER THE INFLUENCE OF A

21 CONTROLLED SUBSTANCE, TO WIT: ILLEGAL STIMULANT, IN VIOLATION OF

22 HEALTH AND SAFETY CODE SECTION 11550(A), A MISDEMEANOR.

23

24       COUNT: 005, ON OR ABOUT 08/14/2006, NELSON JOSE GONZALEZ

1  DID WILLFULLY AND UNLAWFULLY POSSESS A DEVICE, CONTRIVANCE,

2  INSTRUMENT, OR PARAPHERNALIA USED FOR UNLAWFULLY INJECTING OR

3  SMOKING A CONTROLLED SUBSTANCE, IN VIOLATION OF HEALTH AND

4  SAFETY CODE SECTION 11364, A MISDEMEANOR.

5

6      COUNT: 006, ON OR ABOUT 08/14/2006, NELSON JOSE GONZALEZ

7  DID WILLFULLY AND UNLAWFULLY COMMIT A TRESPASS BY ENTERING OR

8  OCCUPYING REAL PROPERTY OR A STRUCTURE LOCATED AT 20 AIRPORT

9  BLVD., SOUTH SAN FRANCISCO WITHOUT THE CONSENT OF THE OWNER,

10  HIS/HER AGENT, OR THE PERSON IN LAWFUL POSSESSION THEREOF, IN

11  VIOLATION OF PENAL CODE SECTION 602(M), A MISDEMEANOR

12

13      COUNT: 007, ON OR ABOUT 08/14/2006, NELSON JOSE GONZALEZ

14  DID WILLFULLY AND UNLAWFULLY ATTEMPT BY MEANS OF THREATS OR

15  VIOLENCE TO DETER OR PREVENT SOUTH SAN FRANCISCO POLICE OFFICERS

16  , WHO WAS THEN AND THERE AN EXECUTIVE OFFICER, FROM PERFORMING A

17  DUTY IMPOSED UPON SUCH OFFICER BY LAW, OR DID KNOWINGLY RESIST

18  BY THE USE OF FORCE OR VIOLENCE SAID EXECUTIVE OFFICER IN THE

19  PERFORMANCE OF HIS/HER DUTY, IN VIOLATION OF PENAL CODE SECTION

20  69, A FELONY.

21

22      COUNT: 008, ON OR ABOUT 08/14/2006, NELSON JOSE GONZALEZ

23  DID WILLFULLY, UNLAWFULLY, AND MALICIOUSLY INFORM A PERSON, TO

24  WIT: SOUTH SAN FRANCISCO POLICE OFFICERS, AND THAT SOUTH SAN

3.

1  FRANCISCO POLICE OFFICERS, WAS A PEACE OFFICER ENGAGED IN THE

2  PERFORMANCE OF HIS/HER DUTIES AS A PEACE OFFICER, THAT A BOMB OR

3  OTHER EXPLOSIVE WAS OR WILL BE PLACED OR SECRETED IN A BUILDING,

4  KNOWING THAT SUCH REPORT WAS FALSE, IN VIOLATION OF PENAL CODE

5  SECTION 148.1(B), A FELONY.

6                      PRIOR  1

7

8      IT IS FURTHER ALLEGED THAT DEFENDANT NELSON JOSE GONZALEZ

9  WAS CONVICTED OF THE FOLLOWING FELONIES, TO WIT: (1) PENAL CODE

10 SECTION 460(B) ON OR ABOUT 03/28/2005, IN THE SUPERIOR COURT OF

11 THE STATE OF CALIFORNIA, FOR THE COUNTY OF SAN MATEO, DOCKET NO.

12 SC57612, (2) PENAL CODE SECTION 664/146A(B)(4) ON OR ABOUT

13 03/28/2005, IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,

14 FOR THE COUNTY OF SAN MATEO, DOCKET NO. SC57612, (3) HEALTH AND

15 SAFETY CODE SECTION 11350 ON OR ABOUT 03/28/2005, IN THE

16 SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF SAN

17 MATEO, DOCKET NO. SC57612, (4) PENAL CODE SECTION 12020, ON OR

18 ABOUT 03/28/2005, IN THE SUPERIOR COURT OF THE STATE OF

19 CALIFORNIA, FOR THE COUNTY OF SAN MATEO, DOCKET NO. SC57612

20 WITHIN THE MEANING OF PENAL CODE SECTION 1203(E)(4).

21

22

23

24

4.

1 | DATED: FEBRUARY 26, 2008

JAMES P FOX, DISTRICT ATTORNEY

2

3

**AARON C. FITZGE**rr~~

4

TKM

AARON C FITZGERALD

DEPUTY DISTRICT ATTORNEY

5.