# EXHIBIT C

```
 1  JAMES P FOX
    DISTRICT ATTORNEY
 2  SAN MATEO COUNTY
    STATE BAR NO. 45169                    ENDORSED FILED
 3  BY: AARON C FITZGERALD                  SAN MATEO COUNTY
    DEPUTY DISTRICT ATTORNEY
 4  400 COUNTY CENTER                         FEB 2 6 2008
    REDWOOD CITY, CA 94063
 5                                        Clerk of the Superior Court
    TELEPHONE: (650) 363-4636             By   Catrina Blear
 6                                             DEPUTY CLERK
    ATTORNEYS FOR PLAINTIFF
 7

 8              IN AND FOR THE SUPERIOR COURT OF CALIFORNIA

 9                        COUNTY OF SAN MATEO
                                                   SC065652
10  THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                             )
11                              PLAINTIFF,   )  DA CASE: INF 0344676
                                             )  ( FELONY )
12                    V.                     )
                                             )  INFORMATION
13  NELSON JOSE GONZALEZ JR                  )
    3241 HOOVER ST                           )
14  REDWOOD CITY, CA 94063                   )
                                             )
15  *AKA NELSON JOSE GONZALEZ                )
     AKA NELSON QUINTANILLA                  )
16   AKA NELSON GONZALEZ                     )
     AKA NELSON JOSE QUINTANILLA             )
17   AKA                                     )
     AKA NELSON J GONZALEZ                   )
18                                           )
                                             )
19                           DEFENDANT(S).   )
    -----------------------------------------
20

21         THE SAID DEFENDANT(S) IS/ARE ACCUSED BY THE DISTRICT

22  ATTORNEY OF THE COUNTY OF SAN MATEO OF THE STATE OF CALIFORNIA,

23  BY THIS INFORMATION, OF THE FOLLOWING CRIME(S) IN SAN MATEO

24  COUNTY:
```

1.

1  COUNT: 001, ON OR ABOUT 08/19/2006, NELSON JOSE GONZALEZ JR
2  DID WILLFULLY AND UNLAWFULLY COMMIT AN ASSAULT WITH A DEADLY
3  WEAPON OR INSTRUMENT, OTHER THAN A FIREARM, OR BY MEANS OF FORCE
4  LIKELY TO PRODUCE GREAT BODILY INJURY UPON THE PERSON OF OFFICER
5  TOOR OF THE CALIFORNIA HIGHWAY PATROL WHEN SAID DEFENDANT(S)
6  KNEW OR SHOULD HAVE KNOWN THAT SAID PERSON WAS A PEACE OFFICER
7  THEN AND THERE ENGAGED IN THE PERFORMANCE OF HIS/HER DUTIES, IN
8  VIOLATION OF PENAL CODE SECTION 245(C), A FELONY.
9      IT IS FURTHER ALLEGED AS TO DEFENDANT NELSON JOSE GONZALEZ
10 JR THAT THE ABOVE OFFENSE IS A SERIOUS FELONY IN THAT THE
11 DEFENDANT USED A DEADLY WEAPON OR INSTRUMENT WITHIN THE MEANING
12 OF PENAL CODE SECTION 1192.7(C)(11).
13
14     COUNT: 002, ON OR ABOUT 08/19/2006, NELSON JOSE GONZALEZ JR
15 DID WILLFULLY AND UNLAWFULLY COMMIT AN ASSAULT WITH A DEADLY
16 WEAPON OR INSTRUMENT, OTHER THAN A FIREARM, OR BY MEANS OF FORCE
17 LIKELY TO PRODUCE GREAT BODILY INJURY UPON THE PERSON OF DEPUTY
18 PEARDON OF THE SAN MATEO COUNTY SHERIFF'S DEPARTMENT WHEN SAID
19 DEFENDANT(S) KNEW OR SHOULD HAVE KNOWN THAT SAID PERSON WAS A
20 PEACE OFFICER THEN AND THERE ENGAGED IN THE PERFORMANCE OF
21 HIS/HER DUTIES, IN VIOLATION OF PENAL CODE SECTION 245(C), A
22 FELONY.
23     IT IS FURTHER ALLEGED AS TO DEFENDANT NELSON JOSE GONZALEZ
24 JR THAT THE ABOVE OFFENSE IS A SERIOUS FELONY IN THAT THE

```
 1   DEFENDANT USED A DEADLY WEAPON OR INSTRUMENT WITHIN THE MEANING
 2   OF PENAL CODE SECTION 1192.7(C)(11).
 3
 4       COUNT: 003, ON OR ABOUT 08/19/2006, NELSON JOSE GONZALEZ JR
 5   DID WILLFULLY AND UNLAWFULLY COMMIT AN ASSAULT WITH A DEADLY
 6   WEAPON OR INSTRUMENT, OTHER THAN A FIREARM, OR BY MEANS OF FORCE
 7   LIKELY TO PRODUCE GREAT BODILY INJURY UPON THE PERSON OF DEPUTY
 8   CORPUS OF THE SAN MATEO COUNTY SHERIFF'S OFFICE WHEN SAID
 9   DEFENDANT(S) KNEW OR SHOULD HAVE KNOWN THAT SAID PERSON WAS A
10   PEACE OFFICER THEN AND THERE ENGAGED IN THE PERFORMANCE OF
11   HIS/HER DUTIES, IN VIOLATION OF PENAL CODE SECTION 245(C), A
12   FELONY.
13       IT IS FURTHER ALLEGED AS TO DEFENDANT NELSON JOSE GONZALEZ
14   JR THAT THE ABOVE OFFENSE IS A SERIOUS FELONY IN THAT THE
15   DEFENDANT USED A DEADLY WEAPON OR INSTRUMENT WITHIN THE MEANING
16   OF PENAL CODE SECTION 1192.7(C)(11).
17
18       COUNT: 004, ON OR ABOUT 08/19/2006, NELSON JOSE GONZALEZ JR
19   DID WILLFULLY AND UNLAWFULLY, WHILE OPERATING A MOTOR VEHICLE
20   AND WITH THE INTENT TO EVADE, FLEE OR OTHERWISE ATTEMPT TO ELUDE A
21   PURSUING PEACE OFFICER'S MOTOR VEHICLE WHILE ALL OF THE
22   FOLLOWING CONDITIONS EXISTED: THE PEACE OFFICER'S MOTOR VEHICLE
23   EXHIBITED AT LEAST ONE LIGHTED RED LAMP VISIBLE FROM THE FRONT
24   AND THE DEFENDANT EITHER SAW OR REASONABLY SHOULD HAVE SEEN THE
```

1  LAMP, THE PEACE OFFICER'S MOTOR VEHICLE WAS SOUNDING ITS SIREN
2  AS WAS REASONABLY NECESSARY, THE PEACE OFFICER'S MOTOR VEHICLE
3  WAS DISTINCTIVELY MARKED, THE PEACE OFFICER'S MOTOR VEHICLE WAS
4  OPERATED BY A PEACE OFFICER, IN VIOLATION OF CALIFORNIA VEHICLE
5  CODE SECTION 2800.2, A FELONY.    IT IS FURTHER ALLEGED THAT
6  THE DEFENDANT DROVE WITH A WILLFUL AND WANTON DISREGARD FOR THE
7  SAFETY OF PERSONS OR PROPERTY.

9       COUNT: 005, ON OR ABOUT 08/19/2006, NELSON JOSE GONZALEZ JR
10 DID WILLFULLY AND UNLAWFULLY HAVE IN HIS/HER POSSESSION A
11 CONTROLLED SUBSTANCE, TO WIT: COCAINE BASE, IN VIOLATION OF
12 HEALTH AND SAFETY CODE SECTION 11350(A), A FELONY.
13                          PRIOR  1

15     IT IS FURTHER ALLEGED THAT DEFENDANT NELSON JOSE GONZALEZ
16 JR WAS CONVICTED OF THE FOLLOWING FELONIES, TO WIT: (1) PENAL
17 CODE SECTION 460(B) ON OR ABOUT 03/28/2005, IN THE SUPERIOR
18 COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF SAN MATEO,
19 DOCKET NO. SC57612, (2) PENAL CODE SECTION 664/146A(B)(4) ON OR
20 ABOUT 03/28/2005, IN THE SUPERIOR COURT OF THE STATE OF
21 CALIFORNIA, FOR THE COUNTY OF SAN MATEO, DOCKET NO. SC57612, (3)
22 HEALTH AND SAFETY CODE SECTION 11350 ON OR ABOUT 03/28/2005, IN
23 THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF
24 SAN MATEO, DOCKET NO. SC57612, (4) PENAL CODE SECTION 12020, ON

1  OR ABOUT 03/28/2005, IN THE SUPERIOR COURT OF THE STATE OF
2  CALIFORNIA, FOR THE COUNTY OF SAN MATEO, DOCKET NO. SC57612
3  WITHIN THE MEANING OF PENAL CODE SECTION 1203(E)(4).
4
5  DATED: FEBRUARY 25, 2008
6                                    JAMES P FOX, DISTRICT ATTORNEY
7
                                     **AARON C. FITZGERALD**
8                                    _____
   TKM                               AARON C FITZGERALD
                                     DEPUTY DISTRICT ATTORNEY