1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TOM BLAKE, State Bar No. 51885
   Deputy Attorney General
4  JOHN P. DEVINE, State Bar No. 170773
   Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 703-5522
     Fax:  (415) 703-5480
7    Email:  John.Devine@doj.ca.gov

8  Attorneys for Defendant CHP Officer Michael
   Novosel
9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14
   | NELSON GONZALES, | Case No.  C-07-04720 CRB |
   |---|---|
   |   | **DEFENDANT CHP OFFICER NOVOSEL'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT & REQUEST FOR CONTINUANCE OF MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER FRCP 56(f)** |
   | Plaintiff, |   |
   | v. |   |
   | MICHAEL NOVOSEL, et al., |   |
   | Defendants. | Date:  September 19, 2008<br>Time:  10:00 a.m.<br>Courtroom:  8 (19th Floor).<br>Judge:  Hon. Charles R. Breyer |

   Defendant CHP Officer Michael Novosel opposes plaintiff's motion for partial summary judgment, and requests that the motion be denied or continued pursuant to Federal Rules of Civil Procedure Rule 56(f).

   For the reasons more fully stated in the Declaration of Deputy Attorney General John P. Devine, defendant CHP Officer Novosel is entitled to the denial or continuance of the motion for partial summary judgment because of the impediments in obtaining discovery and evidence

1 | needed to respond comprehensively to the motion.

2 |     The Declaration of Deputy Attorney General John P. Devine will show the following:

3 |     1.   The criminal prosecution of plaintiff – for events that are inextricably intertwined with
4 | this lawsuit – is scheduled to begin on November 3;

5 |     2.   Only a fragmentary deposition of plaintiff has taken place;

6 |     3.   The efforts by defense counsel to solicit and obtain expert consultation and opinion has
7 | been impaired because discovery is in its incipient stage; and

8 |     4.   Plaintiff's motion for partial summary judgment attempts to do an end run around the
9 | Court's order staying discovery.

10 |     Therefore, defendant CHP Officer Novosel requests that the relief requested be granted by
11 | the Court.

12 |     Dated: August 28, 2008.

13 |     Respectfully submitted,

14 |     EDMUND G. BROWN JR.
    Attorney General of the State of California

17 |     /s/ John P. Devine
    JOHN P. DEVINE
18 |     Deputy Attorney General

19 |     Attorneys for Defendant CHP Officer Michael Novosel

21 | pleadmsjopp1.wpd
    SF2007403115

Deft. CHP Officer Novosel's Oppos. to Pltf's Mot. for Partial Summ. Judgment      Gonzales v. Novosel, et al.
& Req. for Continuance of Mot. for Partial Summary Judgment      C-07-04720 CRB

2