**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 29, 2008**

**C-07-04720** CRB

**NELSON GONZALES** v. **MICHAEL NOVOSEL**

Attorneys:   John Scott                                    Tricia Hynes, Tom Blake,

                                                                         John Devine

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                    **RULING:**

1.  Further Case Management Conference   - Held

2.  

3.  

**ORDERED AFTER HEARING:**

Counsel to work out dates re deposition.  The plaintiff to be deposed in two session with each session not to exceed two and one half hours.  The Court will entertain a motion for summary judgment on shorten time.  Trial dates remain as set.

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge for: _____

(  ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____       Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____ Set for _____ days
                              Type of Trial: (  )Jury    (  )Court

Notes: _____