Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
OFFICER RON CARLINO, OFFICER SEAN CURMI,
OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No:  C07-04720 CRB (JL)<br><br>**PLAINTIFF NELSON GONZALES AND DEFENDANTS NOVOSEL, CARLINO, BORDIGON, CURMI AND FUKUSHIMA'S STIPULATION AND [Proposed] ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Complaint filed:  September 13, 2007<br>Trial Date: October 20, 2008 |

|   |   |
|---|---|
| 1 | Comes now PLAINTIFF NELSON GONZALES (hereinafter "PLAINTIFF") and DEFENDANTS M. NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA (hereinafter "DEFENDANTS") who submit the following Stipulated Briefing Schedule and Proposed Order: |

Comes now PLAINTIFF NELSON GONZALES (hereinafter "PLAINTIFF") and DEFENDANTS M. NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA (hereinafter "DEFENDANTS") who submit the following Stipulated Briefing Schedule and Proposed Order:

WHEREAS the parties have been diligently attempting to complete the deposition of the plaintiff, but due to his poor health only two hours have as of yet been completed;

WHEREAS the DEFENDANTS will be moving for summary judgment upon completion of the plaintiff's deposition or as ordered by the Court, whichever is sooner;

WHEREAS the Plaintiff will also re-file his partial summary judgment;

WHEREAS at the last Case Management Conference the Court indicated that it would hear the DEFENDANTS' summary judgment and Plaintiff's partial summary judgment motions on a time shortened basis;

WHEREAS trial is currently set for October 20, 2008; and

WHEREAS the DEFENDANTS and the Plaintiff have agreed to the following briefing schedule:

1. DEFENDANTS' moving papers and Plaintiff's partial summary judgment motion will be filed no later than **Friday, September 12;**

2. Both Defendants' and Plaintiff's opposing papers will be filed no later than **Friday, September 19**;

3. Both Defendants' and Plaintiff's reply papers will be filed no later than **Wednesday, September 24**;

4. The hearing for both Defendants' and Plaintiff's motions will be set for **Friday, October 3, 10:00 a.m.**, Courtroom 8, 19th Floor.

**IT IS SO STIPULATED.**

DATE: September 3, 2008         /S/ John Houston Scott
                                John Houston Scott, Esq.
                                Attorney for PLAINTIFF
                                Nelson Gonzales

[Signatures continue on following page]

---

Stipulation and [Proposed] Order Setting Briefing Schedule   [C07-04720 CRB (JL)]        1

1  DATE:  September 3, 2008                /S/ Randolph Daar
2                                          Randolph Daar, Esq.
                                           Attorney for PLAINTIFF
3                                          Nelson Gonzales

4  DATE:  September 3, 2008                /S/ John Devine
5                                          John Devine, Esq.
                                           Attorney for DEFENDANT
6                                          Michael Novosel

7

8  DATE:  September 3, 2008                /S/ Tricia L. Hynes
                                           Tricia L. Hynes, Esq.
9                                          Attorney for DEFENDANTS
                                           Officer Ron Carlino, Officer Sean Curmi,
10                                         Officer Anthony Bordigon and Officer Jason
                                           Fukushima
11

12

13 PURSUANT TO STIPULATION, IT IS SO ORDERED

14

15 Dated: _____, 2008

16

17                                         _____
                                           HONORABLE CHARLES R. BREYER
18                                         U. S. DISTRICT COURT, NORTHERN DISTRICT

19

20

21

22
   1144197.1
23

Stipulation and [Proposed] Order Setting Briefing Schedule   [C07-04720 CRB (JL)]                    2