1  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes, Esq. (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   OFFICER RON CARLINO, OFFICER SEAN CURMI,
7  OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 NELSON GONZALES,                    Case No:  C07-04720 CRB (JL)

11              Plaintiff,

12 v.                                  **PLAINTIFF NELSON GONZALES AND
                                       DEFENDANTS NOVOSEL, CARLINO,
13                                     BORDIGON, CURMI AND
   MICHAEL NOVOSEL, R. CARLINO, S.     FUKUSHIMA'S STIPULATION AND
14 CURMI, A. BORDIGON, J. FUKUSHIMA and [Proposed] ORDER SETTING SUMMARY
   DOES 1-25, inclusive,               JUDGMENT BRIEFING SCHEDULE**
15
                Defendants.
16
                                       Complaint filed:  September 13, 2007
17                                     Trial Date: October 20, 2008

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Setting Briefing Schedule   [C07-04720 CRB (JL)]

1  Comes now PLAINTIFF NELSON GONZALES (hereinafter "PLAINTIFF") and
2  DEFENDANTS M. NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA
3  (hereinafter "DEFENDANTS") who submit the following Stipulated Briefing Schedule and Proposed
4  Order:
5  WHEREAS the parties have been diligently attempting to complete the deposition of the
6  plaintiff, but due to his poor health only two hours have as of yet been completed;
7  WHEREAS the DEFENDANTS will be moving for summary judgment upon completion of
8  the plaintiff's deposition or as ordered by the Court, whichever is sooner;
9  WHEREAS the Plaintiff will also re-file his partial summary judgment;
10 WHEREAS at the last Case Management Conference the Court indicated that it would hear
11 the DEFENDANTS' summary judgment and Plaintiff's partial summary judgment motions on a time
12 shortened basis;
13 WHEREAS trial is currently set for October 20, 2008; and
14 WHEREAS the DEFENDANTS and the Plaintiff have agreed to the following briefing
15 schedule:
16     1.   DEFENDANTS' moving papers and Plaintiff's partial summary judgment motion will
17 be filed no later than **Friday, September 12;**
18     2.   Both Defendants' and Plaintiff's opposing papers will be filed no later than **Friday,**
19 **September 19**;
20     3.   Both Defendants' and Plaintiff's reply papers will be filed no later than **Wednesday,**
21 **September 24**;
22     4.   The hearing for both Defendants' and Plaintiff's motions will be set for **Friday,**
23 **October 10, 10:00 a.m.**, Courtroom 8, 19th Floor.
24
25 **IT IS SO STIPULATED.**
26 DATE: September 3, 2008              /S/ John Houston Scott
27                                       John Houston Scott, Esq.
                                          Attorney for PLAINTIFF
28                                       Nelson Gonzales

[Signatures continue on following page]

---

Stipulation and [Proposed] Order Setting Briefing Schedule   [C07-04720 CRB (JL)]                   1

| | | |
|---|---|---|
| 1 | DATE:  September 3, 2008 | /S/ Randolph Daar |
| 2 | | Randolph Daar, Esq. |
| 3 | | Attorney for PLAINTIFF Nelson Gonzales |

DATE:  September 3, 2008                              /S/ John Devine
                                                     John Devine, Esq.
                                                     Attorney for DEFENDANT
                                                     Michael Novosel


DATE:  September 3, 2008                              /S/ Tricia L. Hynes
                                                     Tricia L. Hynes, Esq.
                                                     Attorney for DEFENDANTS
                                                     Officer Ron Carlino, Officer Sean Curmi,
                                                     Officer Anthony Bordigon and Officer Jason
                                                     Fukushima


PURSUANT TO STIPULATION, IT IS SO ORDERED


Dated:   September 4      , 2008

_____
HONORABLE CHARLES R. BREYER
U. S. DISTRICT COURT, NORTHERN DISTRICT

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

1144197.1