| | |
|---|---|
| 1 | Kimberly E. Colwell, Esq. (SBN: 127604) |
| 2 | kcolwell@meyersnave.com |
| | Tricia L. Hynes, Esq. (SBN: 212550) |
| 3 | thynes@meyersnave.com |
| | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 4 | 555 12th Street, Suite 1500 |
| | Oakland, CA  94607 |
| 5 | Telephone: (510) 808-2000 |
| | Facsimile: (510) 444-1108 |
| 6 | |
| | Attorneys for Defendants |
| 7 | OFFICER RON CARLINO, OFFICER SEAN CURMI, OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALES, | Case No:  C07-04720 CRB (JL) |
| Plaintiff, | |
| v. | **PLAINTIFF NELSON GONZALES AND DEFENDANTS NOVOSEL, CARLINO, BORDIGON, CURMI AND FUKUSHIMA'S STIPULATION AND** ~~[Proposed]~~ **ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA and DOES 1-25, inclusive, | |
| Defendants. | |
| | Complaint filed: September 13, 2007 |
| | Trial Date: October 20, 2008 |

Comes now PLAINTIFF NELSON GONZALES (hereinafter "PLAINTIFF") and DEFENDANTS M. NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA (hereinafter "DEFENDANTS") who submit the following Stipulated Briefing Schedule and Proposed Order:

WHEREAS the parties have been diligently attempting to complete the deposition of the plaintiff, but due to his poor health only two hours have as of yet been completed;

WHEREAS the DEFENDANTS will be moving for summary judgment upon completion of the plaintiff's deposition or as ordered by the Court, whichever is sooner;

WHEREAS the Plaintiff will also re-file his partial summary judgment;

WHEREAS at the last Case Management Conference the Court indicated that it would hear the DEFENDANTS' summary judgment and Plaintiff's partial summary judgment motions on a time shortened basis;

WHEREAS trial is currently set for October 20, 2008; and

WHEREAS the DEFENDANTS and the Plaintiff have agreed to the following briefing schedule:

1. DEFENDANTS' moving papers and Plaintiff's partial summary judgment motion will be filed no later than **Friday, September 12;**

2. Both Defendants' and Plaintiff's opposing papers will be filed no later than **Friday, September 19**;

3. Both Defendants' and Plaintiff's reply papers will be filed no later than **Wednesday, September 24**;

4. The hearing for both Defendants' and Plaintiff's motions will be set for **Friday, October 10, 10:00 a.m.**, Courtroom 8, 19th Floor.

**IT IS SO STIPULATED.**

DATE:  September 3, 2008                    /S/ John Houston Scott
                                             John Houston Scott, Esq.
                                             Attorney for PLAINTIFF
                                             Nelson Gonzales

[Signatures continue on following page]

DATE:   September 3, 2008                              /S/ Randolph Daar
                                                       Randolph Daar, Esq.
                                                       Attorney for PLAINTIFF
                                                       Nelson Gonzales

DATE:   September 3, 2008                              /S/ John Devine
                                                       John Devine, Esq.
                                                       Attorney for DEFENDANT
                                                       Michael Novosel

DATE:   September 3, 2008                              /S/ Tricia L. Hynes
                                                       Tricia L. Hynes, Esq.
                                                       Attorney for DEFENDANTS
                                                       Officer Ron Carlino, Officer Sean Curmi,
                                                       Officer Anthony Bordigon and Officer Jason
                                                       Fukushima

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __September 4_____, 2008

_____
HONORABLE CHARLES R. BREYER
U. S. DISTRICT COURT JUDGE, NORTHERN DISTRICT

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

1144197.1