John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1375 Sutter, Suite 222
San Francisco, CA 94109
Tel:  415.561.9600
Fax: 415.561.9609


Randolph Daar (SBN 88195)
**ATTORNEY AT LAW**
506 Broadway Street
San Francisco, CA 94133
Tel:  415.986.5591
Fax: 415.421.1331

Attorneys for Plaintiff,
NELSON GONZALES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALES,<br><br>     Plaintiff,<br>v.<br><br>MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA and DOES 1-25, inclusive.<br><br>     Defendants. | Case No.: CV 07-04720 CRB<br><br>**DECLARATION OF JOHN H. SCOTT IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date:   October 10, 2008<br>Time:  10:00 a.m<br>Place:  Courtroom 8, 19th floor<br>Judge: Hon. Charles R. Breyer |

I, John Houston Scott, declare that:

1. I am an attorney at the Scott Law Firm.  I am licensed to practice law in the State of California and admitted to all district courts in California.  I am familiar with the facts and issues in this action and I have personal knowledge of the matters stated herein and if called as a witness I could and would competently testify to said facts and each of them.  I submit this Declaration in support of Plaintiff's Motion for Partial Summary Adjudication

- 1 -
DECLARATION OF JOHN H. SCOTT IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY ADJUDICATION

2.    Attached hereto as **Exhibit A** is a true and correct copy of the deposition transcript of Michael Novosel, referred to as "Novosel Depo."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 11, 2008 at San Francisco, California.

                                                        /s/ John H. Scott  
                                                        JOHN HOUSTON SCOTT

*F:\Cases\Cases - Active\Gonzales, Nelson\Pleadings\MSJ\Decl. of JHS in support of Motion for Partial Adjudication.doc*

- 2 -
DECLARATION OF JOHN H. SCOTT IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY ADJUDICATION