1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   OFFICER RON CARLINO, OFFICER SEAN CURMI,
7  OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11  NELSON GONZALES,                          Case No:  C07-04720 CRB (JL)

12                  Plaintiff,
                                              DEFENDANTS OFFICER RON
13  v.                                        CARLINO, OFFICER SEAN CURMI,
                                              OFFICER ANTHONY BORDIGON AND
14  MICHAEL NOVOSEL, R. CARLINO, S.           OFFICER JASON FUKUSHIMA'S
    CURMI, A. BORDIGON, J. FUKUSHIMA and      NOTICE OF MOTION FOR SUMMARY
15  DOES 1-25, inclusive,                     JUDGMENT, OR ALTERNATIVELY,
                                              SUMMARY ADJUDICATION
16                  Defendants.
                                              DATE:     October 10, 2008
17                                            TIME:     10:00 a.m.
                                              DEPT:     Courtroom 8, 19th Floor
18                                            JUDGE:    Hon. Charles R. Breyer

19

20

21

22

23

24

25

26

27

28

Notice of City Def's Motion for Summary Judgment/Adjudication                    [C07-04720 CRB]

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that on October 10, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 8, 19th Floor, of the above entitled Court located at 450 Golden Gate Avenue, San Francisco, California, Defendants OFFICER R. CARLINO, OFFICER S. CURMI, OFFICER A. BORDIGON and OFFICER J. FUKUSHIMA will and hereby do move this Court for summary judgment on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law as to the following issues:

1. Defendants are entitled to summary judgment on plaintiff's First and Only Cause of Action:

   A. The Officers had probable cause to enter the Hotel Room and detain Mr. Gonzales, who had locked himself into a La Quinta Inn Hotel room that he refused to pay for or vacate voluntarily;

   B. The Officers used only that force which was reasonable under the totality of the circumstances—Mr. Gonzales appeared to be high on illegal drugs, threatened to shoot the Officers, threatened to blow up the Hotel with dynamite and punched and fought the Officers as they were attempting to bring him into custody;

   C. No Officer acted in willful disregard of Mr. Gonzales's rights, nor was any Officer plainly incompetent;

   D. Reasonable officers in these Officers' position would have thought the amount of force used was reasonable and necessary under the totality of the circumstances—each officer utilized approved police tactics in direct response to provocation of Mr. Gonzales.

2. Plaintiff is legally precluded from pursuing a claim of excessive force under the Due Process clause of the Fourteenth Amendment; and

3. CHP Officer Novosel's shooting of Mr. Gonzales immediately following on the heels of a high speed vehicle pursuit is a superseding intervening event which constitutes a break in the causation chain to any alleged nexus to his incident with the City of South San Francisco Officers

///

///

which occurred five days earlier because it is unforeseeable that such events would occur.

Dated: September 12, 2008

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/_____
    Tricia Hynes
    Attorneys for Defendants
    OFFICER RON CARLINO, OFFICER SEAN
    CURMI, OFFICER ANTHONY BORDIGON
    and OFFICER JASON FUKUSHIMA

1147048.1

---

Notice of City Def's Motion for Summary Judgment/Adjudication        [C07-04720 CRB]        2