

**SOUTH SAN FRANCISCO POLICE DEPARTMENT**

33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900
SUPPLEMENT 4

Page 18

06-6153

**OFFICER'S SUPPLEMENT:**

On 8-14-06 at approximately 2120 hours, I responded to the La Quinta hotel for a report of a subject refusing to leave or pay for the room he was occupying.

The subject was identified at Nelson Gonzalez. Nelson was occupying room # 436.

Officer Curmi and I went to the room and knocked on the door. Nelson said there was a misunderstanding and that he had paid for the room. I informed him that we had just talked to the hotel clerk who told us that Nelson had paid cash for one night's stay only.

Nelson refused to open the room door. Nelson also refused to leave.

I informed Nelson that if he didn't open the door that we would enter the room with the permission of the hotel. I informed Nelson he was trespassing and all that he needed to do was to pack his belongings and leave.

Nelson continued to debate with me about his ability to stay in the room.

I informed Nelson again that if refused to open the door on his own that I would open it and enter the room.

Nelson replied, " I have gun. You don't want to come in here. I'm trying to save your life."

I called for additional police units. Sgt. Carlino and Officer McHale arrived.

Again Nelson was ordered to open the door and he refused.

Sgt. Carlino and I forced the room door open. Nelson was pushing against the door from inside the room. Nelson screamed, "I have a lot of dynamite in here! If you come in, I have enough to blow us all up!"

We were able to open the door completely. Nelson had all of the lights turned off inside the room.

When we entered Nelson began swinging his fists wildly at Sgt. Carlino and I. Sgt. Carlino, Officer Curmi, Officer Fukushima and I struggled with Nelson for approximately five minutes. Nelson was struggling wildly and it took all four of us to hold him down. I was able to get to my hand held radio and I summoned Officer McHale up to the room. Officer McHale was on the outside of the hotel, observing Nelson's room via the window.

Once Officer McHale arrived in the room. We were able to control Nelson's arms long enough to place handcuffs on him.

I learned that OC spray was used on Nelson. I grabbed a towel from the bathroom and soaked it in cold water and washed Nelson's face with it.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 95AB03   BORDIGON, A. | 08/17/2006 | 95AB03   BORDIGON, A. | 08/18/2006 |

· EXHIBIT 1

SSF 116

| | | |
|---|---|---|
| | **SOUTH SAN FRANCISCO POLICE DEPARTMENT** | Page 19 |
| | 33 ARROYO DR.    SOUTH SAN FRANCISCO, CA 94080    650-877-8900<br>SUPPLEMENT 4 | 06-6153 |

After he was handcuffed, Nelson was placed in a body wrap. The SSFFD paramedics responded at our request and washed Nelson's eyes with a saline solution.

The paramedics transported Nelson to Peninsula Hospital for treatment and medical clearance for booking purposes.

I followed the paramedics in my police vehicle to Burlingame.

Based on my training and experience and my observations of Nelson, I formed the opinion that he was under the influence of a controlled substance (a stimulant).

Nelson's rationalization while speaking with him was disjointed and unintelligible. He was very paranoid about coming out of his room or allowing the police or hotel staff to enter his room.

The violent manner and length of time that he physically struggled with four police officers was extraordinary.

After Nelson was physically restrained he continued to talk to himself. He began talking like a small child saying something to the effect, "Nelson sleepy. Nelson sleepy." "I love you Nelson." "God loves you Nelson." "Nelson, you're my guardian angel."

After waiting several hours at the hospital, I was informed that Nelson was being admitted based on his psychosis.

I completed an "849(b)(1) PC Form" and gave Nelson's copy to the nurse, to be placed in Nelson's personal belongings.

As a result of the struggle in the hotel room I received injuries to my hands and right forearm.

Drug paraphernalia was located in the room and later booked as evidence.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 95AB03   BORDIGON, A. | 08/17/2006 | 95AB03   BORDIGON, A. | 08/18/2006 |

SSF 117