Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
SERGEANT RON CARLINO, OFFICER SEAN CURMI,
OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONSALES,<br><br>        Plaintiffs,<br><br>v.<br><br>MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA; and DOES 1 to 25, inclusive,<br><br>        Defendants. | Case No:   C07-04720 CRB (JL)<br><br>**DECLARATION OF SERGEANT RON CARLINO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION OF THE ISSUES**<br><br>DATE:     October 10, 2008<br>TIME:     10:00 a.m.<br>DEPT:    Courtroom 8, 19th Floor |

I, SERGEANT RON CARLINO, declare as follows:

1. I am a Sergeant for the City of South San Francisco Police Department, and have been so employed since 1992. If called to testify, I could and would competently testify as to the facts within this Declaration, based on my personal knowledge.

2. Attached hereto as exhibit 1 is a true and correct copy of my police report from the incident that took place at 20 Airport Blvd., South San Francisco, on August 14, 2006 involving Plaintiff.

3. On August 14, 2006, I was on patrol for the South San Francisco Police Department. I was patrolling in my marked police unit.

4. At approximately 2150 hours I responded to 20 Airport Blvd., South San Francisco (La Quinta Inn), room number 445 on a report of a subject refusing to leave the property. Officer Bordigon and Officer Curmi were already on scene. Officer Bordigon was talking to a male subject (later identified as Gonzales) through the closed door. Gonzales was argumentative and irrational. He repeatedly demanded that the police leave the area before he would open the door.

5. As Gonzales spoke, I noticed that he sounded as if he was under the influence of a controlled substance. His speech was very rapid, and he would rant and rave in an irrational manner. Gonzales would ask questions of Officer Bordigon, but once Officer Bordigon answered, Gonzales would repeat the question as if the Officer never answered him. He repeatedly demanded that the police leave the area before he opened the door.

6. A hotel maintenance worker was eventually able to respond to the room with a key that would defeat the double-lock on the door. We gave Gonzales warning that we were going to enter the room and he repeated "Okay … do what you gotta do, but good luck." As Gonzales continued to talk, Officer Bordigon used the key to open the door. Gonzales immediately slammed the door shut and began yelling at us. It was obvious, by the way the door was moving, that Gonzales was pressing his body weight against the door from the inside.

7. Officer Bordigon attempted to engage Gonzales in conversation until it sounded as though he moved away from behind the door. At that point, Officer Bordigon used the key to unlock the door and I used my body weight to force the door open. Gonzales immediately began to throw his

body weight at the back of the door in an attempt to force it shut. I continued to throw my weight against the door, at which point Gonzales yelled, "are you crazy? I've got enough dynamite in here to blow up the whole building!" Since I had already committed myself to forcing entry into the room, I continued to throw my weight against the door until I overpowered Gonzales and was able to force the door completely open.

8. Once the door opened, I could see that Gonzales had turned off all the lights in the room. The room was completely dark and all I could see was Gonzales' face and shoulders, which where partially illuminated by the lighting in the hallway. I could tell that his arms were outstretched in front of his body, but I could not see his hands. As I entered the Room, Gonzales lunged toward me.

9. Based on the fact that I could not see Gonzales' hands, the veiled threat of having a weapon(s) he made to Officer Bordigon prior to my arrival, and his comment about having dynamite in his room, I felt an urgent need to take immediate measures to prevent Gonzales from harming me or the other officers. I used my right hand to deliver a single, four-knuckle strike to Gonzales' face. I was not certain whereon his face the blow landed, but the blow stunned him enough to stop his forward momentum, at which point I shoved him backward into the room. Gonzales was still standing upright as he began throwing blind punches with both of his arms. I grabbed the front of his sweatshirt and pulled him forward abruptly to take away his balance. I then forced him into the wall, but he still managed to maintain his balance.

10. By this time, Officers Bordigon, Curmi and Fukushima were helping me control Gonzales, who was still violently struggling to break free from our hold on him. Gonzales displayed an extraordinary level of strength, as he was still able to maintain his balance and continue to struggle against the four of us. We were eventually able to force Gonzales into a facedown position at the end of the bed. Gonzales still continued to violently thrash his body and try to pull his arms away from us.

11. Eventually, Officer Fukushima was able to apply a handcuff to Gonzales' right wrist. however, Officer Bordigon was having trouble bringing Gonzales' left arm behind his back. I took hold of Gonzales' left wrist with both of my hands while Officer Bordigon retrieved his handcuffs. I had to use my legs, back, and both arms to pull Gonzales' left arm behind his back so Officer Fukushima could apply the other handcuff to his wrist. Gonzales continued to scream and thrash his

body from side to side. We directed him to a facedown position on the floor, but he continued to twist his body in an obvious effort to get to his feet. It took three officers to hold Gonzales down on the floor.

12. Shortly thereafter, Officer Wall arrived at the scene with the "Wrap" body restraint. Gonzales began to calm down as we applied the "Wrap" and sat him upright. Gonzales was rambling incoherently and would periodically become enraged and tense his entire body. He would then relax and ramble softly in a childlike voice. South San Francisco Fire Department paramedics responded to the room and subsequently transported Gonzales to Mills-Peninsula Hospital for medical and psychiatric evaluation.

13. Based upon the totality of the circumstances confronting us, including the facts that Mr. Gonzales refused to leave the hotel room, threatened us with a gun, threatened the lives of every person in the entire hotel by threatening to "blow up the whole building" with dynamite, fighting off four trained officers with super-human strength by charging us, fighting us off, struggling against every attempt to restrain him, and exhibited numerous signs of being under the influence of illegal drugs or powerful narcotics, we were left with little choice but to meet Mr. Gonzales's resistance with that force reasonably necessary to bring him into custody.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 12th day of September, 2008 in Oakland, California.

_____/S/_____
R. Carlino

1144945.1