| SOUTH SAN FRANCISCO POLICE DEPARTMENT | Page 12 |
|---|---|
| 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900<br>SUPPLEMENT 1 | 06-6153 |

**SUPPLEMENTAL REPORT - SERGEANT CARLINO:**

At approximately 2150 hours on 8/14/06, I responded to 20 Airport Blvd., SSF (La Quinta Inn) room # 445 on a report of a subject refusing to leave the property. The subject was supposed to check out at 1200 hours, but he refused to leave his room and refused to pay for an additional night. Cpl. Bordigon and Ofc. Curmi were already on scene. Prior to my arrival, Ofc. Curmi broadcast over the police radio that the subject inside the room made a veiled threat about having a weapon(s) in his possession.

When I arrived at the hotel, I found Cpl. Bordigon and Ofc. Curmi standing in the hallway outside of room #445. The hotel room door was closed and Cpl. Bordigon and Ofc. Curmi were standing on either side of the door. Cpl. Bordigon was talking to a male subject (later identified as (S)GONZALEZ) through the closed door. I could hear GONZALEZ arguing with Cpl. Bordigon about not wanting to leave his room. Cpl. Bordigon was explaining why the hotel manager wanted him out of the room, but GONZALEZ was argumentative and irrational. He repeatedly demanded that the police leave the area before he would open the door. Cpl. Bordigon told GONZALEZ that the police were not going to leave until he left the property and explained that if he did not open the door, he may have to force it open. GONZALEZ became extremely agitated and yelled, "You better not!"

As GONZALEZ spoke, I noticed that he sounded as if he was under the influence of a controlled substance. His speech was very rapid, and he would rant and rave in an irrational manner. GONZALEZ would ask questions of Cpl. Bordigon, but once Cpl. Bordigon answered, GONZALEZ would repeat the question as if Cpl Bordigon had never answered him. He repeatedly demanded that the police leave the area before he opened the door, but when Cpl. Bordigon explained that we needed to stay to be certain he left the property, GONZALEZ would become irate and yell, "Why are you doing this to me?"

A hotel maintenance worker was eventually able to respond to the room with a key that would defeat the double-lock on the door. We gave GONZALEZ warning that we were going to enter the room and he repeated, "Okay…do what you gotta do, but good luck!" Cpl. Bordigon asked him what he meant by "Good luck" and GONZALEZ said, "If you come in here, you're gonna need good luck." As GONZALEZ continued to talk, Cpl. Bordigon used the key to open the door. GONZALEZ immediately slammed the door shut and began yelling at us. It was obvious by the way the door was moving that

| Prepared By:<br>92RC10  CARLINO, R. | Date:<br>08/15/2006 | Approved By:<br>92RC10  CARLINO, R. | Date:<br>08/17/2006 |

EXHIBIT 1

SSF 110



**SOUTH SAN FRANCISCO POLICE DEPARTMENT**
33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900
SUPPLEMENT 1

Page 13

06-6153

GONZALEZ was pressing his body weight against the door from the inside.

Cpl. Bordigon attempted to engage GONZALEZ in conversation until it sounded as though he moved away from behind the door. At that point, Cpl. Bordigon used the key to unlock the door and I used my body weight to force the door open. GONZALEZ immediately began to throw his body weight at the back of the door in an attempt to force it shut. I continued to throw my weight against the door, at which point GONZALEZ yelled, "Are you crazy? I've got enough dynamite in here to blow up the whole building!" Since I had already committed myself to forcing entry into the room, I continued to throw my weight against the door until I overpowered GONZALEZ and was able to force the door completely open.

Once the door opened, I could see that GONZALEZ had turned off all the lights in the room. The room was completely dark and all I could see was GONZALEZ' face and shoulders, which were partially illuminated by the lighting in the hallway. I could tell that his arms were outstretched in front of his body, but I could not see his hands. As I entered the room, GONZALEZ lunged toward me.

Based on the fact that I could not see GONZALEZ' hands, the veiled threat of having a weapon(s) he made to Cpl. Bordigon prior to my arrival, and his comment about having dynamite in his room, I felt an urgent need to take immediate measures to prevent GONZALEZ from harming me or the other officers. I used my right hand to deliver a single, four-knuckle strike to GONZALEZ' face. I was not certain where on his face the blow landed, but the blow stunned him enough to stop his forward momentum, at which point I shoved him backward into the room. GONZALEZ was still standing upright and he began throwing blind punches with both of his arms. I grabbed the front of his sweatshirt and pulled him forward abruptly to take away his balance. I then forced him into the wall, but he still managed to maintain his balance.

By this time, Cpl. Bordigon, Ofc. Curmi and Ofc. Fukushima were helping me control GONZALEZ who was still violently struggling to break free from our hold on him. GONZALEZ displayed in extraordinary level of strength, as he was still able to maintain his balance and continue to struggle

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 92RC10   CARLINO, R. | 08/15/2006 | 92RC10   CARLINO, R. | 08/17/2006 |



**SOUTH SAN FRANCISCO POLICE DEPARTMENT**

33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900
SUPPLEMENT 1

Page 14

06-6153

against the four of us. We were eventually able to force GONZALEZ into a facedown position at the end of the bed. GONZALEZ still continued to violently thrash his body and try to pull his arms away from us.

Eventually, Ofc. Fukushima was able to apply a handcuff to GONZALEZ' right wrist. However, Cpl. Bordigon was having trouble forcing GONZALEZ' left arm behind his back. I took hold of GONZALEZ' left wrist with both of my hands while Cpl. Bordigon retrieved his handcuffs. I had to use my legs, back, and both arms to pull GONZALEZ' left arm behind his back so Ofc. Fukushima could apply the other handcuff to his wrist. GONZALEZ continued to scream and thrash his body from side to side. We directed him to a facedown position on the floor, but he continued to twist his body in an obvious effort to get to his feet. It took Ofc. Curmi, Ofc. Fukushima and Ofc. McHale (who responded from the parking lot when the struggle began) to hold GONZALEZ down on the floor.

Shortly thereafter, Sgt. Wall arrived at the scene with the "Wrap" body restraint. GONZALEZ began to calm down as we applied the "Wrap" and sat him upright. Cpl. Bordigon asked GONZALEZ what he had taken, to which GONZALEZ replied, "I don't know. I don' know." GONZALEZ was rambling incoherently making statements such as "God loves you, Nelson" and "I forgive you all." GONZALEZ would periodically become enraged and tense his entire body. He would then relax and ramble softly in a childlike voice. SSFFD paramedics responded to the room and subsequently transported GONZALEZ to Peninsula Hospital for medical and psychiatric evaluation.

During the struggle with GONZALEZ, Cpl. Bordigon sustained soreness to his left hand, right thumb and right wrist, as well as bruising to his right forearm/elbow area. Ofc. Curmi sustained soreness, swelling, and bruising to his right knee and thigh area. Ofc. Fukushima sustained soreness to his left knee, and I sustained soreness to my right hand, wrist and elbow (refer to Ofc. Curmi's report for further details.)

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 92RC10   CARLINO, R. | 08/15/2006 | 92RC10   CARLINO, R. | 08/17/2006 |

SSF 112