# SOUTH SAN FRANCISCO POLICE DEPARTMENT

33 ARROYO DR.    SOUTH SAN FRANCISCO, CA 94080    650-877-8900

## MISDEMEANOR REPORT

Page 1

06-6153

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Area | Date Printed |
|---|---|---|---|---|---|---|
| 11550(A) HS | Under Influence Cntl Sub | Misd | 08/14/2006 | 2120 | 05AE | 11/02/2007 |
| 148(A)(1) PC | Obstruct/Resist Peace/Pub Ofc | Misd | Date Reported | Time Reported | Beat | Time Printed |
| 602(O) PC | Trespass:closed Lands | Misd | 08/14/2006 | 2120 | 1 | 14:08:31 |
| 496(A) PC | Rec Knwn Stln Prop -$400 -misd | Felony | Disposition Date | Disposition | | Incident Number |
| 1203.2 | Probation Violation | Misd | 08/14/2006 | Warrant Requested | | 060814141 |

| Location | Location Type | Point of Entry |
|---|---|---|
| La Quinta Motor Inn, 20 Airport Bl, #445, So. San Francisco, CA 94080 | Motel/Hotel | |

| Means of Attack | Location of Entry | Method of Entry | Alarm System |
|---|---|---|---|
| | | | |

**Victim Name**
La Quinta Motor Inn

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 20 Airport Bl, So. San Francisco, CA 94080 | 65-583-2223 | | | | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Assistance Rendered/Victim Disposition | Transporting Agency |
|---|---|
| Other | |

| Description of Injuries | Other Information |
|---|---|
| Property Crime Does Not Apply | |

**Reporting Party**
Mapalo, Michael Gagucus

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 100 San Bruno Ave, #6, Brisbane, CA 94005 | 6505832223 | 02/02/1981 | 25 | M | F |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| La Qunita Inn, 20 Airport Bl, So. San Franci, CA 94080 | 650-583-2223 | 5'5" | 125 | BLK | BRO |

| Suspect Arrested | Action Taken | Charges |
|---|---|---|
| Gonzalez, Nelson Jose Jr. | OTHER | 11550(A) HS, 148(A)(1) PC, 602(O) PC, 496(A) PC, 1203.2 |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 87 Nora Way, Atherton, CA 94027 | | 08/24/1968 | 37 | M | H |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5'9" | 190 | BRO | BRO |

| Identifying Features | Arrest Number | Drivers License | SSN |
|---|---|---|---|
| Build: Stocky  Complexion: Medium | 54018 | C6382905 CA | 566490845 |

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| Mentioned | 1992 White Hond Civic | 3BMV628 CA | Passenger Car/Station Wagon |

| No. | Status | Item Description | Value | Val Recoverd | Val Damaged |
|---|---|---|---|---|---|
| | | (Property listed on separate page) | | | |

**Solvability Factors**
070  Evidence Booked  Evidence Sent to Forensic Lab  Suspects  Victims/Witnesses

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| 98SC07 - Curmi, S. | 08/14/2006 | DG05 - K9, Olympia | 92RC10 - Carlino, R. | 08/18/2006 |

| Route To | Date | Notes |
|---|---|---|
| D.A. - For Warrant | 08/18/2006 | |
| cib | 08/18/2006 | |
| ATHERTON PD | | |

EXHIBIT 1

SSF 99



# SOUTH SAN FRANCISCO POLICE DEPARTMENT
### 33 ARROYO DR.    SOUTH SAN FRANCISCO, CA 94080    650-877-8900
## MISDEMEANOR REPORT

Page 2

06-6153

| Victim Name | | | | | | |
|---|---|---|---|---|---|---|
| Zaheri, Candace Faulkner | | | | | | |
| **Residence Address** | **Residence Phone** | **DOB** | **Age** | **Sex** | **Race** | |
| 15 Adam Wy, Atherton, CA 94027 | 650-299-1643 | 12/02/1974 | 31 | F | W | |
| **Business Name and Address** | **Business Phone** | **Height** | **Weight** | **Hair** | **Eyes** | |
| Oracle, 100 Oracle Parkway, Redwood Shores, CA 94065 | 650-633-5800 | 5'7" | 124 | BRO | BRO | |
| **Assistance Rendered/Victim Disposition** | **Transporting Agency** | | | | | |
| Property Crime Does Not Apply | | | | | | |
| **Description of Injuries** | **Other Information** | | | | | |
| Property Crime Does Not Apply | | | | | | |

| Mentioned | | | | | |
|---|---|---|---|---|---|
| Sergeant Joseph Wade | | | | | |
| **Residence Address** | **Residence Phone** | **DOB** | **Age** | **Sex** | **Race** |
| 83 Ashfield Rd, Atherton, CA 94025 | 650-323-8471 | | | M | |
| **Business Name and Address** | **Business Phone** | **Height** | **Weight** | **Hair** | **Eyes** |
| Atherton Police Department, 83 Ashfield Rd, Atherton, CA 94025 | 650-323-8471 | | | | |

SSF 100

## SOUTH SAN FRANCISCO POLICE DEPARTMENT

33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900

### MISDEMEANOR REPORT

Page 3

06-6153

| # | Status | Item Description | Value | Val Recoverd | Val Damaged |
|---|---|---|---|---|---|
| 1 | Evidence | SC-1 - 1 Blk Barska Rifle Scope - black "Barska" rifle scope | | | |
| 2 | Evidence | SC-2 - 1 Blk Case - Blk "Dual" case containing a plastic sandwich bag containing a greef leafy sub. & a small metal pipe | | | |
| 3 | Evidence | SC-3 - 2 Small Metal Pots - Two small metal pots with unknown white residue inside of them | | | |
| 4 | Evidence | SC-4 - 1 Plasitc Bottle - White plastic bottle containing an unknown white powdery substance | | | |
| 5 | Evidence | JF-1 - 15 Digital Photos - (15) digital photos | | | |
| 6 | Safekeeping | SC-5 - 1 Red Religious Book - Religious book "Words of Comfort for Every Day" with several pins stuck to it. | | | |
| 7 | Evidence | SC-6 - 1 Copper Mesh - Copper mesh | | | |
| 8 | Evidence | SC-7 - 1 Purple Journal - "Dream Journal" | | | |
| 9 | Evidence | SC-8 - 2 Misc. Papers - Misc. paper | | | |
| 10 | Safekeeping | SC-9 - 2 Keys - Keychain with one Honda keys and one Jaguar key | | | |
| 11 | Evidence | SC-10 - 9 Articles Of Mail - articles of mail belonging to mathew and Candice Zaheri found in the suspect's possession. | | | |
| 12 | Evidence | GW1 - 1 Cd - cd of 911 phone call foward to dda devitt | | | |



| SOUTH SAN FRANCISCO POLICE DEPARTMENT | Page 4 |
|---|---|
| 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900<br>NARRATIVE | 06-6153 |

### DESCRIPTION:

On 8-14-06, South San Francisco Police units responded to the La Quinta Inn located at 20 Airport Boulevard in South San Francisco on the report of a subject refusing to leave the property. The suspect, **Nelson Gonzalez**, was supposed to check out of his hotel room *(# 445)* at 1200 hours, but refused to leave his hotel room or pay for an additional night. South San Francisco Police officers were able to speak with Gonzalez through the locked hotel room door. They repeatedly tried to convince Gonzalez to leave the property, but Gonzalez continually refused and stated that he was armed with a gun and would use it against the police if they entered his hotel room. South San Francisco Police officers suspected Gonzalez to be under the influence of a controlled substance because he sounded peculiarly irrational and at times did not make sense when he spoke. After approximately 30 minutes, La Quinta Inn staff authorized police officers to force entry into the hotel room. Once the hotel room door was forced open, Gonzalez became combative and stated that he had enough dynamite in his room to "blow up" the entire hotel. Gonzalez then tried to slam the door shut and a physical altercation ensued. It took four police officers and two applications of O.C. *(Oleoresin Capsicum)* spray to take Gonzalez into custody. Once in custody, Gonzalez was placed in a "WRAP" *(body restraining devise)* and transported to the Peninsula Hospital by the South San Francisco Fire Department for medical evaluation. Peninsula Hospital staff advised police department personnel that Gonzalez was going to remain at the hospital for up to two days for psychiatric evaluation. Gonzalez was subsequently released at Peninsula Hospital per 849(b)(1) PC. This case will be referred to the San Mateo County District Attorney's Office for prosecution against Nelson Gonzalez for violation of **11550(a) H&S** *(Under the Influence of a Controlled Substance)*, **602(o) PC** *(Trespassing)*, **148(a)(1) PC** *(Resisting Arrest)*, **496(a) PC** *(Possession of stolen Property)* and **1203.2** *(Probation Violation)*.

### INVESTIGATION:

On 8-14-06 at approximately 2135 hours, Corporal Bordigon and I were dispatched to the La Quinta Inn located at 20 Airport Boulevard in South San Francisco on the report of a male subject refusing to leave the property. Upon arrival, Corporal Bordigon and I contacted the reporting party and La Quinta Inn front desk agent, Michael Mapalo in the lobby of the hotel.

Mapalo stated that a male subject *(later identified as Nelson Gonzalez)* paid cash to rent a hotel room at the hotel on 8-13-06; however, failed to "check out" of the hotel room *(# 445)* at 1200 hours on 8-14-06 per the hotel's policy. Mapalo called Gonzalez's hotel room from the hotel lobby and told Gonzalez that he needed to leave the hotel property or pay for another night's stay. According to Mapalo, Gonzalez appeared confused and disoriented and asked him for directions to the nearest bank so he could pay for an additional night. Mapalo provided him with directions and advised him that he had a half hour to come up with the money or he needed to leave. Approximately one hour later, Mapalo had not heard from Gonzalez so he called Gonzalez's hotel room again. Gonzalez still appeared confused and disoriented and was adamant that he had just paid him for an additional night's stay. Mapalo told Gonzalez that he had not paid for an additional night's stay and now needed to leave the hotel property. Approximately a half hour later, Mapalo called Gonzalez's hotel room a third time to see if Gonzalez had left, but there was no answer. Mapalo sent a hotel maintenance worker to Gonzalez's room to check if it was now vacant, but when the maintenance worker checked the room they noticed the hotel room door was locked from the inside via the deadbolt lock. When Mapalo was made aware of this he called

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 98SC07   CURMI, S. | 08/15/2006 | 92RC10   CARLINO, R. | 08/18/2006 |



**SOUTH SAN FRANCISCO POLICE DEPARTMENT**
33 ARROYO DR.    SOUTH SAN FRANCISCO, CA 94080    650-877-8900
NARRATIVE

Page 5

06-6153

the South San Francisco Police Department for assistance in removing Gonzalez from the hotel's property.

After speaking with Mapalo, Corporal Bordigon and I went to hotel room # 445, which was on the fourth floor of the north building of the hotel. Corporal Bordigon knocked on the hotel room door and announced our presence. Gonzalez spoke to us through the locked hotel room door and repeatedly refused to open the door. Gonzalez insisted that he had paid for another night's stay. Corporal Bordigon repeatedly explained to Gonzalez why the hotel staff wanted him out of the hotel room, but Gonzalez was argumentative and irrational. Gonzalez continued to refuse to open the door for us and demanded that the police leave.

Gonzalez sounded peculiarly irrational, at times did not make sense when he spoke, and spoke very fast. This led Corporal Bordigon and me to believe that Gonzalez might be under the influence of a controlled substance. Corporal Bordigon advised Gonzalez that if he did not open the hotel room door, we would have to open the door with a key. After hearing this, Gonzalez got extremely agitated and stated that he was armed with a gun and would leave him no choice but to "use it" on us.

Based on Gonzalez's statement, I advised South San Francisco Police Communications to dispatch additional cover units via the police radio. Sergeant Carlino and Officer Fukushima responded to the fourth floor to assist Corporal Bordigon and me, and Sergeant Wall, Officer Kalagayan and Officer McHale responded to the exterior of the of the building *(in case Gonzalez jumped out or attempted to exit the fourth floor hotel room window)*.

At one point, Gonzalez demanded that the police leave the area before he opened the hotel room door. Corporal Bordigon told Gonzalez that the police were not going to leave until he left the property and explained again that if he did not open the door, he may have to force the door open. This got Gonzalez extremely angry and agitated.

After many failed attempts to negotiate with Gonzalez, a hotel maintenance employee was able to retrieve a key that would unlock the deadbolt lock on the hotel room door and allow us access in the hotel room. Corporal Bordigon and Sergeant Carlino gave Gonzalez warning that we were going to enter the room. Gonzalez yelled something to the affect of, **"Do what you got to do! Good Luck!"** Corporal Bordigon attempted to get clarification as to what Gonzalez meant by saying that. Gonzalez replied by saying something to the affect of, **"If you come in here, you're going to need good luck!"**

As Gonzalez continued to yell at us through the locked hotel room door, Corporal Bordigon used the key to open the hotel room door. Gonzalez immediately slammed the door shut and began yelling *(unknown what Gonzalez was saying)*. It appeared as if Gonzalez was using his body weight against the door from the inside in an attempt to keep the door closed. Sergeant Carlino used his body weight to force the door back open. The door did not open immediately because Gonzalez was still on the other side of the door *(inside the hotel room)* throwing his body weight against the door in an attempt to keep it shut. As we were struggling to get the hotel room door open, Gonzalez yelled, **"I have enough dynamite in here to blow up the whole building!"** Sergeant Carlino was eventually able to overpower Gonzalez and force the door open.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 98SC07   CURMI, S. | 08/15/2006 | 92RC10   CARLINO, R. | 08/18/2006 |

SSF 103

| SOUTH SAN FRANCISCO POLICE DEPARTMENT | Page 6 |
|---|---|
| 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900<br>NARRATIVE | 06-6153 |

Once the hotel room door was open, I immediately noticed that Gonzalez had turned off all the lights in the hotel room. Gonzalez was now several feet away from the door in a fighting stance *(similar to a boxer's stance)*. As Sergeant Carlino entered the hotel room, Gonzalez lunged towards Sergeant Carlino and appeared to have attempted to punch him. Sergeant Carlino immediately reacted and punched Gonzalez once in the face *(unknown exactly where)* with his right hand and pushed him back away from the door. This allowed Corporal Bordigon, Officer Fukushima and me, who were in a single file line starting at the threshold of the room and ending in the hallway, to now enter the hotel room.

Once in the room, Gonzalez began throwing blind punches with both of his arms. We were eventually able to all grab hold of Gonzalez, but he was violently struggling to break free from our hold on him. Even though all four of us had a hold on Gonzalez and were attempting to force him down to the ground, he was still able to maintain his balance and continue to struggle with us.

At one point during the struggle, Gonzalez grabbed a hold of the left sleeve of my long sleeve uniform shirt with his right hand and began attempting to pull me down to the ground. Gonzalez had a full grip of my uniform shirtsleeve and twisted his wrist to get a better hold. I was unable to break free from Gonzalez's hold and felt his body weight begin to pull me down towards the ground. Fearing that Gonzalez was going to forced me to the ground because of his good hold on me and the fact that he outweighed me *(Gonzalez at approximately 190 lbs. compare to my weight at approximately 145 lbs.)*, I delivered four to six closed fist distraction blows to Gonzalez's face and head with my right hand. Gonzalez continued to hold onto my left shirtsleeve, but stopped attempting to pull me to the floor. Officer Fukushima was eventually able to get Gonzalez to release his hold on my shirtsleeve by prying his fingers off away from my shirt.

We were eventually able to force Gonzalez into a facedown position at the end of one of the beds *(the one nearest to the window)*. I took a position a Gonzalez's head, while Sergeant Carlino, Corporal Bordigon and Officer Fukushima attempted to gain control of Gonzalez' hands and arms. Gonzalez, who was still violently struggling and repeatedly ignoring our commands to "stop resisting" and "put [your] hands behind your back", placed both of his arms under his chest and attempted to push up from the bed. Fearing that Gonzalez was going to stand up again, I attempted to deliver a single knee strike with my right knee to Gonzalez's right shoulder and collarbone area. As I was in the process of delivering the knee strike, Gonzalez quickly moved his head and my knee struck him on the top of his head.

In spite of all four of us actively attempting to physical restrain Gonzalez, he displayed extremely high levels of strength and pain tolerance. Gonzalez repeatedly attempted to push himself up from the bed, so I deployed my department issued O.C. *(Oleoresin Capsicum)* canister and sprayed Gonzalez's right eye and right side of his face with a quick one to two second burst of O.C. This appeared to have little or no effect on Gonzalez, so I sprayed Gonzalez once again with another quick one to two second burst of O.C. this time at Gonzalez's left eye and left side of his face. This application of O.C. appeared to have been somewhat effective and Sergeant Carlino, Corporal Bordigon and Officer Fukushima were eventually able to get Gonzalez's arms restrained in handcuffs.

| Prepared By:<br>98SC07   CURMI, S. | Date:<br>08/15/2006 | Approved By:<br>92RC10   CARLINO, R. | Date:<br>08/18/2006 |
|---|---|---|---|

| SOUTH SAN FRANCISCO POLICE DEPARTMENT | Page 7 |
|---|---|
| 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900<br>NARRATIVE | 06-6153 |

Once in handcuffs, Gonzalez continued to scream and violently move his body from side to side. We directed Gonzalez to the floor of the hotel room from the bed, but he continued to violently move his body and kick his legs. Officer Fukushima, Officer McHale and I held Gonzalez down on the floor, until Sergeant Wall responded to the scene with the "WRAP" *(body restraining devise)*. Gonzalez began to calm down as we placed him in the "WRAP" and we sat him in an upright position. One minute Gonzalez was extremely agitated, would not make sense when he spoke and would repeat what he said several times. The next minute Gonzalez would relax and speak in a childlike voice. Gonzalez repeatedly said things similar to, "**Sleepy!**", "**God loves you Nelson!**" and "**God forgives you Nelson!**".

While attempting to speak with Gonzalez, I noticed he showed signs and symptoms of being under the influence of a controlled substance. I have been trained in the detection of objective signs of drug influence to the human body. I have attended a P.O.S.T. certified training course where the subject matter was detecting individuals under the influence of controlled substances.

Gonzalez displayed the following signs and symptoms of being under the influence:

- Gonzalez appeared very agitated.

- Gonzalez's muscles appeared to be stiff and rigid when he moved *(robot like)*.

- Gonzalez had repetitive speech *(would say the same thing three or four times right after each other)* and did not make sense when he spoke *(incomplete sentences)*.

- At times, Gonzalez had a blank stare.

- Gonzalez appeared disoriented, confused and paranoid. Gonzalez would repeatedly look from side to side and behind him as if someone where there.

- Gonzalez appeared to be warm and was perspiring heavily.

- Gonzalez had a heart rate of 126 beats per minute.

- Gonzalez was fidgety and could not stand still. Gonzalez constantly moved his hands and fingers.

- Gonzalez had "cotton mouth" *(dry mouth)* and constantly licked his lips.

- At times, Gonzalez would grind his teeth and roll his tongue from side to side in his mouth when he was not talking.

Based on my training and experience, all of the above listed observations are consistent to a person under the influence of a stimulant.

| Prepared By:<br>98SC07   CURMI, S. | Date:<br>08/15/2006 | Approved By:<br>92RC10   CARLINO, R. | Date:<br>08/18/2006 |
|---|---|---|---|

| SOUTH SAN FRANCISCO POLICE DEPARTMENT | Page 8 |
|---|---|
| 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900 NARRATIVE | 06-6153 |

The South San Francisco Fire Department responded to the scene to treat Gonzalez for the O.C. exposure. Fire Department personnel ended up transporting Gonzalez to Peninsula Hospital for medical evaluation. Since Gonzalez had been placed under arrest, Corporal Bordigon also responded to Peninsula Hospital, with the intent to standby with Gonzalez until medical clearance was given for incarceration and then he would transport Gonzalez to the San Mateo County Main Jail. While at Peninsula Hospital, the emergency room staff advised Corporal Bordigon that Gonzalez was going to remain at the hospital for up to two days for psychiatric evaluation. Corporal Bordigon subsequently released Gonzalez at Peninsula Hospital per 849(b)(1) PC. For further details refer to Corporal Bordigon's attached supplemental report.

A records check on Gonzalez revealed that he was currently on San Mateo County probation for 12020 (a) PC *(discharge date 8-18-08)* and San Mateo County supervised probation for 460(b) PC *(discharge date 8-18-08)*

Mapalo signed a "South San Francisco Police Department Citizen's Arrest" form against Gonzalez for criminal trespassing *(see attached form)*.

Officer Kalagayan located a Honda key and DMV paperwork to a Honda *(California license plate # 3BMV628)* in Gonzalez's possession. Prior to leaving the scene, I located a white four-door 1992 Honda Civic *(California license plate # 3BMV628)* in the parking lot of the hotel. Based on Gonzalez' threats of having a firearm and dynamite, I used the key Officer Kalagayan located to unlock the vehicle. I conducted a search of the vehicle and located a black "Barska" riflescope in the truck of the vehicle, but no weapons or contraband.

Officer Kalagayan searched Gonzalez's hotel room for weapons and contraband. Officer Kalagayan collected several items from the hotel room and later gave them to me so I could book them into evidence at the South San Francisco Police Department. For further details refer to Officer Kalagayan's attached supplemental report.

Officer Kalagayan provided me with the following items:

- Two small pots *(one of which had a metal handle extending from the pot)*. There was white residue inside both pots *(both along the sides and at the bottom)*. The outside bottom portion of the pots was burnt and had soot on them from a heat source. There was also copper mesh.

  Based on my training and experience, I believed the pots were used to heat up a controlled substance. Drug users commonly use copper meshing as a filter once the controlled substance is heated.

  Later at the police station, I scraped some of the residue inside the pots and field-tested it for both methamphetamine and cocaine using NARCOTEST 23 and 13. The residue did not field-test positive for methamphetamine or cocaine. I booked the two pots into evidence and requested they be sent to the San Mateo County Crime Laboratory so the residue could be identified.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 98SC07   CURMI, S. | 08/15/2006 | 92RC10   CARLINO, R. | 08/18/2006 |



**SOUTH SAN FRANCISCO POLICE DEPARTMENT**
33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900
NARRATIVE

Page 9

06-6153

- A plastic "accordion type" squeeze bottle, which contained a white powdery substance.

  Later at the police station, I field-tested the white powdery substance for both methamphetamine and cocaine using NARCOTEST 23 and 13. The substance did not field-test positive for methamphetamine or cocaine. I booked the bottle into evidence and requested it be sent to the San Mateo County Crime Laboratory so the powdery substance could be identified.

- Nine articles of mail addressed to Candice and Mathew Zaheri at 15 Adam Way in the City of Atherton.

  The articles of mail included two sealed envelopes that were post marked 8-10-06 out of Oakland, California and 8-09-06 out of Stockton, California, opened *(no envelope)* DMV paperwork, an opened *(no envelope)* "Comcast" bill, two reality advertisements, a Saks Fifth Avenue advertisement, an opened *(no envelope)* four page dental bill / statement and a Saks Fifth Avenue sales catalog.

- A small hard covered book labeled "Dream Journal". Several of the pages had hand written statements in large print.

  "I PROMISE U. I AM GOING TO KILL YOU BOTH MOTHER FUCKERS BASTARDS"

  "I AM NOW THE DEVIL"

  "ROBERT I KNOW YOU CAN SEE THRU MY EYES MOTHER FUCKER"

  "I SWER I AM GOING TO KILL"

  "IF YOU WANT ME TO SPARE YOU"

  "IF YOU COME NOW I WILL SPARE YOUR LIFE"

  "I WILL NEVER COME BACK"

  "CALL ME NOW"

  "IF YOU DON'T CALL NOW I SWEAR I WILL GET SOMEONE TO KILL YOU I SWEAR"

  "LOOK ALL I WANT IS THE FUCKING TRUTH"

  "IF YOU DON'T CALL ME AT LEAST"

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 98SC07   CURMI, S. | 08/15/2006 | 92RC10   CARLINO, R. | 08/18/2006 |



| SOUTH SAN FRANCISCO POLICE DEPARTMENT | Page 10 |
|---|---|
| 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900<br>NARRATIVE | 06-6153 |

"IF YOU CALL ME NOW I WILL MEET YOU"

"BEFORE I LEAVE AT THE AIRPORT IF YOU DON'T CALL ME NOW DON'T BOTHER"

"I HAVE A FRIEND HE HAS A LONG RANGE RIFLE I WILL BLIND FOLD MYSELF"

"AND HAVE HIM AIM FIRST AT YOU"

"THE TRIGER HE WILL AIM"

"THEN I WILL SHOOT YOU MYSELF IN YOU FACE"

"MY FRIEND TOLD ME THE PRIVATE INVESTIGATOR GOT THE PICS BACK"

"AND YOU FUCKERS"

"THAT'S HOW I KNOW I WILL"

"THE PICS AFTER I KILL YOU BOTH"

It should be noted that some of the writing in this book was not legible. For further details as to some of the statements written inside the book, refer to the attached photocopies.

- A religious book in a red cover that was titled "Words of Comfort for Every Day". There were several pins of crosses, angels and hearts affixed to the cover of the book.

- A small black case containing a plastic bag containing a small amount of a green leafy substance believed to be marijuana. There was also a metal pipe with copper mesh stuck inside on end. The end of the pipe and the copper mesh was burnt.

   Based on my training and experience this type of pipe is commonly used to change the controlled substance from a solid to a gas *(smoke)* in order to inhale the smoke into the lungs.

All of the following items, including the vehicle keys and the riflescope were later booked into evidence at the South San Francisco Police Department.

On 8-15-06, I contacted the Atherton Police Department and requested that they provide me with any local contacts their police department had with Gonzalez. Atherton Police Department staff faxed me a copy of Gonzalez's police contacts along with a copy of a police report where Gonzalez was the suspect in a 148(a)(1) PC, 243(b) PC and 11364 H&S case *(Atherton Police Department case # 04-534).* For further details on Gonzalez's Atherton Police Department contacts as well as details to Gonzalez's arrest, refer to the attached printout and police report.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 98SC07   CURMI, S. | 08/15/2006 | 92RC10   CARLINO, R. | 08/18/2006 |

| SOUTH SAN FRANCISCO POLICE DEPARTMENT | Page 11 |
|---|---|
| 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900<br>NARRATIVE | 06-6153 |

On 8-16-06, I contacted Sergeant Wade with the Atherton Police Department via telephone. Sergeant Wade was familiar with my case and heard that we had recovered several articles of mail from Gonzalez that belonged to the Zaheri residence located at 15 Adam Way in the City of Atherton. Sergeant Wade stated that he had already spoken with Candice Zaheri and determined that the mail found in Gonzalez's possession was stolen. Sergeant Wade stated that would be writing a theft report for the Zaheri family and provided me with the case number *(Atherton Police Department case # 06-504)*.

Sergeant Wade asked me what Gonzalez' current address was. I advised him that Gonzalez would not talk to any of our police officers and the only address we had for him was the one listed on his California driver's license *(87 Nora Way Atherton, CA 94027)*. Sergeant Wade provided me with two additional listed addresses for Gonzalez.

661 Edgewood Road
Redwood City, CA 94062

1116 Girard Street
San Francisco, CA 94134

After speaking with Sergeant Wade, I contacted Candice Zaheri via telephone. I advised her that I had recovered nine articles of mail that were addressed to both her and her husband, Mathew Zaheri. Candice was unaware that her mail was missing or stolen. Candice stated that her mailbox is not affixed to her residence and her mail can be accessed and removed from her mailbox, which is free standing and located on her property. Zaheri stated that she does not know Gonzalez personally and advised me that he should not be in possession of any of her or her husband's mail. Candice stated that she knew Gonzalez lives or used to live near her in the City of Atherton and that she suspected him of burglarizing her residence in the past *(reported to Atherton Police Department)*.

A copy of this report will be forwarded to the San Mateo County District Attorney's Office requesting prosecution against Nelson Gonzalez Jr. for violation of **11550(a) H&S** *(Under the Influence of a Controlled Substance)*, **602(o) PC** *(Trespassing)*, **148(a)(1) PC** *(Resisting Arrest)*, **496(a) PC** *(Possession of stolen Property)*. Based on the fact that Gonzalez is currently on both San Mateo County probation for violation of 12020(a) PC and San Mateo County supervised probation for 460(b) PC, I am also requesting his probation status be violated per **1203.2** *(Probation Violation)*.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 98SC07   CURMI, S. | 08/15/2006 | 92RC10   CARLINO, R. | 08/18/2006 |



| SOUTH SAN FRANCISCO POLICE DEPARTMENT | Page 20 |
|---|---|
| 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900 | |
| SUPPLEMENT 5 | 06-6153 |

### Officer's Supplement:

On 8-17-06, Sergeant Wade with the Atherton Police Department faxed me a copy of the mail theft report that he investigated after our conversation the mail Gonzalez was found to be in possession of *(Atherton Police Department case # 06-504)*.

This supplemental report as well as the Atherton Police Department report will be attached to the original case report.

For information, Sergeant Wade requested that our department send him a copy of my case report to him for information.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 98SC07   CURMI, S. | 08/23/2006 | 92RC10   CARLINO, R. | 08/24/2006 |

SSF 118

|  | **SOUTH SAN FRANCISCO POLICE DEPARTMENT** | Page 21 |
|---|---|---|
| | 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900<br>**SUPPLEMENT 6** | 06-6153 |

### *Officer's Supplement:*

On 4-21-07, I received a "Golden Rod" from San Mateo County Deputy District Attorney Greg Devitt, requesting that I provide him with a copy of the 9-1-1 tape in this incident.

On 4-21-07, I completed a "South San Francisco Police Department Audio Recording Request" form, had it signed by Sergeant Carter and turned in the request to South San Francisco Police Communications.

A copy of this supplemental report will be forwarded to DDA Devitt for information.

This supplemental report will be attached to the original case report.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 98SC07  CURMI, S. | 04/21/2007 | 78WC02  CARTER, W. | 04/21/2007 |

# SOUTH SAN FRANCISCO POLICE DEPARTMENT

Page 22

## ARREST REPORT
## GONZALEZ, NELSON JOSE JR.

11/02/2007

| Address | Mailing Address |
|---|---|
| 87 NORA WAY, ATHERTON, CA 94027 | |

| ID | Phone | DOB | Age | Sex | Height | Weight |
|---|---|---|---|---|---|---|
| 441227 | | 08/24/1968 | 39 | M | 5'9" | 190 |

| Race | Hair | Eyes |
|---|---|---|
| HISPANIC | BROWN | BROWN |

| Drivers License | SSN | St ID | Vehicle License | FBI # |
|---|---|---|---|---|
| C6382905 CA | 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 | | 3BMV628 CA | 210150AB6 |

| Business Name | Address | City & State |
|---|---|---|

| Business Phone | Gang Affiliation | Arrest ID |
|---|---|---|
| | | 54018 |

| Next of Kin/Parent/Guardian | Address | Phone | Occupation |
|---|---|---|---|

Undocumented Alien: NO

| Complexion | Build | Hairstyle | Facial Hair | Speech | Glasses |
|---|---|---|---|---|---|
| MEDIUM | STOCKY | SHORT | | | NO |

| Scars | Tattoos |
|---|---|

| Officer Safety | Note |
|---|---|

Other Considerations

Aliases

| Arrest Date | Arrest Time | Location of Arrest | Case Number |
|---|---|---|---|
| 08/14/2006 | 21:20 | 20 AIRPORT BL #445 | 06-6153 |

| Arresting Officers | Booking Officer | Booking Number | Citation | Warrant Number |
|---|---|---|---|---|
| 98SC07 - Curmi, S.  95AB03 - Bordigon, A. | | | | |

**Charges**
11550(A) HS - Under Influence Cntl Sub   148(A)(1) PC - Obstruct/Resist Peace/Pub Ofc   602(O) PC - Trespass:closed Lands   496(A) PC - Rec Knwn

| Action Taken | Offense Level | Arrest Disposition |
|---|---|---|
| OTHER | MISDEMEANOR (ADULT AND JUVENILE) | RELEASED |

Property Description

Arrest Details