Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
SERGEANT RON CARLINO, OFFICER SEAN CURMI,
OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONSALES,<br><br>            Plaintiffs,<br><br>v.<br><br>MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA; and DOES 1 to 25, inclusive,<br><br>            Defendants. | Case No:   C07-04720 CRB (JL)<br><br>**DECLARATION OF OFFICER JASON FUKUSHIMA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION OF THE ISSUES**<br><br>DATE:     October 10, 2008<br>TIME:     10:00 a.m.<br>DEPT:     Courtroom 8, 19th Floor |

I, OFFICER JASON FUKUSHIMA, declare as follows:

1. I am a Police Officer for the City of South San Francisco Police Department, and have been so employed since 2002. If called to testify, I could and would competently testify as to the facts within this Declaration, based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of my police report from the incident that took place at 20 Airport Blvd., South San Francisco, on August 14, 2006 involving Plaintiff.

3. On August 14, 2006, I was on patrol for the South San Francisco Police Department. I was patrolling in my marked police unit.

4. At approximately 2150 hours I was dispatched to the La Quinta Hotel as cover on the report of a male subject (later identified as Nelson Gonzalez) who did not pay for his hotel stay. Gonzales locked himself inside of his room and refused to leave the premises. Officer Bordigon and Officer Curmi were already on scene. Officer Curmi advised communications that Gonzales made reference to possessing a firearm.

5. I responded to room no. 445. I saw Sergeant Carlino, Officer Bordigon, and Officer Curmi standing in the hallway just outside of room number 445. Officer Bordigon was talking to Gonzales through the door. I could not interpret the exact words Gonzales was saying. However, several times I saw Officer Bordigon attempt to open the door by turning the handle. I heard Gonzales responded by yelling, "Are you crazy! Do you know what's going to happen if you come inside?" Officer Bordigon said, "What's going to happen?" Gonzales said, "I already told you what would happen, open the door and find out!" Based upon my training and experience, and all that I had observed so far or learned from dispatch, I assumed Gonzales was threatening to use his firearm against us.

6. Corporal Bordigon continued asking Gonzales to pack his baggage and open the door. He assured him he was not in any trouble, but the hotel management just wanted him to leave. Gonzales responded by saying, "You leave and I will come out!" Officer Bordigon communicated to all of us that the dead bolt was securing the door. Therefore he could not open the door with just the key card. After about 15 minutes of asking Gonzales to open the door or leave voluntarily, Officer

Bordigon asked the hotel staff to bring a key for the dead bolt. When the hotel staff responded with the key, Sergeant Carlino made the decision to open the door.

7. As Sergeant Carlino unlocked the door, Gonzales yelled, "Are you fucking crazy, I've got dynamite!" Sergeant Carlino continued forcing the door open and we all entered the room. Gonzales was extremely combative and he began swinging both arms and fists attempting to strike Sergeant Carlino.

8. We all attempted to gain control of Gonzales's arms and legs as he continued being extremely combative. At one point, I saw Gonzales grabbing Officer Curmi's uniform with his right hand. I began controlling Gonzales's right arm (arm bar) and wrist (top hand wrist lock) attempting to gain control of Gonzales as he continued resisting. I eventually placed handcuffs on Gonzales, which were double-locked and checked for tightness. Officer Curmi informed me he sprayed Gonzales with pepper spray during the altercation. I requested for paramedics to respond "Code 2" for treatment.

9. While I was still on scene, Officer Curmi instructed me to take photos of the room (damaged door, TV, etc). I took numerous digital photos of the mentioned items. Also, additional officers responded to assist with searching the room for contraband and/or weapons.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 9th day of September, 2008 in Oakland, California.

_____/S/_____
Jason Fukushima

1145556.1