| SOUTH SAN FRANCISCO POLICE DEPARTMENT | Page 15 |
|---|---|
| 33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900<br>SUPPLEMENT 2 | 06-6153 |

**Supplement:**

On the listed date and time, I was dispatched to the La Quinta Hotel as cover on the report of a male subject (later identified as Nelson Gonzalez) who did not pay for his hotel stay. The subject locked himself inside of his room and refused to leave the premises.

Corporal Bordigon and Officer Curmi were already on scene. Officer Curmi advised communications the subject made reference to possessing a firearm.

I responded to room #445. I saw Sergeant Carlino, Corporal Bordigon, and Officer Curmi standing in the hallway just outside of room #445. Corporal Bordigon was talking to the male subject through the door. I could not interpret the exact words the male subject was saying.

However, several times I saw Corporal Bordigon attempt to open the door by turning the handle. I heard the male subject responded by yelling, "Are you crazy! Do you know what's going to happen if you come inside?" Corporal Bordigon said, "What's going to happen?" The subject said, "I already told you what would happen, open the door and find out!" I assumed the male subject was threatening to use his firearm against us.

Corporal Bordigon continued asking the male subject to pack his baggage and open the door. He assured him he was not in any trouble, but the hotel management just wanted him to leave. The male subject responded by saying, "You leave and I will come out!" Corporal Bordigon communicated to all of us the dead bolt was securing the door. Therefore he could not open the door with just the key card.

After about 15 minutes of asking the subject to open the door or leave voluntarily, Corporal Bordigon asked the hotel staff to bring a key for the dead bolt. When the hotel staff responded with the key, Sergeant Carlino made the decision to open the door.

As Sergeant Carlino unlocked the door, the subject yelled, "Are you fucking crazy, I've got dynamite!" Sergeant Carlino continued forcing the door open and we all entered the room.

| Prepared By:<br>02JF10   FUKUSHIMA, J. | Date:<br>08/15/2006 | Approved By:<br>92RC10   CARLINO, R. | Date:<br>08/15/2006 |

EXHIBIT 1

SSF 113



**SOUTH SAN FRANCISCO POLICE DEPARTMENT**

33 ARROYO DR.   SOUTH SAN FRANCISCO, CA 94080   650-877-8900
SUPPLEMENT 2

Page 16

06-6153

The male subject was extremely combative and he began swinging both arms and fists attempting to strike Sergeant Carlino. At one point, Sergeant Carlino forced the subject backward and then down to the bed. The subject was laying on his stomach.

We all attempted to gain control of the subject's arms and legs as he continued being extremely combative. At one point, I saw the male subject grabbing Officer Curmi's uniform with his right hand. I began controlling the subject's right arm (arm bar) and wrist (top hand wrist lock) attempting to gain control of the subject as he continued resisting. I eventually placed handcuffs on the subject, which were double-locked and checked for tightness.

Officer Curmi informed me he sprayed the subject with pepper spray during the altercation. I requested for paramedics to respond "code 2" for treatment.

While I was still on scene, Officer Curmi instructed me to take photos of the room ( damaged door, TV, etc). I took numerous digital photos of the mentioned items. In addition, additional officers responded to assist with searching the room for contraband and/or weapons.

Some of the items I noticed were: aluminum tins containing the residue of a white powdery substance, numerous entire burnt match books in the bathroom sink, and one plastic container filled with a white powdery substance. I took photos of the mentioned items as well. All of the photos were uploaded into RIMS as evidence.

This was the end of my involvement.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 02JF10   FUKUSHIMA, J. | 08/15/2006 | 92RC10   CARLINO, R. | 08/15/2006 |