| | |
|---|---|
| 1 | Kimberly E. Colwell (SBN: 127604) |
| | kcolwell@meyersnave.com |
| 2 | Tricia L. Hynes (SBN: 212550) |
| | thynes@meyersnave.com |
| 3 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | 555 12th Street, Suite 1500 |
| 4 | Oakland, CA  94607 |
| | Telephone: (510) 808-2000 |
| 5 | Facsimile: (510) 444-1108 |
| 6 | Attorneys for Defendants |
| | OFFICER RON CARLINO, OFFICER SEAN CURMI, |
| 7 | OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALES, | Case No:  C07-04720 CRB (JL) |
| Plaintiff, | **DECLARATION OF TRICIA L. HYNES IN SUPPORT OF DEFENDANTS OFFICER RON CARLINO, OFFICER SEAN CURMI, OFFICER ANTHONY BORDIGON AND OFFICER JASON FUKUSHIMA'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION** |
| v. | |
| MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA and DOES 1-25, inclusive, | |
| Defendants. | |
| | DATE:     October 10, 2008 |
| | TIME:     10:00 a.m. |
| | DEPT:     Courtroom 8, 19th Floor |

I, Tricia L. Hynes, declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of California, and am an associate at Meyers, Nave, Riback, Silver & Wilson, attorneys of record for Defendants OFFICER RON CARLINO, OFFICER SEAN CURMI, OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA ("Defendants"). If called to testify, I could competently testify as to the facts within this Declaration, based on my personal knowledge.

2. On August 11, 2008, I took the deposition of Mills-Peninsula Emergency Department Doctor Alan Gianotti. After this deposition, the short-hand reporter transmitted to me a verbatim transcript of the doctor's deposition testimony. I have reviewed this transcript. The questions asked and responses given were accurately transcribed. An accurate copy of excerpts from Dr. Gianotti's deposition is attached, and incorporated by this reference as Exhibit A.

3. Attached hereto as Exhibit B is a true and correct copy of portions of the medical record of Mr. Nelson Gonzales from Mills Peninsula hospital, as attached to the deposition transcript of Dr. Alan Gianotti as Exhibit B.

4. On August 12, 2008, I took the deposition of plaintiff Nelson Gonzales. After this deposition, the short-hand reporter transmitted to me a verbatim transcript of the plaintiff's deposition testimony. I have reviewed this transcript. The questions asked and responses given were accurately transcribed. An accurate copy of excerpts from the plaintiff's deposition is attached, and incorporated by this reference as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate. Executed this 12th day of September, 2008, at Oakland, California.

_____/s/_____
Tricia L. Hynes

1147042.1