

## SOUTH SAN FRANCISCO FIRE DEPT

**480 N. CANAL STREET**
**SOUTH SAN FRANCISCO, CA 94080**
**(650) 829-3950 Ext.**

| | |
|---|---|
| Run Number: | 06-2696 |
| Date of Service: | 08/14/2006 |
| Patient Name: | HECTOR GONZALEZ |

## ASSESSMENTS

08/14/2006 22:45:00    By:

| Body Area | Assessment | Body Area | Assessment |
|---|---|---|---|
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Normal Circulation | LOC | Confused |
| Central Nervous System | Neuro Intact | Blood/Fluid Loss | None Noted |
| Head | Assessed with No Abnormalities | Face | Assessed with No Abnormalities |
| Left Ear | Assessed with No Abnormalities | Right Ear | Assessed with No Abnormalities |
| Left Eye | Assessed with No Abnormalities | Right Eye | Assessed with No Abnormalities |
| Nose | Assessed with No Abnormalities | Neck | Assessed with No Abnormalities |
| Trachea | Midline | Chest | Assessed with No Abnormalities |
| Abdomen | Assessed with No Abnormalities | Back - Upper | Assessed with No Abnormalities |
| Back - Lower | Assessed with No Abnormalities | Pelvis | Assessed with No Abnormalities |
| Genitalia | Assessed with No Abnormalities | Upper Left Arm | Assessed with No Abnormalities |
| Upper Right Arm | Assessed with No Abnormalities | Lower Left Arm | Assessed with No Abnormalities |
| Lower Right Arm | Assessed with No Abnormalities | Left Hand | Assessed with No Abnormalities |
| Right Hand | Assessed with No Abnormalities | Upper Left Leg | Assessed with No Abnormalities |
| Upper Right Leg | Assessed with No Abnormalities | Lower Left Leg | Assessed with No Abnormalities |
| Lower Right Leg | Assessed with No Abnormalities | Left Foot | Assessed with No Abnormalities |
| Right Foot | Assessed with No Abnormalities | Throat/Mouth | Assessed with No Abnormalities |

## IMPRESSIONS

**Primary Impression:**    Other

## VITAL SIGNS

| Time | BP | Pulse | Cap Refill | Respiratory | Left Lung | Right Lung | GCS | SPO2 | EtCO2 |
|---|---|---|---|---|---|---|---|---|---|
| 22:48 | 120/Palp | 130, Strong, Regular | | 24 Normal | | | E4 + V5 + M6 = 15 | | |

Skin Moisure=Moist
Pupil size: Left=6, Right=6    Pupil Reacts: Left=Reactive, Right=Reactive    Pupil Dilation: Left=Dilated, Right=Dilated
Level of Consciousness: A - Alert;

**Taken by:** Patzelt, Gary

| Time | BP | Pulse | Cap Refill | Respiratory | Left Lung | Right Lung | GCS | SPO2 | EtCO2 |
|---|---|---|---|---|---|---|---|---|---|
| 23:00 | 100/Palp | 112, Strong, Regular | | 24 Normal | | | E4 + V5 + M6 = 15 | | |

Skin Moisure=Moist
Pupil size: Left=6, Right=6    Pupil Reacts: Left=Reactive, Right=Reactive    Pupil Dilation: Left=Dilated, Right=Dilated
Level of Consciousness: A - Alert;

**Taken by:** Patzelt, Gary

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 22:45 | | Restraints | Patzelt, Gary | |
| | | Type=Soft | Site=Upper/Lower Extremities | Indication=Combative |

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 22:49 | | Cardiac Monitor | Patzelt, Gary | |
| | | Ectopy=None | Interpretation=Sinus Rhythm | |

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 22:55 | | InterVenous Access | Patzelt, Gary | |
| | | Rate=TKO | Site=Left Hand | Solution=0.9% Normal Saline solution |
| | | Tubing=Select 3 | Size=18 G | Result=Successful |
| | | Number of Attempts=1 | | |

Ⓐπ EXHIBIT _B_
Deponent _a. y._
Date _8/11/08_ Rptr _A.A_
WWW.DEPOBOOK.COM

2

**EXHIBIT B**



## SOUTH SAN FRANCISCO FIRE DEPT

**480 N. CANAL STREET**
**SOUTH SAN FRANCISCO, CA 94080**
**(650) 829-3950 Ext.**

Run Number: 06-2696

Date of Service: 08/14/2006

Patient Name: **HECTOR GONZALEZ**

| CREW INFO | RESPONSE INFO | DISPOSITION | TIMES |
|---|---|---|---|
| Vehicle: R61 | Med/Trauma:Medical | Outcome: Transported by ALS Division | Recvd: 22:23 08-14-06 |
| Crew #1: Kruljac, Jason | Call Type: ALS 911 | Dest. Reason: Law Enforcement Choice | En route: 22:24 08-14-06 |
| Crew #2: Patzelt, Gary | Response Priority: Priority 3 | Transport Priority: Priority 3 | At Pt. Side: 22:30 08-14-06 |
| | Nature Of Call: <None> | At Scene Mileage: | At scene: 22:28 08-14-06 |
| Doc'd By: Patzelt, Gary | Resp. Delay: | At Dest. Mileage: | Transport 22:51 08-14-06 |
| | | Condition at    Improved | At dest.: 23:05 08-14-06 |
| Assisted  Police | Trans. Delay: | Barriers to Care: | Available: 23:25 08-14-06 |
| Fire | | | |
| | | Pt. Transported: Supine - Main Stretcher | |
| | | Scene Delay : | |
| | Location:  <None> | Destination: PENINSULA | |
| | 20 Airport Blvd | 1783 EL CAMINO REAL | |
| | South San Francisco, CA 94080 | BURLINGAME, CA 94010 | |
| | Location Type: Home/Residence | Transporting | |
| | | Transporting Unit: | |

### PATIENT INFORMATION

| | | |
|---|---|---|
| Name : HECTOR GONZALEZ | Phone : | DL Info : |
| SSN : 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 | DOB : Approx. 39.00 Years | Weight : |
| Sex : Male | | |
| | Home Addr. : UNKNOWN | Mailing Addr. : UNKNOWN |

### NEXT OF KIN

| | |
|---|---|
| Name : | Phone : |
| SSN : | DOB : |
| Sex : | Home Addr. : |

### INSURANCE

no insurance information entered

### HISTORY

**Chief Complaint**
Disoriented

**Method of Injury**
Not Applicable

**Past Medical History**
Unknown

**Medications**
NOT Presented as Unknown          Denied By Patient

**Allergies**
NKDA

**3**



## SOUTH SAN FRANCISCO FIRE DEPT

**480 N. CANAL STREET**
**SOUTH SAN FRANCISCO, CA 94080**
**(650) 829-3950 Ext.**

| | |
|---|---|
| **Run Number:** | 06-2696 |
| **Date of Service:** | 08/14/2006 |
| **Patient Name:** | HECTOR GONZALEZ |

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Comments |
|------|-----|-----------|---------------|----------|
| 22:56 | | Blood Glucose | Patzelt, Gary | |
| | | Blood Glucose=150 | | |

## NARRATIVE

approx 35 year old male, arrived onscene to find pt lying on floor with SSFPD onscene, with pt in restraints placed by PD. Pt combative and agitated and possibly under the influence an of illegal substance. Pt under police arrest and PD requested to have him evaluated and medically cleared before pt is taken to jail. Upon assessment very agitated, combative and confused. PT had no complaints, denied any complaints of pain. Pt speaking full sentences and making conversation, but stated that he does not know his full name, age, DOB. Pt also denied any drug or alcohol use. Enroute pt began to calm down and stated that he does not recall the events that had led up to his arrest and does. Pt had no signs of head trauma, or trauma to his body. Pt taken to PEN without further event.

## SIGNATURES

| Time | Type | Who signed | Why patient did not sign |
|------|------|-----------|--------------------------|
| 08/14/2006 23:32 | Transports | Crew Member #2 - Gary Patzelt | Unable to Sign d/t Illness-Injury |

X _____

Consent Form with Signature Authorization and Assignment of Benefits

South San Francisco Fire Department is required by law to inform you of your rights as a patient and how we will use or disclose your Protected Health Information (PHI).

In the course of treatment we obtain health information, document the health care services provided to you, and obtain information for payment for our services. This information is considered confidential and will only be disclosed as allowed by the Health Insurance Portability and Accountability Act (HIPAA) of 1996. HIPAA permits disclosure of PHI for treatment, payment, and operations.

A copy of our complete privacy policy is available for your review prior to signing this consent form, or you may request a copy at any time by calling (650) 877-8663.

I understand my privacy rights concerning Protected Health Information (PHI) and I agree to the use of this information for treatment, payment, and operations as described above.

Billing Authorization for Payment and Assignment of Benefits

I request that payment of authorized Medicare, Medicaid, or other health insurance benefits be made on my behalf to South San Francisco Fire Department or its billing agent, for any services furnished to me by that supplier. I authorize any holder of medical information about me to release any information or documentation needed to determine these benefits or the benefits payable for related services to the Centers for Medicare and Medicaid Services, its agents and carriers, and South San Francisco Fire Department or its billing agent. I permit a copy of this authorization to be used in place of the original. I understand that this authorization may be used by the supplier for all services in the future until such time as I revoke this authorization in writing.

## CREW INFORMATION

Start Date/Time : 08/13/2006 08:00

| Crew # | Name | Crew # | Name |
|--------|------|--------|------|
| 52 | Kruljac, Jason | 95 | Patzelt, Gary |

X _____JK_____          X _____

**4**

**Incident Report**                                    South San Francisco Fire Department

**2006-0603223 -000**

| Basic | |
|---|---|
| Alarm Date and Time | 22:23:38    Monday, August 14, 2006 |
| Arrival Time | 22:29:04 |
| Controlled Date and Time | |
| Last Unit Cleared Date and Time | 22:52:53    Monday, August 14, 2006 |
| Response Time | 0:05:26 |
| Completed | Yes |
| Reviewed | Yes |
| Fire Department Station | 61 |
| Shift | A |
| Incident Type | 321 - EMS call, excluding vehicle accident with injury |
| Initial Dispatch Code | MED2 |
| Aid Given or Received | N - None |
| Alarms | 1 |
| Action Taken 1 | 34A - SSF Transport |
| EMS Provided | Yes |
| Apparatus - Suppression | 1 |
| Personnel - Suppression Personnel | 3 |
| Property Use | 449 - Hotel/motel, commercial |
| Location Type | Address |
| Address | 20  AIRPORT BLVD |
| City, State Zip | SOUTH SAN FRANCISCO, CA 94080 |
| Apartment Number | RM445 |
| District | 61 |

| Person Involved - SSF P D, | |
|---|---|
| Involvement Code | REP |
| Last Name | SSF P D |
| Street Address | No Address Recorded |

| Apparatus - E61 | |
|---|---|
| Apparatus ID | E61 |
| Response Time | 0:04:02 |
| Apparatus Dispatch Date and Time | 22:23:41    Monday, August 14, 2006 |
| En route to scene date and time | 22:25:02    Monday, August 14, 2006 |
| Apparatus Arrival Date and Time | 22:29:04    Monday, August 14, 2006 |
| Apparatus Clear Date and Time | 22:51:38    Monday, August 14, 2006 |
| Apparatus priority response | Yes |
| Number of People | 3 |
| Apparatus Use | 1 |
| Apparatus Action Taken 1 | 34A - SSF Transport |
| Apparatus Type | 11 - Engine |
| Personnel 1 | SOF051 - Haslam, Eric |
| | Position: FAE |
| | Personnel Action Taken 1: 34A - SSF Transport |
| Personnel 2 | SOF137 - Maguire, Tim |
| | Position: PFF |
| Personnel 3 | SOF112 - Metcho, Brian |
| | Position: CAPT |

5

**Incident Report**                                South San Francisco Fire Department

2006-0603223  -000

| Authority | |
|---|---|
| Reported By | SOF112 - Metcho, Brian |
| | 23:04:05    Monday, August 14, 2006 |
| Officer In Charge | SOF112 - Metcho, Brian |
| | 23:04:06    Monday, August 14, 2006 |
| Reviewer | SOF019 - Krause, Mike |
| | 23:19:27    Monday, August 14, 2006 |

| Narratives | |
|---|---|
| Narrative Name | CAD Narrative |
| Narrative Type | CAD Narrative |
| Author | - , |
| Narrative Text | (MAP)     (TB) 707:J3MEDICAL AID PD REQUEST CODE 2 |
| Narrative Name | E61 |
| Narrative Type | Incident |
| Narrative Date | 23:02:20    Monday, August 14, 2006 |
| Author | SOF112 - Metcho, Brian |
| Author Rank | CAPT |
| Author Assignment | 1 |
| Narrative Text | E61 and R61 responded code 2 at the request by PD who needed help with PT who had been pepper sprayed. Upon arrival, E61 assisted R61 and SSFPD with moving PT to gurney and to R61. R61 transported PT who was suspected to be under the influence of meth. E61 returned to service. |

End of Report

6

ACILITY:  Peninsula Hospital

HILLS-PENINSULA HOSPITALS
PATIENT REGISTRATION
Inpatient   ADMISSION

NFP: No  No  No  No  No  No

ATIENT NAME: GONZALEZ, Nelson

MEDICAL RECORD: 01348428

ACCOUNT: 049890940

## EMOGRAPHICS AND CONTACTS

| | | |
|---|---|---|
| ATE OF BIRTH:  24Aug1968  AGE: 37   SEX: M | NEXT OF KIN: | EMERGENCY CONTACT: |
| OC SEC #:  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   WT: | UNKNOWN Unk | UNKNOWN Unk |
| AILING ADDRESS: 87 NORA WAY | 87 NORA WAY | 87 NORA WAY |
| ITY/ST/ZIP:  ATHERTON CA 94027 | ATHERTON CA 94027 | ATHERTON CA 94027 |
| OME/WORK PHONE: (650)000-0000 | (650)000-0000 | (650)000-0000 |
| ELIGION/RACE:  Unknown | 4 | |
| /S OR RELATION: Unknown | Other | Other |

## POUSE, EMPLOYMENT, AND FLAG INFORMATION

POUSE INFO:
TATUS/OCCUP:
MPLOYER NAME:
DDRESS:
ITY/ST/ZIP:

PATIENT-EMPLOYER:
Not Employed

FLAGS:       DPA:
RAD:         DPA:
HIP: NU      MR :
DBT:         TFS: U
FUN:         CAU:
VIP:         LAN: 2

## UARANTOR AND PHYSICIAN INFORMATION

UARANTOR NAME:  GONZALEZ Nelson
SH/BIRTH DATE: 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      24Aug68
ILLING ADDRESS: 87 NORA WAY
ITY/ST/ZIP:    ATHERTON CA 94027
HONE:          (650)000-0000
ELATION TO PAT: Patient

EMPLOYER:

PHYSICIANS
P: MISC DOCTOR CO     -
1:                    -
2:                    -
A: BOGALE, SANI    596-8988
R: MISC DOCTOR CO     -

## NSURANCE INFORMATION

AYOR/INSURED:
NTABLED NAME:
DDRESS:
ITY/ST/ZIP:
NM/# OR SSN:
OR ID#/DOB:
F/EXP DATES:
AYS/#/PERSON:

PRIMARY: NO IPA
SELF PAY

SECONDARY:

TERTIARY:

0000

## DMISSION DATA

| | | |
|---|---|---|
| DMIT DATE:  15Aug06  TIME:  2:08am | REV. CD: P | ROOM #: 5528-P   PR: |
| TENDING MD:  BOGALE, SANI  1992  (596-8988) | SERVICE: IP-TELEMETRY CARE UN | ADMIT TYPE: Emergency |
| N REASON:  AGITATION COMBATIVE 2 DEGREE T | ACCT TYPE: | ADMIT SOURCE: Emergency Roo |
| ATE OF INJURY:       TIME: | HOW: | DISCHARGED ON: |

MMENTS (reg):
    (adm):  aloc

SMOKE: No
P/V:

SCH. DATE:        TIME:

LENGTH OF STAY:

LAST IP DATE:

EPORT ~ DATE/TIME: 16Aug06 11:41am

ENT BY: 360141

ALT BY: 360141

SSEMBLED: _____   ANALYZED: _____   CODED: _____   FILE: _____

**5**

ILITY:  Peninsula Hospital          MILLS-PENINSULA HOSPITALS          NFP: No  No  No  No  No
                                        PATIENT REGISTRATION
                                    Inpatient   ADMISSION
T NAME: GONZALEZ, Nelson             MEDICAL RECORD: 01348428          ACCOUNT: 049B90940

IOGRAPHICS AND CONTACTS
---

E OF BIRTH:  24Aug1968  AGE: 37  SEX: M      NEXT OF KIN:               EMERGENCY CONTACT:
: SEC #:     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         WT:         UNKNOWN Unk                UNKNOWN Unk
LING ADDRESS: B7 NORA WAY                    B7 NORA WAY                B7 NORA WAY
TY/ST/ZIP:   ATHERTON CA 94027               ATHERTON CA 94027         ATHERTON CA 94027
ME/WORK PHONE: (650)000-0000                 (650)000-0000             (650)000-0000
LIGION/RACE:  Unknown                        4
S OR RELATION: Unknown                       Other                     Other

USE, EMPLOYMENT, AND FLAG INFORMATION
---

USE INFO:                        PATIENT-EMPLOYER:         FLAGS:      DPA:
TUS/OCCUP:                       Not Employed              RAD:        DPA:
PLOYER NAME:                                               HIP: NU     MR :
DRESS:                                                     DBT:        TFS: U
TY/ST/ZIP:                                                 FUN:        CAU:
                                                           VIP:        LAN: 2

ARANTOR AND PHYSICIAN INFORMATION
---

ARANTOR NAME:  GONZALEZ Nelson       EMPLOYER:             PHYSICIANS
#/BIRTH DATE:  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    24Aug68                      P: MISC DOCTOR CO     -
LLING ADDRESS: B7 NORA WAY                                 1:                    -
TY/ST/ZIP:     ATHERTON CA 94027                           2:                    -
ONE:           (650)000-0000                               A: BOGALE, SAMI    596-8988
TION TO PAT: Patient                                       R: MISC DOCTOR CO     -

SURANCE INFORMATION
---

               PRIMARY:  NO IPA            SECONDARY:              TERTIARY:
YOR/INSURED:   SELF PAY
TABLED NAME:
DRESS:
TY/ST/ZIP:
AN/# OR SSN:
. ID#/DOB:
F/EXP DATES:
YS/#/PERSON:   0000

MISSION DATA
---

MIT DATE:  15Aug06    TIME: 2:08am      REV. CD: P             ROOM #: 552B-P   PR:
TENDING MD:  BOGALE, SAMI  1992   (596-8988) SERVICE: IP-INTENSIVE CARE  ADMIT TYPE: Emergency
M REASON:  AGITATION COMBATIVE 2-DEGREE T    ACCT TYPE:        ADMIT SOURCE: Emergency Roo
TE OF INJURY:          TIME:                 HOW:              DISCHARGED ON:

MMENTS (reg):                                                  SMOKE: No
     (adm): aloc                                               P/V:

SCH. DATE:            TIME:               LENGTH OF STAY:        LAST IP DATE:

PORT - DATE/TIME: 15Aug06  9:51am        ENT BY: 821046         ALT BY: 821046

BLED: _____    ANALYZED: _____    CODED: _____    FILE: _____

6

MILLS-PENINSULA          MR #: 01348428     RM/BED: 2522-P
HEALTH SERVICES          NAME: GONZALEZ, Nelson    .          AGE:38
                     ADM DATE: 08/15/06     DISCH DATE: 08/18/06
     Peninsula Hospital  REPORT: DISCHARGE SUMMARY
                          MD: ALLEN, ANTHONY

DISCHARGE DIAGNOSIS:
1. Amnesia.
2. Psychotic depression.
3. Cocaine intoxication.

COURSE IN HOSPITAL: This is a 38-year-old male who was brought in by the police
department due to a domestic disturbance at which time he was screaming violent
threats and was obviously in a psychotic state. He was found to have cocaine in
his urine and he was admitted for observation. Upon becoming more alert, the
patient was interrogated about the recent past and he was unable to tell me
anything that had happened in the recent and remote history. At that point, I
diagnosed the patient with a complete amnesia which turned into a transient
amnesia syndrome. As the days went by, the patient began recollecting more and
more about his life and about the recent past. He was seen by the Psychiatric
Emergency Services who believed that he had depression but was not suicidal. It
was thought that the patient has a polysubstance abuse disorder. The patient's
amnesia was likely due to a postconcussive syndrome after having trauma to his
head, which he says was a police baton. Patient had headaches and trouble
concentrating, and this, combined with his memory lapses, is consistent with a
postconcussive injury.

CONDITION ON DISCHARGE: The patient was discharged home in stable condition.

DISPOSITION: He is being discharged under his mother's guidance, and he agrees
to call his psychiatrist as an outpatient and to have ongoing psychotherapy and
possible institution of pharmacotherapy for his emotional disorder.

DISCHARGE MEDICATIONS: None.

DIET: Is regular.

ACTIVITY: As tolerated.


Job#:    197355/161274/18043
DD:  09/11/2006 17:11:21
DT:  09/12/2006 20:13:18


Name:  GONZALEZ, Nelson    .          MR#:  01348428
Verified By: ANTHONY ALLEN MD          Date/Time:  13Sep2006 17:19
Page:  1

127781 2/03



**Mills-Peninsula
Health Services**

A Sutter Health Affiliate

**PATIENT
DISCHARGE
INSTRUCTIONS**

GONZALEZ, ⁀LSON                    P
01348428
BOGALE, SAMI    1992    12AUG66  M   38
BOGALE, SAMI    1992              I    ICU
  *49890940*                         15AUG06

**ALLERGIES:**

| Outpatient Prescription | Pharmacist may substitute generic equivalent unless otherwise specified | | | |
|---|---|---|---|---|
| **MEDICATION AND STRENGTH** | | DISP | SIG: | REFILS |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

| Date | Print Physician Name | Signature of Physician |
|---|---|---|
| M.D. State Lic. Number | DEA Number | Phone |

**A SECURE prescription form must be completed for all SCHEDULE II-V controlled substances.**

List additional medications to continue after discharge (not to be filled)

| NAME, DOSE, FREQUENCY (Print) | NAME, DOSE, FREQUENCY (Print) |
|---|---|
| | |
| | |
| | |

Next office visit _____ in 1 - 2 week _____ with Dr. _Psychiatrist_

Please call # _____ for an appointment, and any problems or questions.

Call for any of the following symptoms _____

Lab work needed before next office visit? ☐ yes ☒ no

*Have psychiatrist call
Anthony Allen MD
(650) 570-2647*

**SELF CARE**

Activity  ☐ Activity as tolerated        ☐ Activity restricted _____

Diet _Regular_                    May shower? ☒ yes ☐ no

Other instructions (wound care, etc.) _____

| 8/18/06 | | _PWVP_ _____ M.D. |
|---|---|---|
| Date | Time | Physician signature |

☐ Community Resources Guide received   Home Health Agency _____ Phone # _____
☐ Written medication instructions (care plan) given

If you smoke there are resources to help you QUIT. Call MPHS 'Call it Quits' at 650-696-4308 or California's 1-800-NO-BUTTS.

| 8-18-06 | 8-18-06  1345 | _Daniel E Whelan Rn_ |
|---|---|---|
| Date | Time | Nurse/Discharge Planner signature |

| 8-18-06 | 1345 | _XOUL_ |
|---|---|---|
| Date | Time | Patient signature |

**8**

# DETENTION CERTIFICATE

As required by the provisions of Penal Code Section 851.6 (as amended by Stats. 1975, ch. 1117), I hereby certify that the taking into custody of

GONZALEZ, NELSON    on    8-14-06    by the South San Francisco Police Department was
(subject's name)        (date)

a detention only, not an arrest.

GONZALEZ, NELSON    was released on    8-15-06    by the South San Francisco
(subject's name)        (date)

Police Department. Pertinent portions of Penal Code Sections 849, 849.5 and 851.6 are included as part of this certificate.

Signed    Tony Rendigit

Title and/or ID#    CAPTAIN / 95AB03

Penal Code Section 849 provides, in part:

(a) When an arrest is made without a warrant by a peace officer or private person, the person arrested, if not otherwise released, shall, without unnecessary delay, be taken before the nearest or most accessible magistrate in the county in which the offense is triable, and a complaint stating the charge against the arrested person shall be laid before such magistrate.

(b) Any peace officer may release from custody, instead of taking such person before a magistrate, any person arrested without a warrant whenever:

1. He is satisfied that there are insufficient grounds for making a criminal complaint against the person arrested.

2. The person arrested was arrested for intoxication only, and no further proceedings are desirable.

3. The person was arrested only for being under the influence of a narcotic, drug, or restricted dangerous drug and such person is delivered to a facility or hospital for treatment and no further proceedings are desirable.

(c) Any record of arrest of a person released pursuant to paragraphs (1) or (3) of subdivision (b) shall include a record of release. Thereafter, such arrest shall not be deemed an arrest, but a detention only.

Penal Code Section 849.5 provides:

In any case in which a person is arrested and released and no accusatory pleading is filed charging him with an offense, any record of arrest of the person shall include a record of release. Thereafter, the arrest shall not be deemed an arrest, but a detention only.

Penal Code Section 851.6 provides, in part:

(a) In any case in which a person is arrested and released pursuant to paragraphs (1) or (3) of subdivision (b) of Section 849, the person shall be issued a certificate, signed by the releasing officer or his superior officer, describing the action as a detention.

(b) In any case in which a person is arrested and released and no accusatory pleading is filed charging him with an offense, the person shall be issued a certificate by the law enforcement agency which arrested him describing the action as a detention.

**9**

White: Arrestee    Pink: Arresting Agency Copy    Yellow: Booking Facility Copy

SSFPD-OD-15-825 (Rev. 4/97)

**Mills-Peninsula Health Services**

EMERGENCY DEPARTMENT RECORD

Name: GONZALEZ, Nelson
MR#: 01348428  Sex: M  Age: 38  Birthdate: 12Aug68  N/S: U  Arrival: 14Aug06  23:12  Acct: 49890940  Fac: P
Address: UNKNOWN    REDWOOD CITY    CA  90000    Home: (650)000-0000
SSN: 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  Emp:    Occ:    Work:
Next of Kin: UNKNOWN    Home:    NKP: No  No  No
Inst: SELF PAY    Ins:    Grp #:    Pol #:
Ins2:    Ins:    Grp #:    Pol #:
Guar: GONZALEZ Nelson    UNKNOWN    REDWOOD CITY    CA  90000
Chief Complaint: aloc    HIPAA: KU

T 36  P 111  R 14  BP 137/91  WT

IMPRESSION: ALOC, drug abuse

MEDICAL RECORD

10



| MILLS-PENINSULA | MR #: | 01348428 | Type: I |
| HEALTH SERVICES | NAME: | GONZALEZ, Nelson | |
| | DATE: | 14Aug2006 | |
| Peninsula Hospital | REPORT: | EMERGENCY DEPARTMENT SUMMARY | |
| | MD: | GIANOTTI, ALAN | |

TIME: 23:12.

CHIEF COMPLAINT: Altered level of consciousness.

HISTORY OF PRESENT ILLNESS: This is a 38-year-old male who apparently checked into a local hotel the night prior to arrival. When he was supposed to check out this afternoon, he told the clerk that he would check out momentarily. The clerk then rechecked on this patient a variety of times, he refused to leave and the police were called. On inspection by the police, the patient refused to open the door stating "I have a gun." He later threatened to use "dynamite." The police used force to open the door and it apparently took 5 police officers to hold this patient down at the scene. He was restrained and brought to the emergency room for evaluation. In the room, the patient apparently had "copper mesh paraphernalia" that were presumed to be associated with illicit street drugs. There were no needles or drugs in fact found. The patient was clearly altered. The police did use "pepper spray" to subdue the patient. Per the paramedic and police report, the patient was on "probation." He was also undergoing narcotic testing. He apparently has a weapons violation in his past. He was noted to be "paranoid" and "psychotic."

PAST MEDICAL HISTORY: Unspecified.

ALLERGIES/ MEDICINES: Unclear.

SOCIAL HISTORY: Patient was found in a local hotel, as noted, with drug paraphernalia at the scene.

FAMILY HISTORY: Noncontributory.

REVIEW OF SYSTEMS: Patient was paranoid upon his arrival. However, he was oriented only to name and could not be relied upon for a true review of systems. In fact, he denied any pain. He also denied any drug use. A complete review of systems was reviewed with the police, the paramedics and the patient and all were denied with the exception of those noted above.

PHYSICAL EXAM:
VITAL SIGNS: Temperature 36.8, pulse 111, respiratory rate 14, blood pressure 137/91, pain 0 out of 10, oxygen saturation 95% on room air.
GENERAL: The patient is awake. However, his orientation is unclear. He is combative, aggressive and uncooperative.
HEENT: Patient's conjunctivae are injected. His extraocular muscles are intact. His pupils are equal, round and reactive to light and accommodation. The oropharynx is clear. The mucous membranes are moist. There is no signs of trauma to the face, scalp or neck.
CARDIAC: Regular tachycardia without murmurs, gallops or rubs.
LUNGS: Clear to auscultation.
ABDOMEN: Soft and nontender.
EXTREMITIES: Patient does have a slight abrasion to the left shoulder and to the right shin. He is moving all extremities appropriately. There is good capillary refill in all distal extremities.
NEURO: Patient is alert. He does appear oriented to name only. He is otherwise combative and aggressive and noncommunicative. He has good motor strength in



MILLS-PENINSULA
HEALTH SERVICES

Peninsula Hospital

MR #:   01348428              Type:  I
NAME:   GONZALEZ, Nelson
DATE:   14Aug2006
REPORT: EMERGENCY DEPARTMENT SUMMARY
MD:     GIANOTTI, ALAN

---

all 4 extremities and his facies are symmetric.
SKIN: There are no clear signs of track marks or wrist incisions.

LABORATORY TESTS: Oxygen saturation 95% on room air and borderline appropriate.
EKG: Patient's EKG shows normal sinus rhythm with a rate of 85, PR interval
146, QRS interval 94, QT interval 402. There is no acute ST or T wave
abnormalities that would be consistent with cardiac ischemia. Rhythm strip lead
II shows a sinus rhythm with an appropriate rate without signs of a pathologic
arrhythmia. Urine toxicology is positive for cocaine and marijuana. CBC: White
count is elevated at 16.7, hematocrit and platelet counts are within normal
limits. Manual differential shows 69 neutrophils and 24 band neutrophils. These
findings are consistent with a left shift. This does appear most consistent
with demargination secondary to stress. Urinalysis is negative. Chest x-ray is
negative for acute cardiopulmonary disease. Blood alcohol is negative. Basic
metabolic panel is within normal limits.

ASSESSMENT AND PLAN/ MEDICAL DECISION MAKING: This is a 38-year-old male who
was found locked into a local hotel room. Patient threatened to have dynamite
and a gun. Force was used to subdue this patient and was noted to receive
pepper spray to the face. Patient did have irritation conjunctivitis secondary
to the pepper spray and some small bruises to his extremities. His urinalysis
did confirm marijuana and cocaine. These appear to be the cause of his altered
sensorium and psychotic nature. Patient was also hypertensive and quite
paranoid upon his arrival. Because he was not cooperative and aggressive, he
required chemical restraint in the form of Haldol, Ativan and Cogentin. Patient
also received Valium. He was hydrated with a liter of normal saline. His vital
signs remained stable though his blood pressure was borderline elevated.

Because of his altered mental status, his paranoia, his psychosis and his need
for chemical and physical restraint, patient will be admitted to the medical
floor for close monitoring. The case was discussed in depth with Dr. Bogale,
who oversaw his transfer to the floor and will oversee his medical admission.

FINAL IMPRESSION:
1. Acute altered level of consciousness.
2. Drug abuse.
3. Hypertension.
4. Chemical conjunctivitis (adverse reaction to pepper spray).

CONDITION ON TRANSFER: Stable.

DISPOSITION: Admission. Care will now be transferred to Dr. Bogale.

PROCEDURE NOTE: IV infusion therapy: IV medications were required to subdue
this patient and IV fluids were required because of his condition. Patient
received a liter of IV normal saline over a 1-hour period and IV Valium,
Haldol, Ativan and Cogentin in bolus form. These were administered under the
guidance of the emergency physician. There were no complications; in fact, the
patient was stabilized with the above medical regimen.

Job#:   179814/155615/17888
DD:  08/16/2006 22:09:55
DT:  08/18/2006 22:18:40

MILLS-PENINSULA
HEALTH SERVICES

Peninsula Hospital

MR #: 01348428         Type:  I
NAME:  GONZALEZ, Nelson
DATE:  14Aug2006
REPORT: EMERGENCY DEPARTMENT SUMMARY
MD:    GIANOTTI, ALAN

Name:  GONZALEZ, Nelson
Verified By: ALAN GIANOTTI MD
Page:  3

MR#:  01348428
Date/Time:  19Aug2006 13:30

GONZALEZ, NELS
01348428
01384428
MISC DOCTOR CODE, VAE99    12AUG66   M   38
*49890940*                                    E      ERS
                                           14AUG06

**Mills-Peninsula Health Services**

A Sutter Health Affiliate

## NURSING RECORD - ED    Standby Ed

| | |
|---|---|
| Medical screening time: 2310 | Date: 8/14/0_ |

Arrival: ☑ Ambulance ☐ Ambulatory ☐ WC ☐ Carried ☐ Crutches

Level Boxes: ☐ Level V (Crisis) ☐ Level IV (Rapid) ☑ Level III (Early) ☐ Level II (Timely) ☐ Level I (Minor)

CC: ALOC

Police notified? ☐ Yes ☐ No    Time _____ City _____ Badge #

### NORMALS | WNL | N/A | ABN. | INITIAL ASSESSMENT

HPI: Cant remember anything was combative @ the scene. Pt. is under arrest.
BS-150

Initial Assessment: Awake Combative Cant remember anything
NIHSS Score _____
Eyes red. Pepper sprayed by SSFPD
Denies neck pain

NEURO checkbox ✓ (NECK)
✓ (BACK)

95  O2 sat. (RA)O2 @ _____
No SOB. Lungs Clear

Last Tetanus: _____ Historian: Medics

Immunization current? ☐ Yes ☐ No

Advanced Directives? ☐ Yes ☐ No

### PAST MEDICAL HISTORY

☐ None noted   ☐ GI
☐ Diabetes    ☐ Unplanned weight loss/gain.
☑ CVA  7      ☐ GU
☐ CVD         ☐ CA
☐ Htn         ☐ Neuro./Seizures
☐ MI          ☐ Migraine
☐ Musculoskeletal  ☐ Resp./COPD/asthma
☐ Substance abuse  ☐ Infection precautions
☐ Psychological    ☐ Functional/physical limits

Pt. on 4 pt. restraints

Abuse/neglect ☐ Yes ☑ No  Actual/suspected  If yes.
what type? ☐ Geriatric ☐ Domestic ☐ Child ☐ Sexual
If answered yes, referral made for _____

Allergies: ?

Medications: ?

Combative. 4 pt. leather restraints o
Time: 2320  Assessed by: _____

_____ R.N.

| Time | Temp: 36/P: | Resp: 4 | BP: 137/9 | Pain: | Time | DISPOSITION | INIT |
|---|---|---|---|---|---|---|---|
| | Wt: | Length: | Head circumference: ☐ NA | | | Transferred to ICU 5528 | |
| | LMP: | G: | AB: | | | By: Ambulance  WC  Gurney  Other | |
| | Visual Acuity: | Right eye  Left eye  Both eyes | | | | With: O2  Monitor  Other | |
| | | with glasses? ☐ Yes ☐ No | | | | | |
| | Triage Tx: Ice | Elevation  Splint  dsg. | | | | Discharge to _____ | |
| 2310 | To Exam Room _____ | | | | | Ambulatory  Crutches  WC  Other | |
| 2350 | M.D. to room - Dr. Gianotti | | | | | Accompanied by _____ | |
| 0110 | Consulted called - Dr. Bogale | Consult in - Dr. Bogale | | | | Instructions given? ☐ Yes ☐ No | |
| 0110 | EKG | | | | | EPIC  Written  Oral | |
| 0230 | Lab: CBC, Chem 7, BAL | | | | | Explanation: | |
| 0300 | UA, Utox | | | | | | |

Language: _____    Interpreter: _____

| X-ray: | Time completed: | SIGNATURE | INIT | SIGNATURE | INIT |
|---|---|---|---|---|---|
| Returned from X-ray | | | | | **14** |
| X-ray results called to M.D. | | | | | |

125959 (1/2/06)

GONZALEZ, NELSO

**01348428**
MISC DOCTOR CODE, VAE99   12AUG68  M  38
                                          E    ERS
*49890940*                          14AUG06

# NURSING RECORD - ED    Standby Ed

| Time | Temp. | Pulse | Resp. | BP | Sat. | Pain | Eyes | Verbal | Motor | Score | Left | Right | Initial |
|------|-------|-------|-------|-----|------|------|------|--------|-------|-------|------|-------|---------|
| | | | VITAL SIGNS | | | | | COMA SCALE | | | PUPILS | | |
| 0001 | 96 | 16 | 20/80 | | 95 | Ø | 4 | 4 | 6 | 14 | 44 | 44 | RE |
| 0030 | 88 | 16 | 126/72 | | 96 | Ø | 4 | 4 | 6 | 14 | 44 | 44 | RE |
| 0100 | 85 | 20 | 120/71 | | 99 | Ø | 4 | 4 | 6 | 14 | 44 | 44 | RE |
| 0130 | 86 | 18 | 128/73 | | 98 | Ø | 4 | 4 | 6 | 14 | 44 | 44 | RE |
| 0200 | 85 | 16 | 122/72 | | 96 | Ø | 3 | 4 | 6 | 13 | 44 | 44 | RE |
| 0230 | 84 | 16 | 131/81 | | 97 | Ø | 4 | 4 | 6 | 14 | | | |

**EYE**
4 - Spontaneously
3 - To speech
2 - To pain
1 - None

**BEST VERBAL**
5 - Oriented
4 - Confused
3 - Inappropriate words
2 - Incomprehensible sounds
1 - None

**BEST MOTOR**
6 - Obeys commands
5 - Localizes pain
4 - Withdraws to pain
3 - Abnormal flexion
2 - Abnormal extension
1 - None

**PUPIL SIZE**
2 ●
4
6 ●
R - Reach briskly
S - Reach sluggishly
N - Nonreactive

| Time | OBSERVATIONS | Initial |
|------|--------------|---------|
| 2315 | Pt. placed on leather | |
| | restraints. Combative | |
| | Placed on monitor | |
| | Dr. Gianetti eval. pt. | |
| | Police officer @ bedside | |
| 0030 | Labs. drawn /orders | |
| | Medicated for rest- | |
| | lessness /orders | |
| 0100 | Pt. Quiet unless | |
| | disturbed          RE | |
| | Unable to urinate | |
| | P.O. fluids taken & tol. well | |
| 0200 | #16 foley cath. inserted. | |
| | by Brian RN. Urine | |
| | draining clear yellow urine | |
| 0215 | report given to charge | |
| | in ICU           RE | |
| | Pt. to ICU per. x imgnty | |
| | accompanied by RN | |

**IV SOLUTIONS**

| Time | Solutions and Additives | Needle/Site | Absorbed | Time | Initial |
|------|------------------------|-------------|----------|------|---------|
| Field | NS +L | #18/LH | | | |
| 0015 | NS +L | | 1000 | | RE |

| Time | (Prior to Invasive Procedures) | | | Initial |
|------|-------------------------------|--|--|---------|
| | Procedural Pause | | | |

| Time | Output | Amount | Initial |
|------|--------|--------|---------|
| | | | |
| | Total | | |

**CARE PROTOCOLS** | Initial
Wound prep @ _____    Wound dressing @ _____
Crutch training @ _____   Burn dressing @ _____
Other _____           @ _____

| Time | MEDICATIONS | | Route | Site | Initial | Time | Effective? Yes No N/A | Explanation | Initial |
|------|-------------|--|-------|------|---------|------|------------------------|-------------|---------|
| 0015 | Valium | 10mg | IV | LH | RE | | | | |
| 0038 | Haldol | 5mg | IV | LH | RE | | ✓ | | |
| 0039 | Ativan | 2mg | IV | LH | RE | | | | |
| 0040 | Cogentin | 1mg | IV | LH | RE | | | | |
| 0014 | All meds verified with order, pt. name and mr# | | | | RE | | | | |

Oxygen @ _____ liters via _____
Diphtheria tet. 0.5 mL.    Mfr:    Lot #    Vaccine pamphlet given:

**15**

MILLS-PENINSULA       MR #: 01348428      RM/BED: 2522-P
HEALTH SERVICES       NAME: GONZALEZ, Nelson   .           AGE:38
                   ADM DATE: 08/15/06
      Peninsula Hospital  REPORT: HISTORY & PHYSICAL
                        MD: BOGALE, SAMI

---

2.  Leukocytosis with bandemia.

PLAN:  Will admit to ICU, keep him on a monitored bed.  Currently the patient
is in 4-point restraints, adequately sedated after he was given 10 mg of
Valium, 5 mg of Haldol, and Ativan and Cogentin.  We will continue to
adequately sedate him.  Will closely monitor him for his airway and breathing.
Will do a urinalysis and also a urine tox screen to identify the type of drug
the patient used, but the PD has found a white, powdery material in tin foil in
his room, possibly methamphetamine is the suspected drug used.  Will monitor
his temperature.  If the patient spikes, will do blood culture and empirically
start him on antibiotic.  Of note here, the patient is currently unarrested by
the PD and the PD has asked us to notify them upon discharge of the patient to
possibly re-arrest him.


Job#:    177735/154973/23115
DD:  08/15/2006 02:00:03
DT:  08/15/2006 21:07:04




Name:  GONZALEZ, Nelson    .              MR#:  01348428
Verified By: SAMI BOGALE MD              Date/Time:  19Aug2006 20:32
Page:   2

**17**



**Mills-Peninsula**
**Health Services**

A Sutter Health Affiliate

**PROGRESS RECORD**

GONZALEZ, NELSON          P
01348428
MISC DOCTOR CODE, VA999   12AUG68  M  38
                                    E   ERS
*49890940*                         14AUG06

HDP Dictated    #154993

| DATE | TIME | |
|------|------|---|
| | | c/c: agitation / combative |
| 08/15/06 | 1:11 pm | HPI: 38yo m c̄ no known PMHx - checked in at a hotel |
| | | and refused to open the door - PD was called - pt claimed |
| | | to have "gun" "dynamite" - PD broke the door + got to him |
| | | - pt agitated/combative - refused physical restraint, pt also |
| | | Pepper sprayed. pt was on Parole for illegal gun possession |
| | | + regular drug check up. |
| | | O/E  Declined                    POV: 95% on RA |
| | | 36⁸-37⁺,  111,    14,    137/91 |
| | | (16·7) 15·3 / (210    P=69       145,    14  / |
| | |                     D(24)  3·6 24 11·1 / 111 |
| | |                     C=4 |
| | |          BAL = ∅    3·6 24 11·1 |
| | | A/P |
| | | 1. Agitation/Combative behavior 2° to drug intoxication |
| | | 2. Leukocytosis c̄ bandemia |
| | | Plan |
| | | - will admit to ICU |
| | | - closely monitor |
| | | - pt currently requesting 4-pt restraint and |
| | | given Ativan IV, valium, 3 lb. haldol, etc + together |
| | | - will sedate |
| | | - will do U/A c̄ urine tox-screen |
| | | - may start IV abx if pt spikes fever |
| | | NOTE: Pt is "unarrested" in ED but the PD want to be |
| | | notified when pt is D/C'd to re-arrest him. |

18



**Mills-Peninsula**
**Health Services**

A Sutter Health Affiliate

## PROGRESS RECORD

GONZALEZ, NELSON                                    P
01348428
BOGALE, SAMI      1992      24AUG66    M   37
BOGALE, SAMI      1992                  I    TCU
*49890940*                        15AUG06



| ATE | TIME | |
|---|---|---|
| 15 | 045 | Medicine |

11.1 ⟩ ⟨ 156        143 | 114 | 12
   43                 3.7 | 21 | 0.9

benzo's ⊕    cocaine ⊕    cannabis ⊕

bradycardia   125/80, afebrile error.

120/60, 60, afebrile
- pt doesn't know his name.          doesn't remember
- doesn't remember his birthplace    doing cocaine
- doesn't know where he is now.
- doesn't know if he has family.

CN vvv noted.   pt is somnolent
⊕ contusion over ⓡ eye
EOMI   Vision intact   strength intact.
ø Numbness / tingling.

A/P  ① pt ē transient amnesia. Police is/was called
        ho domestic disturbance. ⊕ for Cocaine but
        pt denies. Has head trauma → unclear cause
        Denire psych history. Will have PES evaluate
        when pt more alert.
        Can transfer to floor with sitter
                          if necessary.   BAO

19

**Mills-Peninsula Health Services**

A Sutter Health Affiliate

GONZALEZ, NELSON
01348428                                    P
BOGALE, SAMI      1992    12AUG68  M  58
BOGALE, SAMI      1992               I  ICU
*49890940*                        15AUG06

## PROGRESS RECORD

| DATE | TIME | |
|------|------|---|

The ATTENDING PHYSICIAN for this patient

is _____ M.D.

| | | |
|---|---|---|
| 8/15 | 12⁰⁰ | PES/Intake. Checked in on pt. Pt is sleeping appears to be in no distress. PES/Intake will f/up ē pt 8/16 in AM as per Dr Allens request. _____ Miller RN x5969 _____ signed this bye |
| 8/16 | | Medicine |

$$\frac{72}{40} \rangle \langle 173 \quad \frac{144}{3.6} \Big| \frac{112}{25} \Big| \frac{7}{0.8}$$

√SS afebrile
pt still can't remember many things.
    → slight improvement however.
    having trouble ē short term + long term memory.
    speech is fluent, processes information fairly well.
    a/o x/v no ⓐ. abd neg. o/w —
    bortenxis.

A/P ① Amnesia - pt denies having a history of this.
    Can't tell me what has happened to him in
    past few days. We know that he was positive
    for cocaine and had a violent disturbance
    which led to physical restraint, trauma to
    head. CT ⊖.
    Cannot detect a metabolic cause of this.
    Unclear if pt has a psychiatric history.
    A psychiatric evaluation is indicated at this
    point to help guide the management of
    this enigmatic situation.

20

**Mills-Peninsula**
**Health Services**

A Sutter Health Affiliate

**PROGRESS RECORD**

GONZALEZ, NELSON
01348428                                    P
BOGALE, SAMI      1992        12AUG68  M  38
BOGALE, SAMI      1992
*449890940*                        ICU
                                   15AUG06



| DATE | TIME | |
|------|------|---|
| 8/16 | 11⁰⁰ | PCS/Intake  Pt seen at bedside. Pt very soft spoken. He was pleasant and cooperative c̄ assessment. Pt is a poor historian. Unable to tell this writer if he has ever been married, has children, what kind of employment he has done or any contact person to call. Pt tells this writer he may have attempted suicide by "trying to poison himself" when he was a teenager. Pt was given a MMSE and scored a 21 which indicates mild cognitive impairment. Pt denies wanting to harm himself at this time. When asked where would he go if we were to discharge him he states "I don't know." During assessment pt maintained eye contact and did not seem to be anxious. He is not certain if he use to take "pills" for any prior ψ condition. PES/Intake will continue to follow.  J. Kelly RN |



**Mills-Peninsula**
**Health Services**

A Sutter Health Affiliate

**PROGRESS RECORD**

GONZALEZ, NELSON                                    P
01348428
BOGALE, SAMI      1992    12AUG68  M  38
BOGALE, SAMI      1992         I   ICU
*49890940*                         15AUG06

| DATE | TIME | |
|------|------|---|
| 8/17 | | Medicine |

$\frac{120}{60}$, 60, afebrile

pulse goes into high 30's c̄ sleep.

7.2 ) — ( 170        141 | 110 | 5        $NH_3$ = 40
        40          3.2 | 21 | 0.9.        Tsh 2.42

"I feel hot"
· knows his name
· I live in SF
· hearing voices. God telling him that Devil is after him
· Knows that he has a brother + mother
· Says he has been depressed.
· Not working    · Sleeps alot.    Recalls police incident

→  A/P ① Acute psychosis c̄ Amnesia in setting
          of Cocaine use. Not sure if the latter
          is precipitating extent
          Pt has history of hallucinations, depression, and
          has been on PMD in past. Had ongoing psychiatric
          care in past. He likely will need an antipsychotic
          +/- antidepressant. Pt's amnesia likely due
          to post-concussive syndrome +/- psychotic
          will transfer to med-surg, f/u R3
② bradycardia - only when sleeping.

**22**



**Mills-Peninsula**
**Health Services**

A Sutter Health Affiliate

**PROGRESS RECORD**

GONZALEZ, NELSON
01348428
BOGALE, SAMI          1992
BOGALE, SAMI          1992      12AUG68   M   38
*498909404*                               I
                                        ICU
                                     15AUG06



| ATE | TIME | |
|---|---|---|
| 17 | 12³⁰ | RS/Intake: T'up'd c pt. A presents much more clear and able to remember his psy hx. Pt says he does hear voices and has delusions. he tells me w/ter that sometimes when his mother speaks her voice "turns into the devil and says stuff like we're all gonna die." Pt says he has been hearing voices since he was a child; however does not recall seeing a psychiatrist or taking medications. Pt says he lives c his mother and works for her. She owns a janitorial service in Redwood City. Pt presents very pleasant, calm and cooperative. He does feel he has psychiatric issues that have not been adequately address. Pt has a hx of SI; however denies and SI at the present. Pt very vague about his drug use. Dr. Allen will be contacted re: possible transfer to MPH. G. Kelly RN 4:10 yu |

23



## S ACTIVITY RECORD

Gonzalez          Nelson          01348428


8/17/2006     16:49     (12:30 PM) Followed up with pt at bedside. Pt was much more clear and was able to provide this writer with some historical information. Pt said that he has a hx of hearing voices since he was a child and has taken Prozac many years ago. Pt currently denies any current txt for his audio hallucinations. He says the way he deals with the voices is by going asleep. He told this writer that he has not heard any voices while in the hospital. When asked about his drug use; pt becomes very evasive and claims to not remember using drugs. Pt currently lives with his mother in Redwood City and works for her commercial janitorial business called ABC Cleaning. Pt does not like living with his mother; however has some financial issues and doesn't feel he can move out at this time. Pt was married at a young age and has a 22 yrs old son. Unfortunately he discovered that his wife had been having an affair with his younger brother; and speaks about how hurtful this has been for him. They subsequently divorced over this incident. Pt does admit to 3-4 suicide attempts; however tells this writer he usually "chickens out" and calls the ambulance. He also claims these SI attempts have usually centered around breakup's. He denies any current SI, intent or plan. Pt does not seem to have many friends and does admit to keeping to himself. He has been on parole for the past 1 1/2 year, and served 1 year in jail for impersonating a police officer and having possession of a stolen vehicle. He also tells this writer that he just completed a court mandated drug program at El Centro de Libertad Freedom Center in RWC about 2 months ago. He tells this writer that at times things get stressful at home; and he likes to check into a hotel to get away from his family. Pt currently does not meet criteria for inpatient mental health; however would benefit for outpatient therapy and psychiatry. He can contact the San Mateo Access team at 888-246-3333 or 800-686-0101 for low cost referrals.

                                                          Gretchen Kelley


/17/2006     17:06     (14:30 PM) After some encouragement pt contacted his mother, Maria Castillo, at 650-771-1031. He explained that he had hit his head and needed to be hospitalized; and would be able to go home soon. I spoke with Dr. Allen after follow up assessment and explained that though the pt had some odd thoughts, that he did not require inpatient psychiatric services and was not currently suicidal or a threat to others at this time.

                                                          Gretchen Kelley


**24**

8/17/2006

## INITIAL CONTACT     |Gonzalez     |Nelson     |01348428
## ASSESSMENT FORM

## I    HISTORY OF PRESENT ILLNESS:

37 yo Latino male was seen in on 5th floor ICU at the request of Dr. Allen for a psych eval. Pt was admitted to Mills Peninsula for leukocytosis and bandemia (WBC: 16.7; diff polys: 69, bands: 24)after being BIB ambulance after a domestic disturbance was called in at a local hotel in SSF. When he did not check out; hotel staff checked in on him and police were notified. Police asked him to come out of the room; however he refused many requests. He then threatened police saying he had a gun and dynamite. Eventually police got into the room and the pt was combative and needing to be restrained by 5 PD officers. He was in 4 pt restraints when he came into the hospital and given 10 mg valium, 5 mg of haldol and ativan and cogentin. Pt was seen at bedside by this writer. Pt presents sleepy, speaks in a soft tone; maintains eye contact through out assessment. He is very calm and does not appear anxious; despite not being able to recall much information about his past. He does complain of pain. Pt given a mini-mental status exam and scored a 21 which indicates mild cognitive impairment. Pt is a poor historian. when asked if he knew where he was or where he use to live he thought he was currently at a hospital in San Francisco; and or use to live in San Francisco. He can not tell this writer any personal information, or give a contact name or what he does for a living. When asked if he ever felt suicidal he tells this writer that "he remembers once trying to poison himself" when he was a teenager. He is uncertain if he was ever hospitalized or if he has a psych hx. When asked if he intened or wants to harm himself he currently denies any SI, intent or plan. Pt denies audiovisual hallucinations. When asked if he ever used drugs or alcohol either recreationally or habitually; he can not say. His urine was positive for benzos, cocaine and marijuana.

| Legal Status    · BIB: | | | | |
|---|---|---|---|---|
| Voluntary          Time 5150 Initiated: | | | REASON for 5150: | |
| 5150 Advisement Complete .    5150 Adivsment Incomplete | | | | |
| DTS         · DTO         GD Adult       GD Minor | | | | |

Past Psychiatric History                    YES    ✔ NO

NONE noted per patient.

Family History of Psychiatric Illness        YES    ✔ NO

NONE noted per patient.

| | | | |
|---|---|---|---|
| Psychiatrist | Phone | Last Seen | |
| Therapist  . | Phone | Last Seen | |
| Primary Care Physician: | Phone | Last Seen | |

Allergies:                              YES    ✔ NO

NKA per patient.

## II   ASSESSMENT OF ABUSE/NEGLECT VICTIMS:

25

| Physical Assault | YES | ✔ NO | Current | Hx | VICTIM | PERPETRATOR | Reported | YES | NO |
|---|---|---|---|---|---|---|---|---|---|
| Rape | YES | ✔ NO | Current | Hx | VICTIM | PERPETRATOR | Reported | YES | NO |
| Sexual Molestation | YES | ✔ NO | Current | Hx | VICTIM | PERPETRATOR | Reported | YES | NO |
| stic Abuse | YES | ✔ NO | Current | Hx | VICTIM | PERPETRATOR | Reported | YES | NO |
| Child Abuse | YES | ✔ NO | Current | Hx | VICTIM | PERPETRATOR | Reported | YES | NO |
| Elder Abuse | YES | ✔ NO | Current | Hx | VICTIM | PERPETRATOR | Reported | YES | NO |

26

8/17/2006                          Nelson        Gonzalez      01348428

**III   MEDICATIONS:**        YES    ✔ NO

| MEDICATION | DOSAGE | TIME OF LAST DOSE |
|---|---|---|
| NONE noled per patient. | | |

**27**

8/17/2006

## IV    SUICIDE ASSESSMENT:      | Gonzalez | Nelson | 01348428 |

| Current Suicidal Ideation | YES | ✔ NO | | Plan | YES | ✔ NO |
| History of Suicidal Ideation | ✔ YES | NO |
| History of Suicidal Attempts | ✔ YES | NO | When? | 16 |

Describe ideation/suicidal attempts

pt says he remberes wanting to harm himself and said he tried to pision himself when he was a teenager

Date of most recent suicide attempt [       8/1/1990     Age at first suicide attempt [

Current potential for suicide        High      Moderate      Low      ✔ Not present

History of self-mutilating behavior      YES    ✔ NO

Current potential for self-
mutilating behavior      High      Moderate      Low      ✔ Not present

## V    POTENTIAL FOR VIOLENCE ASSESSMENT:

History of violent/homicidal behavior toward others      ✔ YES      NO

Describe homicidal/violent history

threatened police saying he had a gun and dynamite

Current potential for violent behavior      High    ✔ Moderate    Low    Not present

Criminal justice history      ✔ YES    NO

Describe criminal justice history

allegedly on parole for havinga weapon

## VI    PSYCHOSOCIAL:

Occupational Status:      unknown

Social/family support:      Lives alone    Lives with family/friends    Institution   ✔ Homeless

Number of children:      0   or who is in home ? [

Quality of social support:      poor

✔ NONE      APS      Other [

Agencies/individuals involved: (e.g. CPS, conservator, case manager, Power of Attorney for Health Care)

8/17/2006

**INITIAL CONTACT** | Gonzalez | Nelson | 01348428
**ASSESSMENT FORM**

## VII   MENTAL STATUS EXAM:

Unable to complete    Reason:   Patient is:

Other:

### APPEARANCE AND BEHAVIOR PROBLEMS

☐ Yes    ✔ No    Unkemp

☐ Yes    ✔ No    Withdrawn

☐ Yes    ✔ No    Uncooperative

☐ Yes    ✔ No    Bizarre

☐ Yes    ✔ No    Belligerent

☐ Yes    ✔ No    Poor rapport

☐ Yes    ✔ No    Hyperactive/agitated

☐ Yes    ✔ No    Motor retardation

☐ Yes    ✔ No    Suspicious

☐ Yes    ✔ No    Intoxicated

☐ Yes    ✔ No    Tremulous

### THOUGHT CONTENT

Yes    ✔ No    Inadequacy/worthlessness

Yes    ✔ No    Hopelessness

Yes    ✔ No    Thought insertion

Yes    ✔ No    Thought broadcasting

Yes    ✔ No    Thought withdrawal

Yes    ✔ No    Thought hearing

Yes    ✔ No    Delusional:
☐ Grandiose    ☐ of control
☐ Somatic      ☐ Bizarre
☐ other        ☐ Persecutory

### PERCEPTION

☐ Yes    ✔ No    Hallucinations
☐ auditory    ☐ visual    ☐ other

☐ Yes    ✔ No    Other
                 perceptual

### COGNITIVE FUNCTIONING

☐ Yes    ☑ No    Altered level of consciousness

☑ Yes    ☐ No    Disoriented
☑ time    ☑ place    ☑ person

☑ Yes    ☐ No    Difficulty concentrating

☐ Yes    ☑ No    Mental retardation

**29**

8/17/2006          | Gonzalez           | Nelson      | 01348428

## MENTAL STATUS EXAM CONT'D

### MOOD/AFFECT

| | | |
|---|---|---|
| Yes | ✔ No | Sad/depressed |
| Yes | ✔ No | Angry |
| Yes | ✔ No | Euphoric |
| Yes | ✔ No | Inappropriate |
| Yes | ✔ No | Labile |

### OTHER PHENOMENA

| | | |
|---|---|---|
| Yes | ✔ No | Obsessions |
| Yes | ✔ No | Compulsions |
| Yes | ✔ No | Phobias |
| Yes | ✔ No | General anxiety |
| Yes | ✔ No | Hypochondriacal preoccupation |
| Yes | ✔ No | Panic |

### THOUGHT PATTERN

| | | |
|---|---|---|
| ✔ Yes | No | Altered productivity |
| | increase | ✔ decrease |
| Yes | ✔ No | Thought block |
| Yes | ✔ No | Other disorganized |

thought patterns (tangential, loose, circumstantial, incoherent, flight of ideas).

| Judgemen | Good | Fair | ✔ Poor |
|---|---|---|---|
| Insight | Good | Fair | ✔ Poor |

### SOMATIC FUNCTIONING

Appetite Problem

| none reported | decrease | increase |
|---|---|---|

Weight change

| Yes | ✔ No | # of lbs | 0 |
|---|---|---|---|
| | decrease | increase | |
| Duration | | | |

Sleep problem

| Yes | ✔ No | # of hours | 0 |
|---|---|---|---|
| | decrease | increase | |
| Duration | | | |

Libido Problem

| none reported |
|---|

### ESTIMATED INTELLIGENCE

| below average | ✔ average | above average |
|---|---|---|

### EDUCATIONAL LEVEL

Number of years completed       | 0

**30**

8/17/2006

# INITIAL CONTACT ASSESSMENT FORM

| Gonzalez | Nelson | 01348428 |

## VIII  SUBSTANCE ABUSE HISTORY:

History of alcohol abuse    Yes    ✔ No    Age at onset | 0 |

If yes, check all that apply    Withdrawal seizures    Blackout    DTs

History of other substance abuse    ✔ Yes    No    Age at onset | 37 |

Longest Abstinence in past 6 months | |

Family history of substance abuse | None |

| Substance | Route | Frequency/Quantity/Duration | Date of last use |
|---|---|---|---|
| ▢ ALCOHOL | | | |
| ▢ HEROIN | PO | | |
| ☑ COCAINE | NASAL | urine + | 8/14/2006 |
| ☑ BENZODIAZEPINES | | Urine + | 8/14/2006 |
| ☑ MARIJUANA | IV | urine + | 8/14/2006 |
| ▢ AMPHETAMINES | | | |
| ▢ OPIATES | | | |
| ▢ ECSTACY | | | |
| ▢ TOBACCO | | | |
| ▢ OTHER | | | |

BA = | |    BAT = |    TOXICOLOGY SCREEN |

## IX  VITAL SIGNS:   Time: | |

Unable to Complete ✔ Reason: Pt. Agitated ▢   Pt. Refused ✔   Pt. Sleeping ▢

R- |   T - |   P - |   BP - |   Pain - ▢ Yes   ▢ No   1 - 10 | |

LAST PHYSICAL EXAMINATION | ukn |

INFORMED THAT PROGRAM NEEDS A COPY OF IMMUNIZATION RECORD    ▢ YES   ▢ NO

ADOLESCENTS ONLY    ☑ N/A

**31**

8/17/2006                    Gonzalez        Nelson        01348428

**X    PROVISIONAL DIAGNOSIS:**                    DSM IV - TR:

Axis I:    Amnestic Disorder Due to General Medical Condition    |        294.0

           Polysubstance Dependence                                       304.80

Axis II:   Deferred                                                       799.9

Axis III:  none

Axis IV:   probs with primary support: homeless

Axis V:    Current:   45        Past Year:   ukn

**XI    DISPOSITION:** Floor Consult

case reviewed by Dr. Becker

Plan reviewed with:        Dr. becker

                                        INTERVIEW END
                                        8/17/2006 5:48:22 PM

KelleyG1                        8/16/2006
Evaluator Signature/Date

Gretchen Kelley, RN            8/16/2006
Charge RN Signature/Date                  MD Signature/Date

**32**

8/17/2006                    Gonzalez    Nelson    01348428

**X    PROVISIONAL DIAGNOSIS:**                DSM IV - TR:

Axis I:    Amnestic Disorder Due to General Medical Condition    294.0

           Polysubstance Dependence                              304.80

Axis II:   Deferred                                              799.9

Axis III:  none

Axis IV:   probs with primary support; homeless

Axis V:    Current:  45      Past Year:  ukn

**XI    DISPOSITION:** Floor Consult

case reviewed by Dr. Becker

Plan reviewed with:    Dr. becker

                              INTERVIEW END
                                    8/17/2006 5:06:38 PM

KelleyG1                    8/16/2006
Evaluator Signature/Date

Gretchen Kelley, RN         8/16/2006
Charge RN Signature/Date              MD Signature/Date

Case 3:07-cv-02174-CRB   Document 34   Filed 04/22/08   Page 34 of 54



## Mills-Peninsula
## Health Services

A Sutter Health Affiliate

## PROGRESS RECORD

GONZALEZ, NELSON                                    P
01348428
BOGALE, SAMI        1992      12AUG68   M   38
BOGALE, SAMI        1992              I     ICU
*498909404*                                15AUG06

| DATE | TIME | |
|---|---|---|
| 8/18 | | Medicine |
| | | |
| | | Pt regaining memory |
| | | c/o |
| | | r/r no ⓝ |
| | | a>l soft tips |
| | | goods |
| | | M. ① uremic syndrome likely — he is |
| | | post-cardio arrest stat |
| | | ② depression, occasional psychotic features |
| | | |

**34**



# Mills-Peninsula Health Services

A Sutter Health Affiliate

**DOCTOR'S ORDERS**

GONZALEZ, NELSON P
01348428
BOGALE, SAMI    1992    12AUG68  M   38
BOGALE, SAMI    1992              I    ICU
* 49890940*                              15AUG06

## STANDARD ARRHYTHMIA ORDERS

Upon physician signature, all orders will be carried out as stated. To delete an order, cross it out. To achieve optional orders, check the box or fill in the blank.

**NOTE:** When a monitored patient is admitted to a critical care area, the Standard Arrhythmia orders are automatically in effect.

Medication orders confirmed in
e-MAP on ___8/15/06___ at ___0??___
      date        time

by _____
           nurse 

1. Intravenous Therapy
   a. Saline lock. Flush lock with 2 ml 0.9% NS IV push q 8 h.

2. Respiratory Therapy
   a. Supplemental O₂ p.r.n. to maintain $O_2$ saturation greater than 90%.

3. Bradycardia
   a. For sudden sustained HR less than 50 with symptoms such as SBP less than 90 mmHg, altered consciousness, or SOB, give Atropine 0.5 mg IV push. May repeat q 3 min to a total of 0.04 mg/kg.
   b. If Atropine ineffective, or for high grade heart block with a ventricular rate less than 40:
      1.) Pace with external pacer at rate of 60 and mA of 60. Adjust mA as needed to maintain capture.
      2.) If necessary, Dopamine 400 mg/250 ml D5W at 2-10 mcg/kg/min to keep SBP greater than 90 mmHg.
      3.) If severe symptoms, Epinephrine 1 mg/250 ml D5W at 1-4 mcg/min to keep SBP greater than 90 mmHg and HR greater than 50.

4. Treat Sustained VT (greater than 30 seconds) or wide complex tachycardia with a pulse
   a. Amiodarone 150 mg IV over 10 min. Follow immediately with Amiodarone 900 mg/500 ml D5W in a glass bottle at 1 mg/min for 6 h, then 0.5 mg/min.

5. Ventricular Fibrillation and Pulseless VT
   a. Defibrillate using 360 joules or 200 joules biphasic. May repeat x 2.
   b. If defibrillation successful:
      1.) Amiodarone 150 mg IV over 10 min loading
      2.) After loading, infuse Amiodarone per standard drip above
   c. If defibrillation unsuccessful:
      1.) Amiodarone 300 mg IV push
      2.) Defibrillate using 360 joules or 200 joules biphasic, one minute after each medication
      3.) Epinephrine 1 mg IV push q 3 min or Vasopressin 40 units IV x 1 only
      4.) Magnesium sulfate 2 gm IV for torsades de pointes or hypomagnesemic state. May repeat x 1.
      5.) Sodium bicarbonate 1 mEq/kg (minimum 50 mEq/maximum 100 mEq) IV push

6. Asystole (Ventricular Standstill)
   a. Verify asystole in one other lead.
   b. Pace with external pacer at rate of 60 and mA of 60. Adjust mA as needed to maintain capture.
   c. Epinephrine 1 mg IV push and repeat q 3 min
   d. Atropine 1 mg IV push and repeat q 3 min up to a total of 0.04 mg/kg

7. Pulseless Electrical Activity (PEA)
   a. Epinephrine 1 mg IV push and repeat q 3 min
   b. Atropine 1 mg IV push if PEA rate is slow. Repeat q 3 min, to a total dose of 0.04 mg/kg.
   c. Bolus with 250 ml 0.9% NS IV

| Date | Time | Signature | M.D. |
|------|------|-----------|------|
| 8/15 | 0300 | Dr. Bogale / Mullortn | ID # |

Verbal orders require physician signature, date, and time

Verbal orders require read back to physician

DISTRIBUTION: WHITE - MEDICAL RECORDS    YELLOW - PHARMACY    PINK - NURSING

**35**

127794 (3/04)



**Mills-Peninsula Health Services**
A Sutter Health Affiliate

**DOCTOR'S ORDERS**

GONZALEZ, NELSON                      P
01348428
MISC DOCTOR CODE. VAS99    12AUG68   M   38
*49890940*                            E   ERS
                                      14AUG06

**BEHAVIORAL SECLUSION and/or RESTRAINT**

1. a. Seclude and/or restrain, for __17__ hours for danger to self and/or others as evidenced by (describe behaviors): ___( Aggresive & Psychotic )___

   b. LESS restrictive interventions attempted to modify behaviors in #1, but unsuccessful (check all that apply):

   ☑ 1:1 Verbal interaction      ☐ Time-out        ☐ Reality orientation
   ☑ Decrease stimuli            ☐ Exercise        ☐ Offered p.r.n. medication
   ☑ Contract                    Other _____

2. a. **For Adults, R.N.** must obtain a new order for seclusion and/or restraint every **4 hours** after reassessment, not to exceed 24 hours.

   b. **For patients 9 to 17 years,** R.N. must obtain a new order for seclusion and/or restraint every **2 hours** after reassessment, not to exceed 24 hours.

   c. **For patients under 9 years of age,** R.N. must obtain a new order for seclusion and/or restraint every **1 hour** after reassessment, not to exceed 24 hours.

3. a. If a patient continues to require seclusion and/or restraints after 24 hours, the attending physician must perform a face-to-face evaluation, and provide a new order at that time.

   b. The Medical Director (or designee) must be informed of any patient who requires more than 24 hours of continuous seclusion and/or restraint, or of any patient who requires four (4) or more separate episodes of seclusion and/or restraints.

4. ☑ Leather restraints:    ☐ 2 point    ☐ 3 point    ☑ 4 point    ☐ 5 point
   ☐ Soft restraints:       ☐ 2 point    ☐ 3 point    ☐ 4 point
   ☐ Seclusion
   ☑ Geri chair             ☑ Vest jacket              ☑ Other _____

5. a. q 15 min.; behavioral observation
   b. q 1h; circulation check, toileting, offer fluids/food
   c. Vital signs q 1 h, or _____
   d. q 2h; range of motion
   e. R.N. reassessment per order #2

6. Notify physician immediately if condition changes. Document changes in progress notes.

7. Evaluation by physician within 1 hour of initial order:

   ☑ Medical evaluation has already been done by Dr. ___Girnoti___
   ☐ Please notify Dr. _____ to evaluate patient.

___8/15/06___        ___1 AM___                 ___Girnoti___       M.D.
Date                 Time                        Signature

DISTRIBUTION: WHITE - MEDICAL RECORDS, YELLOW - DEPARTMENT          145422 (3/03)

0501  noted
      cqc

**36**

Mills-Peninsula
Health Services

**DOCTOR'S ORDERS**
CLINICAL INFORMATION MUST ACCOMPANY ALL
REQUESTS FOR DIAGNOSTIC WORK

_____ on _____ at _____
date            time

| DATE | TIME | ☐ STAT (Check box to left) |
|------|------|----|
| 08/15/06 | 1:52 AM | |

Prohibited abbreviations: U, IU, QD, QOD, MS, MSO₄, MgSO₄,
zero after decimal, no zero before decimal

Admit to ICU

Dx - Agitation / combative 2° to drug intoxication
condition: stable

Activity: BR, may use restraint    * Please notify PD when
Diet:                                  Pt is getting D/C'd home

IVF: D5NS @ 100 cc/hr

Med:
- ativan 1 mg iv Q 4 PRN agitation
- Haldol 5 mg iv Q 4-6 PRN agitation

Foley

- 18c                 BCx 2 for spike fever
Chem 1 in Am

_____ MD ID # 1992   Date _____ Time _____

Verbal Orders require physician signature, date, and time    Verbal Orders require read back to physician
Lawson # 127824

8 Hour Chart Check
@
by_____

Mills-Peninsula
Health Services
R.N. _____

**DOCTOR'S ORDERS**
CLINICAL INFORMATION MUST ACCOMPANY ALL
REQUESTS FOR DIAGNOSTIC WORK

| DATE | TIME | ☐ STAT (Check box to left) |
|------|------|----|
| 8/15/06 | 0940 | |

Prohibited abbreviations: U, IU, QD, QOD, MS, MSO₄, MgSO₄,
zero after decimal, no zero before decimal

Regular diet.

May remove Foley.

_____

G. Clarins, MC

8/15/06

_____ MD ID # _____ Date _____ Time 1125

Verbal Orders require physician signature, date, and time    Verbal Orders require read back to physician
Lawson # 127824

GENERIC EQUIVALENT WILL BE DISPENSED UNLESS OTHERWISE SPECIFIED.    Rev. 02.06
YELLOW-Medical Records    WHITE-Pharmacy    PINK-Nursing

37

GONZALEZ, NELSON
01348428
MISC DOCTOR CODE: VA599
*49890940*
E.V.ERS
M X 38
14AUG08
122AUG66
14AUG08



**Mills-Peninsula**
**Health Services**

A Sutter Health Affiliate

GONZALEZ, NELSON    P.
01348428
BOGALE, SAMI    199.    12AUG06    M    38
BOGALE, SAMI    1992    I    ICU
*49890940*    1SAUG06

## NON BEHAVIORAL PHYSICAL RESTRAINT

1. Restrain patient for the following reason/behavior:
   - ☑ Attempts to get out of bed/chair unassisted despite instructions to call for assistance.
   - ☐ Attempts to remove IV's or medical tubes despite instructions regarding medical treatment.
   - ☐ Other actions/behaviors (specify) _____
     _____
     _____

2. Less restrictive interventions attempted to modify behaviors in # 1, but unsuccessful (check all that apply):
   - ☑ Re-Orientation:    ☑ Time    ☑ Place    ☐ Situation
   - ☑ Repositioning    ☐ Toileted
   - ☑ Ambulated    ☐ Back rub
   - ☑ Pain relief attempted/offered
   - ☐ Relaxation technique
   - ☐ Food or beverage
   - ☐ Close observation
   - ☑ Distraction (TV, reading. music, games, etc.)
   - ☐ Evaluate for adverse medications effect
   - ☐ Decreased stimuli
   - ☐ Other _____

   _875-06_____    _030_____    _____    R.N.
   DATE    TIME    SIGNATURE

3. Type of Restraint:
   - ☐ Roll belt    ☐ Mittens
   - ☐ Vest    ☐ Geri chair
   - ☑ 2 point soft    ☐ Swedish belt (Rehab only)
   - ☑ 4 point soft

4. Restraint (Soft) Standard:
   - Less restrictive interventions attempted pre-restraint.
   - M.D. order obtained and renewed q 24h.
   - Reason for restraints assessed and validated q 2h and p.r.n. changes.
   - Circulation observation performed q 2h and p.r.n. changes.
   - Pt. orientation observed q 2h and p.r.n. changes.
   - Position of extremities changed and ROM performed q 2h and p.r.n.
   - Restraints released at least once a shift.
   - Restraints removed as much as possible when nurse or family at the bedside.

   Start:    _87506_____    _030_____
   DATE    TIME
   End:    _8-16 06_____    _030_____    NOT TO EXCEED 24 HRS.
   DATE    TIME

   _____    _____    _____    **38**
   DATE    TIME    SIGNATURE
   M.D.

# Mills-Peninsula Health Services

**DOCTOR'S ORDERS**
CLINICAL INFORMATION MUST ACCOMPANY ALL
REQUESTS FOR DIAGNOSTIC WORK

| DATE | TIME | ☐ STAT (Check box to left) |
|------|------|------|
| 8/15 | 1/05 | |

Prohibited abbreviations: U, IU, QD, QOD, MS, MSO$_4$, MgSO$_4$, zero after decimal, no zero before decimal

Medication orders confirmed in
e-MAP on _____ date _____ at _____ time _____

8/16 _____ by _____ nurse

① PES eval tomorrow AM

② CT q head no contrast
   eval: head trauma
   amnesia

**X-RAY COMPLETED**
EXAM CT HEAD
DATE 8/15/06 TIME 12:45 pm

③ cbc, chem 7 in AM

④ May transfer to tcu c̄ sitter if available

_____ MD ID # 1805   Date _____ Time _____

**Verbal Orders** require physician signature, date, and time   **Verbal Orders** require read back to physician

Lawson # 127824

8 Hour Chart Check   B. Elarms, RN
@ 8/15/06 / 1850   8/15/06 1130
by: _____ R.N.

# Mills-Peninsula Health Services

**DOCTOR'S ORDERS**
CLINICAL INFORMATION MUST ACCOMPANY ALL
REQUESTS FOR DIAGNOSTIC WORK

| DATE | TIME | ☐ STAT (Check box to left) |
|------|------|------|
| 8/16 | | |

Prohibited abbreviations: U, IU, QD, QOD, MS, MSO$_4$, MgSO$_4$, zero after decimal, no zero before decimal

Medication orders confirmed in
e-MAP on _____ date _____ at _____ time _____

_____ by _____ nurse

cbc, chem 12, NH$_3$, TSH
level in AM + H$_2$O

_____ MD ID # 1805   Date _____ Time _____

**Verbal Orders** require physician signature, date, and time   **Verbal Orders** require read back to physician

Lawson # 127824   GENERIC EQUIVALENT WILL BE DISPENSED UNLESS OTHERWISE SPECIFIED.   Rev. 02/06
YELLOW-Medical Records   WHITE-Pharmacy   PINK-Nursing

GONZALEZ, NELSON
01348428
BOGALE, SAMI
BOGALE, SAMI
**4*98909404*

39

Case 3:07-cv-04110-CRB    Document 59-3    Filed 09/12/2008    Page 40 of 54



**Mills-Peninsula Health Services**

**DOCTOR'S ORDERS**
CLINICAL INFORMATION MUST ACCOMPANY ALL
REQUESTS FOR DIAGNOSTIC WORK

| DATE | TIME |
|------|------|
| 8-16 | 1510 |

☐ STAT
(Check box to left)

Prohibited abbreviations: U, IU, QD, QOD, MS, MSO₄, MgSO₄,
zero after decimal, no zero before decimal

Medication orders confirmed in
e-MAP on _____ at _____
date          time

T.O.

Transfer Pt to Med-surg please
no sitter

Dr. Anthony Allen /PBI K.Cabrier RN

Medication orders confirmed in
e-MAP on _____ at _____
date          time

8 Hour Chart Check

@ 8-16 1530   by _____   MD ID# _____   Date _____   Time _____
by: _____   R.N.
**Verbal Orders** require physician signature, date, and time          **Verbal Orders** require read back to physician

Lawson # 127824

---

**Mills-Peninsula Health Services**

**DOCTOR'S ORDERS**
CLINICAL INFORMATION MUST ACCOMPANY ALL
REQUESTS FOR DIAGNOSTIC WORK

| DATE | TIME |
|------|------|
| 8/16/06 | 1610 |

☐ STAT
(Check box to left)

Prohibited abbreviations: U, IU, QD, QOD, MSO₄, MgSO₄,
zero after decimal, no zero before decimal

Medication orders confirmed in
e-MAP on _____ at _____
date          time

Change pt to TCU status
transfer — No sitter
To Dr Allen / PUtm RN

Ptutm RN 8/16/06 1615

**24 HOUR CHART CHECK**

_____ R.N.

_____ MD ID# _____   Date _____   Time _____
**Verbal Orders** require physician signature, date, and time          **Verbal Orders** require read back to physician

Lawson # 127824

GENERIC EQUIVALENT WILL BE DISPENSED UNLESS OTHERWISE SPECIFIED.
YELLOW-Medical Records     WHITE-Pharmacy     PINK-Nursing     Rev 02/06

**40**

GONZALEZ, NELSON
01348428
120UG68 M 38
1992
BOGALE, SAMI 1992
BOGALE, SAMI 16AUG06
*4498009101*

Case 3:01-cv-04425-CRB   Document 59-3   Filed 09/12/2006   Page 41 of 54

## Mills-Peninsula Health Services

### DOCTOR'S ORDERS
CLINICAL INFORMATION MUST ACCOMPANY ALL
REQUESTS FOR DIAGNOSTIC WORK

| DATE | TIME | ☐ STAT |
|------|------|--------|
| 8/17 | 1115 | (Check box to left) |

Prohibited abbreviations: U, IU, QD, QOD, MS, MSO$_4$, MgSO$_4$,
zero after decimal, no zero before decimal

Medication orders confirmed in
e-MAP on _____ at _____
_____ date _____ time
by _____
_____ nurse

Transfer to Med/Surg

Noted
N. Christ.
@ 1115
8/17/06

**24 HOUR CHART CHECK**

AUG 18 2006

BY: _____
Date _____ Time _____

MD ID # 1801

Verbal Orders require physician signature, date, and time        Verbal Orders require read back to physician

Lawson # 127824

---

## Mills-Peninsula Health Services

### DOCTOR'S ORDERS
CLINICAL INFORMATION MUST ACCOMPANY ALL
REQUESTS FOR DIAGNOSTIC WORK

| DATE | TIME | ☐ STAT |
|------|------|--------|
| 8/18 | 1?? | (Check box to left) |

Prohibited abbreviations: U, IU, QD, QOD, MS, MSO$_4$, MgSO$_4$,
zero after decimal, no zero before decimal

Medication orders confirmed in
e-MAP on _____ at _____
_____ date _____ time
by _____
_____ nurse

Noted

8/18/06
1320

MD ID # 1805        Date _____ Time _____

Verbal Orders require physician signature, date, and time        Verbal Orders require read back to physician

Lawson # 127824

GENERIC EQUIVALENT WILL BE DISPENSED UNLESS OTHERWISE SPECIFIED.        Rev 02.06
YELLOW-Medical Records        WHITE-Pharmacy        PINK-Nursing

GONZALEZ, NELSON
01348428
BOGALE, SAMI
BOGALE, SAMI

**41**

**Mills-Peninsula
Health Services**

A Sutter Health Affiliate

GONZALEZ, NELSON
01348428
BOGALE, SAMI
BOGALE, SAMI    199
*4989092C*    1992    12AUG68  M   38
I         ICU
15AUG06

**VITAL SIGNS AND PAIN RECORD**

Page 1 of 2

DRAW VERTICAL RED LINE AT MIDNIGHT

| DATE | | | | | | |
|---|---|---|---|---|---|---|
| TIME | | | | | | |

TEMP. ABOVE 41°

41
41

**TEMPERATURE**
● = TYMPANIC
○ = ORAL
Ⓡ = RECTAL

40  40

39  39

38  38

37  37

36  36

35  35

TEMP. BELOW 35°

BP - PULSE ABOVE 220

220 — 220
210 — 210

**BLOOD PRESSURE**
v = SYSTOLIC
∧ = DIASTOLIC

200 — 200
190 — 190
180 — 180
170 — 170

**PULSE**
● = RADIAL
○ = APICAL

160 — 160
150 — 150
140 — 140

**ANATOMICAL SITE**
130 — 130
120 — 120

LUE  RUE

110 — 110
100 — 100

**POSITION**
← = LYING
↓ = SITTING
↑ = STANDING

90 — 90
80 — 80
70 — 70
60 — 60
50 — 50

BP - PULSE BELOW 50

| SITE/POSITION | | | | | | |
|---|---|---|---|---|---|---|
| RESPIRATIONS | | | | | | |
| O₂ sat. | | | | | | |
| AMOUNT OF O₂ | | | | | | |
| PAIN    0 -10 scale | | | | | | |
| NON-VERBAL BEHAVIOR | | | | | | |
| ht. m ___ wt. in ___ | | | | | | |
| Provider Initials | | | | | | |

* See code on back

42

127599 (9-05.

GONZALEZ, NELSON                          P
01348428
BOGALE, SAMI      199      12AUG68  M  38
BOGALE, SAMI      1992                 ICU
~49890940~                      15AUG06

## VITAL SIGNS AND PAIN RECORD

Page 2 of 2

| | 2 | 4 | 6 | 8 | 10 |
|---|---|---|---|---|---|
| Pain | Mild | Moderate | Severe | Very Severe | Excruciating |

### N-VERBAL Behaviors

Grimacing    M = Moaning
Agitated     N/A = Not Applicable
ent Specific:

### Patient Teaching Cues

- Keeping your pain under control is important to your well being. It will help you eat better, and move around.
- We can better manage your pain if you request relief before your pain level becomes severe.
- Staff will be asking, on a routine basis, about your pain.

### Wong - Baker FACES Pain Rating Scale

| 0 NO HURT | 2 HURTS LITTLE BIT | 4 HURTS LITTLE MORE | 6 HURTS EVEN MORE | 8 HURTS WHOLE LOT | 10 HURTS WORSE |
|---|---|---|---|---|---|

### FLACC (Face - Legs - Activity - Cry - Consolability)
### Infant, Pre-verbal, or Non-verbal Child Pain Assessment Tool Categories

| | SCORING | | |
|---|---|---|---|
| | **0** | **1** | **2** |
| Face | No particular expression or smile | Occasional grimace or frown, withdrawn, disinterested | Frequent to constant quivering chin, clenched jaw |
| Legs | Normal position or relaxed | Uneasy, restless, tense | Kicking or legs drawn up |
| Activity | Lying quietly, normal position, moves easily | Squirming, shifting back and forth, tense | Arched, rigid or jerking |
| Cry | No cry (awake or asleep) | Moans or whimpers; occasional complaint | Crying steadily, screams or sobs, frequent complaints |
| Consolability | Content, relaxed | Reassured by occasional touching, hugging or being talked to; distractible | Difficult to console or comfort |

Each of the five categories Face; Legs; Activity; Cry; Consolability is scored from 0-2, which results in a total score between zero and ten.

**43**

**Mills-Peninsula Health Services**

A Sutter Health Affiliate

GONZALEZ, NELSON                                    P
01348428
BOGALE, SAMI      1992    24AUG68  M  37
BOGALE, SAMI      1992              I    TCU
*49890940*                               15AUG06

## INTAKE AND OUTPUT RECORD NURSING

DATE _____ 8/18/06 _____

| 24 HOUR INTAKE | ORAL | | 24 HOUR OUTPUT | URINE | | DATES TO BE CHANGED |
|---|---|---|---|---|---|---|
| | TUBE | | | OTHER | | LIPID TUBING 8/20    TPN TUBING |
| | I.V. | | | | | I.V. SITE 8/20    I.V. TUBING 8/21 |
| | TOTAL | | | TOTAL | | CENTRAL LINE DRESSING |
| | | | | | | NEEDLE 8/20  # 20 LA |

**NIGHTS**

| TIME | AMOUNT | SOLUTION MEDICATIONS | RATE | NEEDLE SIZE | SITE | P | 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2300 | 900 | D5NS | 100 | 20 | LA | | | | | | | | | | 100 |
| 24 | | SL | | | | | | | | | | | | | |

| SIGNATURES | | ORAL INTAKE | 750 | 100 | 15 | | I.V. TOTAL 100 |
| | | TUBE FEEDING | | | | | 400 |
| | | | | | | | 8° TOTAL IN 550 |

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | | C | URINARY CATH OUT | | | | — |
| | | | | | | | B | CBI IN | | | | — |
| | | | | | | | I | URINE OUTPUT | | | | |
| | | | | | | | | URINE ■ CATH | 450 | 400 | | |
| | | | | | | | | BM | | | | |
| SNACK | | | | | | | | NG | | | | |
| | | | | | | | | 8° TOTAL OUT | | | 800 |

**DAYS**

| TIME | AMOUNT | SOLUTION MEDICATIONS | RATE | NEEDLE SIZE | SITE | P | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00 | | D5NS | | | | | | | | | | | | | |
| | | SL | | 20 | LA | | | | | | | | | | |

| SIGNATURES | Daniel E Whelan | ORAL INTAKE | 300 | | 240 | | I.V. TOTAL |
| | | TUBE FEEDING | | | | | 600 |
| | | | | | | | 8° TOTAL IN |

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | | C | URINARY CATH OUT | | | | |
| B | Reg | | | | ✓ | | B | CBI IN | | | | |
| | | | | | | | I | URINE OUTPUT | | | | |
| L | | | | | ✓ | | | URINE ■ CATH | BRP | | | BRP |
| | | | | | | | | BM | | | | |
| SNACK | | | | | | | | NG | | | | |
| | | | | | | | | 8° TOTAL OUT | | | BRP |

**EVENINGS**

| TIME | AMOUNT | SOLUTION MEDICATIONS | RATE | NEEDLE SIZE | SITE | P | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| SIGNATURES | | ORAL INTAKE | | | | | I.V. TOTAL |
| | | TUBE FEEDING | | | | | |
| | | | | | | | 8° TOTAL IN |

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | | C | URINARY CATH OUT | | | | |
| | | | | | | | B | CBI IN | | | | |
| | | | | | | | I | URINE OUTPUT | | | | |
| D | | | | | | | | URINE ■ CATH | | | | 44 |
| | | | | | | | | BM | | | | |
| SNACK | | | | | | | | NG | | | | |
| | | | | | | | | 8° TOTAL OUT | | | |

## CODES

### SITE CODES

| | | |
|---|---|---|
| RUA | = | Right Upper Arm |
| LUA | = | Left Upper Arm |
| LW | = | Left Wrist |
| RW | = | Right Wrist |
| RFA | = | Right Forearm |
| LFA | = | Left Forearm |
| RAF | = | Right Antecubital |
| LAF | = | Left Antecubital |
| RH | = | Right Hand |
| LH | = | Left Hand |
| CVP | = | Central Line |

### CHARTING CODES

✓   No significant findings

·   Significant findings continue unchanged

*   Significant findings (comments required below)

### GUAIAC CODES

+   = POSITIVE

—   = NEGATIVE

P = PUMP

CBI = Continuous Bladder Irrigation

## VOLUMES

| | | | |
|---|---|---|---|
| Hot paper cup (large) | 240cc | Sherbet | 90cc |
| Cold paper cup (small) | 210cc | Italian ice | 120cc |
| Clear plastic drinking glass | 240cc | Ice cream | 120cc |
| Coffee mug | 240cc | Pancake syrup | 45cc |
| Soup bowl | 180cc | Milk carton (standard size) | 240cc |
| Jello | 110cc | Milk carton (small) | 120cc |
| Sorbet | 90cc | Fruit juice containers | 120cc |
| Popsicle | 75cc | | |

## IV THERAPY POLICY

| | SITE CHANGE | DRESSING CHANGE | TUBING CHANGE | SOLUTION CHANGE |
|---|---|---|---|---|
| Peripheral I.V. HL & SL | 72 hours (Paramedic initiated I.V. sites are to be changed within 24 hours) | with site change | 72 hours | 24 hours |
| Piggyback I.V. | | | 96 hours backflush between meds | 24 hours |
| Central lines (excluding Port-a-cath and PA lines) | No routinely changed; recommend Arrow-Howes antiseptic-coated catheter | 96 hours | 96 hours | 24 hours |
| Port-a-cath | Every 7 days | with site change | 96 hours | 24 hours |
| PA & Art lines | 4-5 days recommended | 96 hours | 96 hours | 96 hours |
| TPN/PPN no lipids (0.2 micron filter) | | 72 hours | 72 hours with bag change | 24 hours |
| TPN/PPN containing lipids (1.2 micron filter) | | 96 hours | 24 hours | 24 hours |
| Lipids | | 96 hours | 24 hours with bag change | 12 hours** |
| Whole blood, packed cells | | | within 24 hours or after every second unit | |

NOTES: Change any dressing that's soiled, damp or loose!
Luer-lock all central line connections; label tubing/filter with discontinued date

**Lipids alone should be infused within 12 hours unless the patient cannot tolerate the emulsion within that time frame.

**45**



**Mills-Peninsula Health Services**

A Sutter Health Affiliate

GONZALEZ, NELSON    P
01348428
BOGALE, SAMI   1992  24AUG68  M  37
BOGALE, SAMI   1992        I   TCU
*49890940*         15AUG06

## INTAKE AND OUTPUT RECORD NURSING

DATE __2/1/06__

| 24 HOUR INTAKE | | | 24 HOUR OUTPUT | | | DATES TO BE CHANGED |
|---|---|---|---|---|---|---|
| ORAL | 1200 | | | URINE | 4650 | LIPID TUBING __8/5__  TPN TUBING _____ |
| TUBE | | | | OTHER | | I.V. SITE __8/5__  I.V. TUBING __8/21__ |
| I.V. | 2100 | | | | | CENTRAL LINE DRESSING _____ |
| TOTAL | 3600 | | | TOTAL | 4650 | NEEDLE __8/20 #20 LA__ |

### NIGHTS

| TIME | AMOUNT | SOLUTION MEDICATIONS | RATE | NEEDLE SIZE/SITE | P | 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 100 | D5 NS | 100 | | ✓ | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 800 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | I.V. TOTAL | 870 |

| SIGNATURES | | ORAL INTAKE | | | | | | | | | | |
| *Renata RN* | | TUBE FEEDING | | | | | | | | 8° TOTAL IN | |

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | C B I | URINARY CATH OUT | | | | | | |
| | | | | | | | CBI IN | | | | | | |
| Regular | | | | | | | URINE OUTPUT | | | | | | |
| | | | | | | | URINE ■ CATH | 800 | | | | | 800 |
| | | | | | | | BM | | | | | | |
| SNACK | | | | | | | NG | | | | | | |
| | | | | | | | | | | | 8° TOTAL OUT | |

### DAYS

| TIME | AMOUNT | SOLUTION MEDICATIONS | RATE | NEEDLE SIZE/SITE | P | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | D5NS | 100 | | ✓ | 100 | 100 | 100 | 100 | 100 | | | | 600 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | 600 |
| | | | | | | | | | | | | I.V. TOTAL | 360 |

| SIGNATURES | | ORAL INTAKE | 240 | 120 | | | | | | | | |
| *Declan RN* | | TUBE FEEDING | | | | | | | | 0° TOTAL IN | |

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | C B I | URINARY CATH OUT | | | | | | |
| | | | | | | | CBI IN | | | | | | |
| B | Regular | % | | ✓ | | | URINE OUTPUT | | | | | | |
| L | Regular | | | | | | URINE ■ CATH | 400 | 650 | 750 | | | 1800 |
| | | | | | | | BM | | | | | | |
| SNACK | | | | | | | NG | | | | 8° TOTAL OUT | 1800 |

### EVENINGS

| TIME | AMOUNT | SOLUTION MEDICATIONS | RATE | NEEDLE SIZE/SITE | P | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 600 | D5 NS | 100 | 20 LA | | 600 | | | | | | | | 600 |
| 2200 | 1000 | D5 NS | 100 | 20 LA | | | | 100 | | | | | | 100 |
| | | | | | | | | | | | | I.V. TOTAL | 700 |

| SIGNATURES | | ORAL INTAKE | 240 | 700 | | | | | | | | |
| | | TUBE FEEDING | | | | | | | | 8° TOTAL IN | 940 |

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | C B I | URINARY CATH OUT | | | | | | |
| | | | | | | | CBI IN | | | | | | |
| D | Regular | | | | ✓ | | URINE OUTPUT | | | | | | |
| | | | | | | | URINE ■ CATH | 600 | 500 | 800 | | | 1900 |
| | | | | | | | BM | | | | | | |
| SNACK | | | | | | | NG | | | | 6° TOTAL OUT | 1900 |

**46**

## CODES

| SITE CODES | CHARTING CODES | | |
|---|---|---|---|
| RUA = Right Upper Arm | ✓ No significant findings | P = PUMP |
| LUA = Left Upper Arm | ' Significant findings continue | CBI = Continuous Bladder |
| LW = Left Wrist | unchanged | Irrigation |
| RW = Right Wrist | * Significant findings | |
| RFA = Right Forearm | (comments required below) | |
| LFA = Left Forearm | | |
| RAF = Right Antecubital | | |
| LAF = Left Antecubital | **GUAIAC CODES** | |
| RH = Right Hand | | |
| LH = Left Hand | + = POSITIVE | |
| CVP = Central Line | — = NEGATIVE | |

## VOLUMES

| | | | |
|---|---|---|---|
| Hot paper cup (large) | 240cc | Sherbet | 90cc |
| Cold paper cup (small) | 210cc | Italian ice | 120cc |
| Clear plastic drinking glass | 240cc | Ice cream | 120cc |
| Coffee mug | 240cc | Pancake syrup | 45cc |
| Soup bowl | 160cc | Milk carton (standard size) | 240cc |
| Jello | 110cc | Milk carton (small) | 120cc |
| Sorbet | 90cc | Fruit juice containers | 120cc |
| Popsicle | 75cc | | |

## IV THERAPY POLICY

| | SITE CHANGE | DRESSING CHANGE | TUBING CHANGE | SOLUTION CHANGE |
|---|---|---|---|---|
| Peripheral I.V. HL & SL | 72 hours (Paramedic initiated I.V. sites are to be changed within 24 hours) | with site change | 72 hours | 24 hours |
| Piggyback I.V. | | | 96 hours backflush between meds | 24 hours |
| Central lines (excluding Port-a-cath and PA lines) | No routinely changed; recommend Arrow-Howes antiseptic-coated catheter | 96 hours | 96 hours | 24 hours |
| Port-a-cath | Every 7 days | with site change | 96 hours | 24 hours |
| PA & Art lines | 4-5 days recommended | 96 hours | 96 hours | 96 hours |
| TPN/PPN no lipids (0.2 micron filter) | | 72 hours | 72 hours with bag change | 24 hours |
| TPN/PPN containing lipids (1.2 micron filter) | | 96 hours | 24 hours | 24 hours |
| Lipids | | 96 hours | 24 hours with bag change | 12 hours** |
| Whole blood, packed cells | | | within 24 hours or after every second unit | |
| NOTES: Change any dressing that's soiled, damp or loose! Luer-lock all central line connections; label tubing/filter with discontinued date | | | | |

**Lipids alone should be infused within 12 hours unless the patient cannot tolerate the emulsion within that time frame.

**47**



**Mills-Peninsula Health Services**

A Sutter Health Affiliate

GONZALEZ, NEL _N
01348428
BOGALE, SAMI    1992    24AUG66    M    37
BOGALE, SAMI    1992        I    TCU
*49890940*        15AUG06

## INTAKE AND OUTPUT RECORD NURSING

DATE 8/16/06

| 24 HOUR INTAKE | ORAL 11 SV / TUBE ____ / I.V. 240V / TOTAL 3650 | 24 HOUR OUTPUT | URINE 2250 / OTHER ____ / TOTAL 2250 | DATES TO BE CHANGED |
|---|---|---|---|---|

LIPID TUBING _____    TPN TUBING _____
I.V. SITE 3/16/06    I.V. TUBING 8/15
CENTRAL LINE DRESSING _____
NEEDLE #18 LH

### NIGHTS

| TIME | AMOUNT | SOLUTION/MEDICATIONS | RATE | NEEDLE SIZE | SITE | P | 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 1000 | D5 NS | 100 | IV | LH | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 800 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

|  |  | I.V. TOTAL | 800 |
|---|---|---|---|

SIGNATURES *myansry*

ORAL INTAKE ____ | 240
TUBE FEEDING ____ | 8° TOTAL IN 1040

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | | | |
|---|---|---|---|---|---|---|---|---|
| Reg | | | | | | C URINARY CATH OUT | | — |
| | | | | | | B CBI IN | | |
| | | | | | | URINE OUTPUT | | |
| | | | | | | URINE ☐ CATH | 750 | |
| | | | | | | BM | | |
| | | | | | | NG | | |
| SNACK | | | | | | | 8° TOTAL OUT | 750 |

### DAYS

| TIME | AMOUNT | SOLUTION/MEDICATIONS | RATE | NEEDLE SIZE | SITE | P | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | D5 NS | | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 800 |

|  |  | I.V. TOTAL |  |
|---|---|---|---|

SIGNATURES

ORAL INTAKE 360 | 350 | 710
TUBE FEEDING | | 8° TOTAL IN 1650

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | | | |
|---|---|---|---|---|---|---|---|---|
| B Reg | | | | ✓ | | C URINARY CATH OUT | | |
| | | | | | | B CBI IN | | |
| L | | | | ✓ | | URINE OUTPUT | | 800 |
| | | | | | | URINE ☐ CATH | | |
| | | | | | | BM | | |
| | | | | | | NG | | |
| SNACK | | | | | | | 8° TOTAL OUT | 800 |

### EVENINGS

| TIME | AMOUNT | SOLUTION/MEDICATIONS | RATE | NEEDLE SIZE | SITE | P | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | D5 NS | | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 800 |

|  |  | I.V. TOTAL |  |
|---|---|---|---|

SIGNATURES

ORAL INTAKE 200 | | 200
TUBE FEEDING | | 8° TOTAL IN

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | C URINARY CATH OUT | 700 | — |
| | | | | | | B CBI IN | | |
| D Reg | | | | | | URINE OUTPUT | | |
| | | | | | | URINE ☐ CATH | 48 | 700 |
| | | | | | | BM | | |
| | | | | | | NG | | |
| SNACK | | | | | | | 8° TOTAL OUT | |

## CODES

| SITE CODES | CHARTING CODES | | |
|---|---|---|---|
| RUA = Right Upper Arm | ✓ No significant findings | P | = PUMP |
| LUA = Left Upper Arm | • Significant findings continue | CBI | = Continuous Bladder Irrigation |
| LW = Left Wrist | unchanged | | |
| RW = Right Wrist | * Significant findings | | |
| RFA = Right Forearm | (comments required below) | | |
| LFA = Left Forearm | | | |
| RAF = Right Antecubital | | | |
| LAF = Left Antecubital | **GUAIAC CODES** | | |
| RH = Right Hand | + = POSITIVE | | |
| LH = Left Hand | — = NEGATIVE | | |
| CVP = Central Line | | | |

## VOLUMES

| | | | |
|---|---|---|---|
| Hot paper cup (large) | 240cc | Sherbet | 90cc |
| Cold paper cup (small) | 210cc | Italian ice | 120cc |
| Clear plastic drinking glass | 240cc | Ice cream | 120cc |
| Coffee mug | 240cc | Pancake syrup | 45cc |
| Soup bowl | 180cc | Milk carton (standard size) | 240cc |
| Jello | 110cc | Milk carton (small) | 120cc |
| Sorbet | 90cc | Fruit juice containers | 120cc |
| Popsicle | 75cc | | |

## IV THERAPY POLICY

| | SITE CHANGE | DRESSING CHANGE | TUBING CHANGE | SOLUTION CHANGE |
|---|---|---|---|---|
| Peripheral I.V. HL & SL | 72 hours (Paramedic initiated I.V. sites are to be changed within 24 hours) | with site change | 72 hours | 24 hours |
| Piggyback I.V. | | | 96 hours backflush between meds | 24 hours |
| Central lines (excluding Port-a-cath and PA lines) | No routinely changed: recommend Arrow-Howes antiseptic-coated catheter | 96 hours | 96 hours | 24 hours |
| Port-a-cath | Every 7 days | with site change | 96 hours | 24 hours |
| PA & Art lines | 4-5 days recommended | 96 hours | 96 hours | 96 hours |
| TPN/PPN no lipids (0.2 micron filter) | | 72 hours | 72 hours with bag change | 24 hours |
| TPN/PPN containing lipids (1.2 micron filter) | | 96 hours | 24 hours | 24 hours |
| Lipids | | 96 hours | 24 hours with bag change | 12 hours** |
| Whole blood, packed cells | | | within 24 hours or after every second unit | |

NOTES: Change any dressing that's soiled, damp or loose!
Luer-lock all central line connections; label tubing/filter with discontinued date

**Lipids alone should be infused within 12 hours unless the patient cannot tolerate the emulsion within that time frame.*

**49**



**Mills-Peninsula Health Services**

A Sutter Health Affiliate

GONZALEZ, NELSON    P
01348428    199    12AUG68  M  38
BOGALE, SAMI    1992    ICU
BOGALE, SAMI    *49890940*    15AUG06

## INTAKE AND OUTPUT RECORD NURSING

DATE __8/15/06__

| 24 HOUR INTAKE | | 24 HOUR OUTPUT | | DATES TO BE CHANGED |
|---|---|---|---|---|
| ORAL | | URINE | | LIPID TUBING |
| TUBE | | OTHER | | I.V. SITE 8/16 ... |
| I.V. | 4050 | | | TPN TUBING |
| TOTAL | | TOTAL | 1550 | I.V. TUBING 8/18 |
| | | | | CENTRAL LINE DRESSING |
| | | | | NEEDLE 8/18 |

**NIGHTS**

| TIME | AMOUNT | SOLUTION/MEDICATIONS | RATE | NEEDLE SIZE | SITE | P | 2400 | 0100 | 0200 | 0300 | 0400 | 0500 | 0600 | 0700 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | I.V. TOTAL | 1400 |

SIGNATURES

| | ORAL INTAKE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TUBE FEEDING | | | | | | | | 8° TOTAL IN | 1400 |

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | C URINARY CATH OUT | | | | | | | | | — |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPO. | | | | | | B    CBI IN | | | | | | | | | |
| | | | | | | I URINE OUTPUT | | | | | | | | | |
| | | | | | | URINE ■ CATH | | | | | | | | | |
| | | | | | | BM | | | | | | | | | |
| | | | | | | NG | | | | | | | | | |
| SNACK | | | | | | | | | | | | | 8° TOTAL OUT | | |

**DAYS**

| TIME | AMOUNT | SOLUTION/MEDICATIONS | RATE | NEEDLE SIZE | SITE | P | 0800 | 0900 | 1000 | 1100 | 1200 | 1300 | 1400 | 1500 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 800 | D5NS | 100 | 18 | LA | ✓ | | | | | | | | | 800 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | I.V. TOTAL | |

SIGNATURES SRuscoin R

| | ORAL INTAKE | | | | | | | | | 960 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TUBE FEEDING | | | | | | | | 8° TOTAL IN | 1760 |

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | C URINARY CATH OUT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B Reg | | | | | ✓ | B    CBI IN | | | | | | | | | |
| L Reg | | | | | ✓ | I URINE OUTPUT | | | | | | | | | |
| | | | | | | URINE ■ CATH | | | | | old Foley | | | | | 250 |
| | | | | | | BM | | | | | | | | | |
| SNACK | | | | | | NG | | | | | | | | 8° TOTAL OUT | 250 |

**EVENINGS**

| TIME | AMOUNT | SOLUTION/MEDICATIONS | RATE | NEEDLE SIZE | SITE | P | 1600 | 1700 | 1800 | 1900 | 2000 | 2100 | 2200 | 2300 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | | D5NS | 100 | 18 | LA | ✓ | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 800 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | I.V. TOTAL | |

SIGNATURES aflejante Rn

| | ORAL INTAKE | | | | | | | | 120 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| | TUBE FEEDING | | | | | | | | 8° TOTAL IN | 920 |

| DIET/TUBE FEEDING | None | 1/4 | 1/2 | 3/4 | ALL | C URINARY CATH OUT | | | | | | | | | — |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | B    CBI IN | | | | | | | | | |
| | | | | | | I URINE OUTPUT | | | | | | | | | |
| D Reg | | | | | | URINE ■ CATH | | | | | 750 | | | | 750 |
| | | | | | | BM | | | | | | | | | 50 |
| SNACK | | | | | | NG | | | | | | | | 8° TOTAL OUT | 750 |

See Reverse for Codes, Volume Amounts and I.V. Therapy Policy    127221 (5/03)

## CODES

| SITE CODES | CHARTING CODES | |
|---|---|---|
| RUA = Right Upper Arm | ✓ No significant findings | P = PUMP |
| LUA = Left Upper Arm | • Significant findings continue unchanged | CBI = Continuous Bladder Irrigation |
| LW = Left Wrist | | |
| RW = Right Wrist | * Significant findings (comments required below) | |
| RFA = Right Forearm | | |
| LFA = Left Forearm | | |
| RAF = Right Antecubital | **GUAIAC CODES** | |
| LAF = Left Antecubital | | |
| RH = Right Hand | + = POSITIVE | |
| LH = Left Hand | — = NEGATIVE | |
| CVP = Central Line | | |

## VOLUMES

| | | | |
|---|---|---|---|
| Hot paper cup (large) | 240cc | Sherbet | 90cc |
| Cold paper cup (small) | 210cc | Italian ice | 120cc |
| Clear plastic drinking glass | 240cc | Ice cream | 120cc |
| Coffee mug | 240cc | Pancake syrup | 45cc |
| Soup bowl | 180cc | Milk carton (standard size) | 240cc |
| Jello | 110cc | Milk carton (small) | 120cc |
| Sorbet | 90cc | Fruit juice containers | 120cc |
| Popsicle | 75cc | | |

## IV THERAPY POLICY

| | SITE CHANGE | DRESSING CHANGE | TUBING CHANGE | SOLUTION CHANGE |
|---|---|---|---|---|
| Peripheral I.V. HL & SL | 72 hours (Paramedic initiated I.V. sites are to be changed within 24 hours) | with site change | 72 hours | 24 hours |
| Piggyback I.V. | | | 96 hours backflush between meds | 24 hours |
| Central lines (excluding Port-a-cath and PA lines) | No routinely changed; recommend Arrow-Howes antiseptic-coated catheter | 96 hours | 96 hours | 24 hours |
| Port-a-cath | Every 7 days | with site change | 96 hours | 24 hours |
| PA & Art lines | 4-5 days recommended | 96 hours | 96 hours | 96 hours |
| TPN/PPN no lipids (0.2 micron filter) | | 72 hours | 72 hours with bag change | 24 hours |
| TPN/PPN containing lipids (1.2 micron filter) | | 96 hours | 24 hours | 24 hours |
| Lipids | | 96 hours | 24 hours with bag change | 12 hours** |
| Whole blood, packed cells | | | within 24 hours or after every second unit | |

NOTES: Change any dressing that's soiled, damp or loose!
Luer-lock all central line connections; label tubing/filter with discontinued date

**Lipids alone should be infused within 12 hours unless the patient cannot tolerate the emulsion within that time frame.

**51**

**Mills-Peninsula**
**Health Services**
A Sutter Health Affiliate

GONZALEZ, NELSON                P
01348428
MISC DOCTOR CODE, VA99    12AUG68    M    38
                                     E    ERS
*49890940*                    14AUG06

## BEHAVIORAL SECLUSION/RESTRAINT CHECKLIST

Seclusion/restraint initiated:    Date _8/1/06_    Time _2310_

Reason _Combative_

Behavior required for release _No combative_

Nursing unit _ED_    Legal status _____    ☐ Denial of Rights form completed

Document patient education/teaching on multidisciplinary patient education form

| TIME/INITIAL | Behavioral observation q 15 min. | Circulation checked q 1 h | Toileting q 1 h | Range of motion q 2 h | Offer fluids/ food q 1 h | T | P | Resp. | BP |
|---|---|---|---|---|---|---|---|---|---|
| _00 RE | ✓ 1, 2, 6, 26 | ✓ | | ✓ | ✓ | | 96 | 16 | 122/80 |
| 00 15 RE | ✓ 3, 6, 23✓ | | ✓ | ✓ | ✓ | | 85 | 20 | 129/71 |
| 00 30 RE | ✓ 1, 2, 6, 23 | | ✓ | ✓ | ✓ | | 85 | 16 | 122/77 |
| 00 45 RE | ✓ 1, 2, 6, 23✓ | | ✓ | ✓ | ✓ | | | | |

**Document reason for continued restraints and R.N. reassessment per parameters.    Time released:**

STAFF SIGNATURE _RG Elvenak RN_

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01 00 RE | 3, 6, 23 | ✓ | ✓ | | | | | | |
| 01 15 RE | 3, 6, 23 | ✓ | ✓ | | | | | | |
| 01 30 RE | 3, 6, 23 | ✓ | ✓ | | | | | | |
| 01 45 RE | 1, 6, 23 | ✓ | ✓ | | | | | | |

**Document reason for continued restraints and R.N. reassessment per parameters.    Time released:**

STAFF SIGNATURE _RG Elvenak RN_

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02 00 RE | 1, 2, 6, 23 | | | | | | | | |
| 02 15 RE | 3, 6, 23 | | | | | | | | |
| 02 30 RE | 1, 6, 23 | | | | | | | | |
| 45 | | | | | | | | | |

**Document reason for continued restraints and R.N. reassessment per parameters.    Time released:**

STAFF SIGNATURE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03 00 | Leather restraints ✗ | | | | | | | | |
| 15 | was moved to ICU | | | | | | | | |
| 30 | | | | | | | | | |
| 45 | | | | | | | | | |

**Document reason for continued restraints and R.N. reassessment per parameters.    Time released:**

STAFF SIGNATURE

**Legend: Behavioral observations (select all that apply)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | Agitated | 6. | Confused | 11. Medication offered | 16. Threatening behavior | 21. 2 point restraints  26. Other (explain): |
| 2. | Awake | 7. | Disrobed | 12. Patient requested seclusion | 17. Verbalized desire to harm others | 22. 3 point restraints |
| 3. | Calm | 8. | Hitting head on bed | 13. Responding to internal stimuli | 18. Verbalized desire to harm self | 23. 4 point restraints |
| 4. | Crying | 9. | Incontinent | 14. Sleeping | 19. Withdrawal symptoms | 24. 5 point restraints |
| 5. | Combative | 10. | Seclusion only | 15. Speech rapid/pressured | 20. Yelling | 25. Staff debriefing completed |

**52**

## Mills-Peninsula Health Services

| DATE | TIME |
|------|------|
| 8/16/8 | 10:30 |

☐ **STAT**
(Check box to left)

GONZALEZ, NELSON
0134842B
BOGALE, SAMI
BOGALE, SAMI
*49890940*
1992
1992
24AUG68    M    37
TCU
15AUG06
P

☒ Intake Assessment for Mental Health Programs

V.O. Daniel F. Becker, MD

8/22/06

☐ Intake Assessment for Chemical Dependency Programs

V.O. William Glatt, MD

_____ MD ID #_____ Date _____ Time _____

Verbal Orders require physician signature, date, and time      Verbal Orders require read back to physician

Lawson # 127824

---

## Mills-Peninsula Health Services

**DOCTOR'S ORDERS**
CLINICAL INFORMATION MUST ACCOMPANY ALL
REQUESTS FOR DIAGNOSTIC WORK

| DATE | TIME |
|------|------|
|      |      |

☐ **STAT**
(Check box to left)

☐ Intake Assessment for Mental Health Programs

V.O. _____ M.D. _____

☐ Intake Assessment for Chemical Dependency Programs

V.O. _____ M.D. _____

_____ MD ID #_____ Date _____ Time _____

Verbal Orders require physician signature, date, and time      Verbal Orders require read back to physician

Lawson # 127824

GENERIC EQUIVALENT WILL BE DISPENSED UNLESS OTHERWISE SPECIFIED.
YELLOW-Medical Records      WHITE-Pharmacy      PINK-Nursing

MILLS-PENINSULA          MR #: 01346428    RM/BED: 2522-P
HEALTH SERVICES          NAME: GONZALEZ, Nelson              AGE:38
                    ADM DATE: 08/15/06
     Peninsula Hospital   REPORT: HISTORY & PHYSICAL
                         MD: BOGALE, SAMI

cc:
DANIEL GLATT

PRIMARY CARE PROVIDER:  Dr. Daniel Glatt.

CHIEF COMPLAINT:  Agitation and combative behavior.

HISTORY OF PRESENT ILLNESS:  This is a 38-year-old gentleman who has no known
past medical history.  He was checked into a local hotel and when checkout time
came the patient was asked to leave but he closed the door and refused to come
out.  The PD was notified and the patient, despite repeated requests, declined
to come out.  Finally, the patient was saying that he had a gun and dynamite
and tried to ward off the PD.  Finally, the PD, after opening the door using a
master key, forced entry into his room.  The patient was very agitated and
combative and required 5 officers to restrain him.  In the process pepper spray
was used; however, the patient was not tazed.  Otherwise he had some scratches.
The patient was placed under restraints and he was arrested on site and
transported here to the emergency room.  Upon arrival here he was agitated and
very combative, required 4-point leathers restraints and was also given Ativan,
Cogentin, Haldol and Valium.  Currently he is calming down.

PAST MEDICAL/SURGICAL HISTORY:  Not known.

CURRENT MEDICATIONS:  Not known.

ALLERGIES:  Not known.

SOCIAL HISTORY:  Not known.

FAMILY HISTORY:  Not known.

REVIEW OF SYSTEMS:  I was not able to talk to him because the patient was very
combative and uncooperative.

PHYSICAL EXAMINATION:
GENERAL:  When I saw him the patient he was lying down and is currently
sedated.  Not combative anymore.
VITAL SIGNS:  Temperature 36.5, pulse 111, respirations 14, blood pressure
137/91.  He was saturating 95% on room air.
HEENT:  Pupils are mildly dilated, but reactive.
NECK:  Supple.
CHEST:  Clear.
CARDIOVASCULAR:  Normal.
ABDOMEN:  Soft, nontender, active bowel sounds.
EXTREMITY:  No edema.
CNS:  He is currently sedated.

SIGNIFICANT WORKUP:  Include white count of 16.7, with a differential polys 69
and bands 24.  His hemoglobin 15.3.  Chem-7 is all within the range of normal.
Blood alcohol level is negative.

ASSESSMENT AND PLAN:
1.  Agitation and combative behavior, probably secondary to drug intoxication.

127781 2/01