```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
                            - - -

NELSON GONZALEZ,              )
                              )
                              )
              Plaintiff,      )
                              )
                              )
        vs.                   ) Case No. C 07-04720 CRB
                              )
                              )
MICHAEL NOVOSEL, et al.       )
                              )
              Defendants.     )
                              )
_____ )
```

VIDEOTAPED DEPOSITION OF

NELSON GONZALEZ

REDWOOD CITY, CALIFORNIA

TUESDAY, AUGUST 12, 2008

(Vol. 1)

Atkinson-Baker, Inc.
Court Reporters
(800)28-3376
www.depo.com
REPORTED BY: MARGARET "MARGO" GURULE, CSR No. 12976
FILE NO.: A205153

**EXHIBIT C**

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN FRANCISCO DIVISION
 4                              - - -
 5   NELSON GONZALEZ,                )
                                     )
 6             Plaintiff,            )
                                     )
 7        vs.                        ) Case No. C 07-04720 CRB
                                     )
 8   MICHAEL NOVOSEL, et al.         )
                                     )
 9             Defendants.           )
                                     )
10   _____  )
11
```

Deposition of NELSON GONZALEZ taken on behalf of the Defendants at the Law Library of San Mateo County, located at 710 Hamilton Street, Conference Room, Redwood City, CA 94063, commencing at 1:40 p.m., Tuesday, August 12, 2008, before MARGARET "MARGO" GURULE, CSR No. 12976.

```
 1                    A P P E A R A N C E S
 2  FOR PLAINTIFF:
 3       SCOTT LAW FIRM
         1375 Sutter Street - Suite 222
 4       San Francisco, California 94109
         (415)561-9600
 5       BY:  JOHN HOUSTON SCOTT, ESQ.
 6  -and-
 7       RANDOLPH E. DAAR, ESQ.
         Attorney at Law
 8       506 Broadway
         San Francisco, California 94133
 9       (415)986-5591
10
    FOR DEFENDANT NOVOSEL:
11
         MEYERS, NAVE, RIBACK, SILVER & WILSON
12       555 12th Street - Suite 1500
         Oakland, California 94607
13       (510)808-2000
         BY:  TRISH HYNES, ESQ.
14
15  FOR ALL OTHER DEFENDANTS:
16       State of California - Department of Justice
         Attorney General's Office
17       455 Golden Gate Avenue - Suite 11000
         San Francisco, California 94102
18       (415)703-5522
         BY:  JOHN DEVINE, ESQ.
19            TOM BLAKE, ESQ.
20  Also Present:
21       DON SPARK, Videographer
22
23
24
25
                                                              3
```

14:01:17  1     A.   Before I checked into the hotel?  I don't recall, to
14:01:22  2  be honest with you.
14:01:24  3     Q.   Do you remember why you went to the hotel?
14:01:29  4     A.   To get -- I think it was just to get away from my
14:01:33  5  family for a little bit, to have a little bit of privacy.
14:01:38  6     Q.   Did you do that often?
14:01:39  7     A.   Once in a while, yeah, I did.
14:01:41  8     Q.   Did you always stay at La Quinta when you did that?
14:01:49  9     A.   No, I stayed at different hotels.
14:01:50 10     Q.   Was this the first time you had stayed in a South
14:01:51 11  City hotel?
14:01:51 12     A.   This was the first time I think I ever stayed at a
14:01:53 13  South City hotel.
14:01:54 14     Q.   What other hotels would you usually go to?
14:01:57 15     A.   Ones in Redwood City, San Carlos -- Redwood City, San
14:02:04 16  Carlos are the only ones I ever think I stayed.
14:02:07 17     Q.   Would you tell anybody that you lived with that you
14:02:09 18  were going to be going and doing this, going away for a couple
14:02:13 19  of days and staying in a hotel?
14:02:16 20     A.   I didn't say specifically I was going to be staying
14:02:18 21  at a hotel.  I just told my mom that I was going to be going
14:02:23 22  away for a few days, staying at a friend's house.
14:02:26 23     Q.   Do you remember how you got to the La Quinta Inn that
14:02:29 24  day?
14:02:29 25     A.   I drove my car.

```
14:02:31  1        Q.   What kind of car do you have?
14:02:32  2        A.   A '92 Honda Civic.  I think it's a '92.  I'm not sure
14:02:36  3   of the year right now.
14:02:38  4        Q.   Do you still have the car?
14:02:40  5        A.   I do not have the car.
14:02:41  6        Q.   What happened to it?
14:02:42  7        A.   I believe the police have it in impound.
14:02:50  8        Q.   Do you recall approximately when during the day that
14:02:53  9   it was you checked into La Quinta?
14:03:00 10        A.   I believe it was sometime in the evening, sometime in
14:03:04 11   the evening.
14:03:06 12        Q.   Why do you believe that?
14:03:09 13        A.   Just because of the time of -- that I can kind of
14:03:15 14   remember checking in.  I don't think it was early in the
14:03:18 15   morning.  I think it was like somewhere late in the evening.
14:03:22 16        Q.   Do you remember who you spoke to?
14:03:27 17        A.   I don't remember the person's name, but I think an
14:03:29 18   Oriental person -- or Asian person.  I'm sorry.
14:03:36 19        Q.   Male or female?
14:03:37 20        A.   Male, I believe.
14:03:39 21        Q.   Do you remember anything that you and he discussed?
14:03:44 22        A.   No, just paid for the room.  I -- that was about it.
14:03:49 23   I don't think we discussed anything else.
14:03:51 24        Q.   Did you have to register your car?
14:03:55 25        A.   I don't remember.
```

| Time | Line | |
|---|---|---|
| 14:03:58 | 1 | Q. Do you remember what room you were assigned? |
| 14:04:01 | 2 | A. No, I do not. |
| 14:04:03 | 3 | Q. Did you make any calls when you got into your room? |
| 14:04:06 | 4 | A. I do not recall if I did or if I didn't. |
| 14:04:09 | 5 | Q. Do you remember if you had to take stairs or an |
| 14:04:12 | 6 | elevator to get to your room? |
| 14:04:15 | 7 | A. I believe I was on a -- on a second or third floor, |
| 14:04:20 | 8 | so I might have took the elevator, yes. |
| 14:04:23 | 9 | Q. Do you remember what you had with you? |
| 14:04:25 | 10 | A. What I had with me? A suitcase, but I can't recall |
| 14:04:30 | 11 | all the items in it. |
| 14:04:32 | 12 | Q. Did you just have one bag with you? |
| 14:04:35 | 13 | A. I believe it was only one. |
| 14:04:39 | 14 | Q. Do you remember refusing to leave the next day, |
| 14:04:41 | 15 | August 14th? |
| 14:04:45 | 16 | A. I don't recall it right now, but I do remember |
| 14:04:48 | 17 | reading about it in one of the reports. |
| 14:04:53 | 18 | Q. Was this a police report? |
| 14:04:55 | 19 | A. I believe it was. |
| 14:04:58 | 20 | Q. Do you remember the desk clerk calling you and asking |
| 14:05:01 | 21 | you to either check out or pay for another day? |
| 14:05:05 | 22 | A. I don't remember that, but I remember reading about |
| 14:05:08 | 23 | it. |
| 14:05:08 | 24 | Q. Do you remember police officers knocking on your |
| 14:05:11 | 25 | hotel room door to ask if you could leave? |

23

| | | |
|---|---|---|
| 14:05:14 | 1 | A. I didn't remember at the time that it happened. But |
| 14:05:18 | 2 | after reading about it and discussing it with my attorney, I |
| 14:05:26 | 3 | kind of get flashbacks of instances of -- of those instances of |
| 14:05:31 | 4 | that night. |
| 14:05:35 | 5 | Q. What things do you have flashbacks about, of the |
| 14:05:37 | 6 | things we've discussed so far? |
| 14:05:39 | 7 | A. Of the things we've discussed so far? The only thing |
| 14:05:45 | 8 | right now is of -- of the officer. That's about the only thing |
| 14:05:51 | 9 | that I have a flashback of. I mean, other than that -- |
| 14:05:57 | 10 | Q. And in this flashback, what is the officer doing? |
| 14:06:00 | 11 | A. The officer is coming at me with an object -- I'm not |
| 14:06:08 | 12 | sure if it was a flashlight or a baton -- and striking me |
| 14:06:12 | 13 | several times with it. |
| 14:06:16 | 14 | Q. Just one officer? |
| 14:06:19 | 15 | A. One officer that I see in the flashback, yes. |
| 14:06:22 | 16 | Q. What does he look like? |
| 14:06:24 | 17 | A. I don't remember. I can't see his face. It's dark |
| 14:06:26 | 18 | when he's approaching me. |
| 14:06:30 | 19 | Q. Hair color? |
| 14:06:30 | 20 | A. No. I can't see -- |
| 14:06:31 | 21 | Q. Height? |
| 14:06:32 | 22 | A. No. |
| 14:06:35 | 23 | Q. Is there anything about his build? Is he stocky or |
| 14:06:39 | 24 | skinny? |
| 14:06:41 | 25 | A. I would say probably wide, so maybe -- I guess that |

24

```
14:06:46  1  would be stocky.
14:06:52  2       Q.   Do you remember telling officers that you had a gun
14:06:54  3  with you that that day?
14:06:56  4       A.   I don't remember telling them, but I did read about
14:06:59  5  it.
14:06:59  6       Q.   Do you own a gun?
14:07:01  7       A.   No, I do not.
14:07:02  8       Q.   Do you own a rifle?
14:07:04  9       A.   No, I do not.
14:07:06 10       Q.   Do you remember the officers telling you that they
14:07:10 11  were going to have to come into your hotel room?
14:07:13 12       A.   I do not remember them telling me that.
14:07:16 13       Q.   Do you remember telling the officers that they would
14:07:19 14  need good luck if they came into your hotel room?
14:07:22 15       A.   I do not remember saying that.
14:07:24 16       Q.   Do you remember reading about that?
14:07:25 17       A.   Reading about it?  Yes, I do.
14:07:28 18       Q.   And none of this stuff that we have discussed so far
14:07:35 19  except for the vision of the officer coming at you has sparked
14:07:36 20  any recollection or refreshed your memory in any way?
14:07:38 21       A.   No.
14:07:40 22       Q.   Do you remember forcing your body against the hotel
14:07:43 23  door when the officers tried to open it?
14:07:46 24       A.   No, I do not.
14:07:48 25       Q.   Do you remember telling the officers that you had
```

```
14:07:50  1  enough dynamite in your room to blow up the whole building?
14:07:56  2       A.   No, I do not.
14:07:57  3       Q.   Do you remember trying to fight the officers off once
14:08:00  4  they came in?
14:08:01  5       A.   No, I do not.
14:08:02  6       Q.   Do you remember trying to drag an officer to the
14:08:04  7  ground?
14:08:05  8       A.   No, I do not.
14:08:06  9       Q.   Do you remember any officer saying, "Stop resisting"?
14:08:09 10       A.   No, I do not.
14:08:11 11       Q.   Do you remember how many officers were there?
14:08:12 12       A.   No, I do not.
14:08:13 13       Q.   Okay.  That's fine.  You're doing fine.  If you need
14:08:16 14  a break, let me know.
14:08:19 15       A.   That's all right.
14:08:20 16       Q.   Do you remember any officer telling you or asking you
14:08:23 17  to put your hands behind your back?
14:08:26 18       A.   No, I do not.
14:08:27 19       Q.   Did you stop resisting?
14:08:29 20       A.   I don't remember.
14:08:31 21       Q.   Do you remember if you put your hands behind your
14:08:34 22  back?
14:08:35 23       A.   I don't remember.
14:08:35 24       Q.   Okay.  Do you remember if the officers sprayed
14:08:39 25  anything in your face?
```

26

```
14:08:39  1        A.   I cannot remember.
14:08:43  2        Q.   Do you remember saying, "God loves you, Nelson"?
14:08:46  3        A.   I do not remember.
14:08:48  4        Q.   Do you remember saying, "God forgives you, Nelson"?
14:08:51  5        A.   I do not remember.
14:08:54  6        Q.   Do you recall if you were put in any sort of a body
14:08:57  7   wrap?
14:08:57  8        A.   I do not recall.
14:09:00  9        Q.   Do you remember having marijuana with you at the
14:09:02 10   hotel?
14:09:03 11        A.   I do not remember.
14:09:04 12        Q.   Do you remember having cocaine at the hotel?
14:09:06 13        A.   I do not remember.
14:09:11 14        Q.   Do you remember having someone named Candice Zaheri's
14:09:12 15   mail with you at the hotel?
14:09:17 16        A.   I do not remember.
14:09:19 17        Q.   Do you own something called a "Dream Journal"?
14:09:22 18        A.   I -- I don't recall if I do.
14:09:28 19             MS. HYNES:  Okay.  I'm just going to have something
14:09:30 20   marked and we're going to take a look at some exhibits here?
14:09:35 21             THE WITNESS:  Sure.
14:09:35 22                               (Exhibit 1 marked.)
14:09:35 23   BY MS. HYNES:
14:09:35 24        Q.   This is a huge packet, but we're only looking at part
14:10:16 25   of the stuff that's in here.  Here you go.  Mr. Nelson, I'm
```

27

```
14:12:55  1        A.   Okay.
14:12:56  2        Q.   Are these photos in this big packet?  They are, huh?
14:13:26  3             Okay.  If you could -- I'm sorry -- go back to
14:13:28  4   Exhibit 1, I'm going to ask you to take a look at the photos of
14:13:32  5   the La Quinta hotel room.  And I don't know if I marked them.
14:13:37  6   I apologize.
14:13:48  7             Do you recognize anything in this photograph,
14:13:51  8   Mr. Gonzalez?
14:13:56  9        A.   My suitcase, and it looks like my red bag.
14:14:05 10        Q.   Was the red bag inside of your suitcase that night or
14:14:09 11   was it separate?
14:14:10 12        A.   I don't remember.
14:14:10 13        Q.   All right.  So you recognize the suitcase and the red
14:14:13 14   bag?
14:14:14 15        A.   Yes.
14:14:14 16        Q.   Okay.  If you could go six pages in?
14:14:26 17        A.   Uh-huh.
14:14:38 18        Q.   Do you recognize anything that's depicted in this
14:14:41 19   photo?
14:14:51 20        A.   I recognize the pipe, I guess.  That's the only thing
14:15:10 21   I do -- oh, I recognize this book right here, this prayer book.
14:15:12 22        Q.   Okay.  And is that entitled, "Words for Every Day
14:15:16 23   Comfort."  Is that that book?
14:15:19 24        A.   I think that's what it is, yeah.
14:15:21 25        Q.   And when you said you recognize the pipe, that's just
```

30

```
14:15:24  1   so, you know, we can read this later on and we can figure out
14:15:27  2   what we're talking about, that would be in the lower,
14:15:30  3   right-hand portion --
14:15:32  4        A.   Lower right-hand corner.
14:15:34  5        Q.   -- corner?  Yeah.
14:15:35  6        A.   Yeah.
14:15:36  7        Q.   And it looks like it's about an inch below the basket
14:15:40  8   that's depicted there?
14:15:41  9        A.   Yes.
14:15:41 10        Q.   So you recognize the book and the pipe?
14:15:41 11        A.   Yeah, I recognize those things.
14:15:43 12        Q.   Do you see this to the sort of the right of the pipe,
14:15:45 13   nit looks like a bunch of matches.  Is that what that is?
14:15:49 14        A.   That's what it appears to be, yeah, matches.
14:15:51 15        Q.   Okay.  Do you remember, did you have that many books
14:15:54 16   of matches with you?
14:15:56 17        A.   I don't remember.
14:15:56 18        Q.   Okay.  If you could flip two pages, and this just
14:16:11 19   looks like it's a closeup and it's the book that you referenced
14:16:15 20   before, "Words of Comfort for Every Day."  So that that is
14:16:19 21   book; is that right?
14:16:20 22        A.   Yes, it is.
14:16:20 23        Q.   Okay.  And in this closeup picture, is there anything
14:16:23 24   else that you recognize or remember?
14:16:27 25        A.   That's about it.  That's the only thing I remember or
```

```
14:16:31  1   recognize in there.
14:16:32  2       Q.   Okay.  If you could flip to the next page, is there
14:16:37  3   anything here that you remember having or that you recognize?
14:16:46  4       A.   I recognize the flashlight, the dildo and Aveeno
14:16:55  5   cream.
14:16:57  6       Q.   You recognize these things as yours?
14:16:59  7       A.   As mine.  Right now I recall them.  Yeah, these are
14:17:04  8   my objects, yeah.  I have seen them before.
14:17:07  9       Q.   And how about that accordion-looking thing to the
14:17:10 10   right of the Aveeno bottle; do you recognize that?
14:17:15 11       A.   No, I don't not.
14:17:17 12       Q.   Okay.  Is there anything else in this photo that you
14:17:20 13   recognize?
14:17:21 14       A.   The bag, just the suitcase, the case itself.
14:17:24 15       Q.   How about looks like there is a CD down here towards
14:17:29 16   the right?
14:17:30 17       A.   I don't remember that CD.
14:17:31 18       Q.   Okay.  And if you could flip the page.  Do you
14:17:34 19   recognize, apart from the "Words of Comfort for Every Day,"
14:17:38 20   which we have identified, do you recognize anything else in
14:17:42 21   this picture?
14:17:43 22       A.   The pipe again.  That looks like the pipe.  And the
14:17:50 23   that's the only thing I recognize.  And then I see this same
14:17:54 24   book cover from the previous one.
14:17:58 25       Q.   That's the Dream Journal?
```

```
 1              REPORTER'S CERTIFICATION OF CERTIFIED COPY
 2
 3
 4        I, MARGARET "MARGO" GURULE, CSR No. 12976, a
 5   Certified Shorthand Reporter in the State of California,
 6   certify that the foregoing pages ___1___ through __74__,
 7   constitute a true and correct copy of the original deposition
 8   of NELSON GONZALEZ (Volume 1), taken on August 12, 2008.  I
 9   declare under penalty of perjury under the laws of the State of
10   California that the foregoing is true and correct.
11        Dated this __21st__ day of __August__, 2008.
12
13
14
15   _____
          MARGARET "MARGO" GURULE, CSR NO. 12976
16
17
18
19
20
21
22
23
24
25
```