# SCOTT LAW FIRM

1375 Sutter Street, Suite 222
San Francisco, California 94109
www.scottlawfirm.net

**John Houston Scott**
john@scottlawfirm.net

**Lizabeth N. de Vries**
liza@scottlawfirm.net

Telephone
(415) 561-9600

Facsimile
(415) 561-9609

RECEIVED SEP 10 2008

FILED
SEP 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

September 9, 2008

*VIA FAX & E-MAIL*

John P. Devine
Deputy Attorney General
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA 94102-7004

Kimberly E. Colwell
Meyers, Nave, Riback, Silver & Wilson
555 12th Street, Suite 1500
Oakland, CA 94607

Re: *Nelson Gonzalez v. Novosel, et al.,*
United States District Court, Case No: CV 07-04720 CRB

Dear Counsel:

We were prepared to go forward with the plaintiff's deposition this afternoon at his house in Redwood City. We had made arrangements to have the plaintiff transported by van in a wheelchair. We discovered that because of a recent fall in a shower he was not able to go from a horizontal position to a wheelchair. Accordingly, we invited you to take his deposition this afternoon at his bedside.

The plaintiff is also prepared to proceed with his deposition tomorrow afternoon, as scheduled, at his home. His home address is 3241 Hoover Street, Redwood City. This is less than five miles from the location in Redwood City where you noticed his deposition to be taken. We hope that you will proceed with his deposition as requested. If not, we will seek an order from Judge Breyer requiring that you proceed with his deposition at his bedside.

Sincerely,

**SCOTT LAW FIRM**

DICTATED BUT NOT READ

John Houston Scott

JHS/tsp
cc: Hon. Charles Breyer ✓
    Randolph Daar

F:\Cases\Cases - Active\Gonzales, Nelson\Correspondence\All counsel.09.09.08..doc