

*EDMUND G. BROWN JR.*
Attorney General

*State of California*
*DEPARTMENT OF JUSTICE*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5522
Facsimile: (415) 703-5480
E-Mail: John.Devine@doj.ca.gov

September 10, 2008

Via Facsimile (415)561-9609 and Regular Mail

John Houston Scott
Attorney at Law
Scott Law Firm
1375 Sutter Street #222
San Francisco, CA 94109

**FILED**

**SEP 1 0 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RE:   *Nelson Gonzales v. Michael Novosel, et al.*
      <u>United States District Court, Northern District of California</u>
      <u>Case No. C-07-04720 CRB</u>

Dear Mr. Scott:

Contrary to the assertion in your recent letter that your client was prepared to go forward with his deposition at his house, our only communication was with your co-counsel, Randy Daar, who appeared at the scheduled deposition and informed all present that your client was both immobilzed at his home and under the influence of significant painkillers (including Fentanyl) due to an injury in the shower. Enclosed is a copy of the transcript from yesterday afternoon's scheduled deposition.

This was our first inkling that you were not producing the plaintiff and came just minutes before 1:30 p.m., the time this much-delayed deposition was scheduled. Mr. Daar stated that you had not told us beforehand (which would have saved court reporter and videoographer fees) because your client and his family had not previously informed you, even though the shower injury purportedly happened *some days ago*. Under the circumstances, even had it been feasible to move a videotaped deposition to a private home in the time remaining in the day, your client was said to be highly medicated and it was questionable at best as to whether useful testimony could be had.

It is our understanding that your client intends to appear in a San Francisco courtroom for the civil trial, and that he has made multiple personal appearances in his felony matter (including, most recently, one on August 13, a day when he did not appear for deposition in this matter).

Please let us know when your client will be in sufficient health for a meaningful deposition to take place.

John Houston Scott
*Nelson Gonzales v. Novosel, et al.*
September 10, 2008
Page 2

                        Sincerely,

                        JOHN P. DEVINE
                        Deputy Attorney General

              For    EDMUND G. BROWN JR.
                      Attorney General

Encl.
cc:    Honorable Charles R. Breyer
       - United States District Court
       Tricia Hynes, Esq.
       Randolph E. Daar, Esq.

A205E6E.txt

```
1                IN THE UNITED STATES DISTRICT COURT
2               FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                       SAN FRANCISCO DIVISION
4                              - - -
5   NELSON GONZALEZ,                )
                                     )
6              Plaintiff,            )
                                     )
7         vs.                        ) Case No. C 07-04720 CRB
                                     )
8   MICHAEL NOVOSEL, et al.          )
                                     )
9              Defendants.           )
                                     )
10  _____)
11
12                    VIDEOTAPED DEPOSITION OF
                          NELSON GONZALEZ
13                    REDWOOD CITY, CALIFORNIA
                      TUESDAY, SEPTEMBER 9, 2008
14                           (Vol. 2)
15
16  STATEMENTS OF COUNSEL RE: THE NON-APPEARANCE OF NELSON GONZALEZ
17
18
19  Atkinson-Baker, Inc.
    Court Reporters
20  (800)28-3376
    www.depo.com
21  REPORTED BY:  MARGARET "MARGO" GURULE, CSR No. 12976
    FILE NO.:  A205E6E
22
23
24
25
                                                                 1
```

1                IN THE UNITED STATES DISTRICT COURT
                              Page 1

```
                        A205E6E.txt
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN FRANCISCO DIVISION
 4                              - - -
 5   NELSON GONZALEZ,                )
                                     )
 6                  Plaintiff,       )
                                     )
 7           vs.                     ) Case No. C 07-04720 CRB
                                     )
 8   MICHAEL NOVOSEL, et al.         )
                                     )
 9                  Defendants.      )
                                     )
10   _____)
11
12
13
14
15
16
17
18
19
20
21       Statements of Counsel to the Non-Appearance Deposition of
     NELSON GONZALEZ scheduled on behalf of the Defendants at the
22   Law Library of San Mateo County, located at 710 Hamilton
     Street, Conference Room, Redwood City, CA 94063, commencing at
23   1:40 p.m., Tuesday, September 9, 2008, before MARGARET "MARGO"
     GURULE, CSR No. 12976.
24
25
                                                                  2
```

```
 1                       A P P E A R A N C E S
 2   FOR PLAINTIFF:
 3       RANDOLPH E. DAAR, ESQ.
         Attorney at Law
 4       506 Broadway
```

Page 2

```
                                    A205E6E.txt
              San Francisco, California 94133
         5    (415)986-5591
         6
              FOR DEFENDANT NOVOSEL:
         7
              MEYERS, NAVE, RIBACK, SILVER & WILSON
         8    555 12th Street - Suite 1500
              Oakland, California 94607
         9    (510)808-2000
              BY:  TRISH HYNES, ESQ.
        10
        11    FOR ALL OTHER DEFENDANTS:
        12        State of California - Department of Justice
                  Attorney General's Office
        13        455 Golden Gate Avenue - Suite 11000
                  San Francisco, California 94102
        14        (415)703-5522
                  BY:  JOHN DEVINE, ESQ.
        15             TOM BLAKE, ESQ.
        16    Also Present:
        17        MATTHEW, Videographer
        18
        19
        20
        21
        22
        23
        24
        25
                                                                    3
```

1    MR. DAAR: We're on the record in the People v.
2    Gonzalez. Today is the scheduled time for the second session
3    of Nelson Gonzalez's deposition.
4         I have informed counsel for the parties that
5    Mr. Gonzalez fell in the shower several days ago. As a result
6    of the fall, he is incapable of getting into the wheelchair.
7    The wheelchair is the means by which we intended to transport

Page 3

A205E6E.txt

8  him here to the deposition.

9  We have resolved the bed sore issue because we've
10  arranged for an actual bed to be here for today's session so
11  that that would not create a problem. However the fall in the
12  shower made it impossible for us to bring him here.

13  I have offered to counsel for all the parties the
14  opportunity to go to Mr. Gonzalez's home and to conduct the
15  deposition there today or tomorrow, or merely to take a home
16  visit so that they could see the circumstances that
17  Mr. Gonzalez lives within.

18  We will endeavor to -- we have ordered a special
19  gurney that converts between a wheelchair and a bed which will
20  be available in about a week. It will ease the transportation
21  issues considerably and will provide a platform by which
22  Mr. Nelson can be -- Mr. Gonzales will be deposed while being
23  able to lie down; thus taking the pressure sores away as an
24  issue for the deposition to go forward.

25  As soon as we solve the transportation between John

4

1  and I, we will make ourselves available, given everyone else's
2  schedule, to continue this deposition as soon as possible.

3  MR. DEVINE: Randy, can you just mention that he's on
4  significant pain medications now? That's what you told us.

5  MR. DAAR: Yes. As a result of the fall, his pain
6  medication has been increased and he's presently on an Fentanyl
7  patch, which has some impact on his ability to answer
8  questions.

9  MS. HYNES: It's my understanding that Judge Breyer's
10  standing order in this case was that no deposition of any

Page 4

A205E6E.txt

11  officers will go forward unless and until plaintiff's
12  deposition is complete. So to the extent that we are not all
13  able to get back together before September 17th to complete the
14  plaintiff's deposition, it is the City Defendants' position
15  that the deposition of all four city officers scheduled
16  currently for September 17th will be suspended and not go
17  forward on the 17th.
18        MR. BLAKE: You'll let us know when your client is
19  able to proceed.
20        MR. DAAR: Absolutely. We will confer about
21  schedules.
22        MR. BLAKE: It would have been nice to know before we
23  drove down here today, all of us.
24        MR. DAAR: I would have endeavored to do that, had it
25  been possible.

5

1        MR. BLAKE: I guess we're adjourned.
2        MR. DAAR: Thank you.
3        MS. HYNES: All right.
4              (Deposition concluded at 1:38 p.m.)
5
6
7
8
9
10
11
12
13

Page 5