1  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes, Esq. (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants Officer Ron Carlino, Officer
   Sean Curmi, Officer Anthony Bordigon and Officer
7  Jason Fukushima

8
   EDMUND G. BROWN JR.
9  Attorney General of the State of California
   PAUL T. HAMMERNESS
10 Supervising Deputy Attorney General
   JOHN P. DEVINE, State Bar No. 170773
11 TOM BLAKE, State Bar No. 51885
   Deputy Attorneys General
12   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
13   Telephone:  (415) 703-5522
     Fax:  (415) 703-5480
14   Email:  John.Devine@doj.ca.gov

15 Attorneys for Defendant California Highway Patrol
   Officer M. Novosel
16

17
                    IN THE UNITED STATES DISTRICT COURT
18
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
19
                            SAN FRANCISCO DIVISION
20

21 | NELSON GONZALES,                      | Case No.  C-07-04720 CRB
22 |                         Plaintiff,    | ADMINISTRATIVE
                                           | REQUEST FOR FURTHER
23 |    v.                                 | CASE MANAGEMENT
                                           | CONFERENCE ON
24 | MICHAEL NOVOSEL, et al.,               | OCTOBER 10, 2008 AND TO
                                           | COMPEL DISCOVERY
25 |                         Defendants.   |
                                           | ORDER
26
        Come now defendants California Highway Patrol Officer M. Novosel and South San Francisco
27
   Police Officers R. Carlino, S. Curmi, A. Bordigon, J. Fukushima (hereinafter "Defendants") who
28
   submit the following Administrative Request and Proposed Order:

   Admin. Request for Further CMC and to Compel Discovery        Gonzales v. Novosel, et al. C-07-04720 CRB
                                                1

The defendants request that the Court schedule a further Case Management Conference in this matter in order to seek the Court's guidance and direction to permit defendants to complete the Independent Medical Examinations of plaintiff and have meaningful depositions of plaintiff's expert(s) before trial. Trial in this case is set for October 20, 2008.

The defendants, with the apparent cooperation of plaintiff, have been working diligently to complete a psychiatric IME of the plaintiff on dates that accommodate all parties, counsel, and the doctors. However, plaintiff's counsel have rescheduled the psychological examination multiple times, representing that plaintiff was unexpectedly unable to attend or to complete the sessions due to a variety of health problems, including nausea, dental pain, and bed sores. The examinations were canceled within minutes before they were set to begin.

The parties had agreed to exchange expert reports on October 3, 2008, and have most recently agreed to postpone simultaneous exchange of the remaining reports to October 10, 2008. But as of today's date, plaintiff has not completed even the psychiatric testing with defendants' psychologist, Ronald Roberts, Ph.D., a necessary preliminary to his examination by the defense psychiatric expert, Emily Keram, M.D. Plaintiff has canceled *three* appointments with Dr. Roberts at the last minute and has therefore not been examined by the State's expert, Dr. Keram (all of the appointments with Dr. Keram were canceled). The psychiatric issues are particularly significant to this trial because the plaintiff contends that he has amnesia as to certain, but not all, of the events at issue. The defense experts also should have an opportunity to examine the plaintiff and consider his deposition testimony in relation to issues of "suicide by cop," the effects of intoxicants, and substance abuse. In addition, the psychiatric and psychological issues are salient to the plaintiff's damages contentions as he alleges substantial expense for mental health treatment for post-traumatic stress disorder, clinical depression, and flash-backs.

Plaintiff's deposition was completed only two days ago (on October 1) following multiple cancellations and the Court's denial of his application for an order that he be deposed on "four-hour stand-by" at his home. The defense experts have not received transcripts of this week's deposition sessions, which have been ordered on an expedited basis. The defense experts should have an opportunity to review the complete deposition before finalizing their reports. The defendants have

1  been deprived of the opportunity to complete their expert witness preparation and reports as of this
2  date. Further, defendants to date have received only two of the plaintiff's experts' reports, both
3  dealing with damages, and will not have the opportunity to assess the plaintiff's contentions or
4  depose any of his experts until less than ten business days before trial is to begin.
5       Based on these facts, the defendants respectfully request that on October 10, 2008, at ~~10:30~~ 10:00
6  a.m., following the Summary Judgment hearing in this case, the Court conduct a further Case
7  Management Conference to provide guidance on the conduct of expert discovery and such related
8  matters as the Court may find appropriate.
9       Dated: October 3, 2008.
10                   Respectfully submitted,

11                   /s/ Tricia L. Hynes
12                   Tricia L. Hynes, Esq.
13                   Attorney for Defendants Officer Ron Carlino, Officer Sean Curmi, Officer Anthony Bordigon and Officer Jason Fukushima
14
15                   EDMUND G. BROWN JR.
                  Attorney General of the State of California
16
17                   /s/ John P. Devine
                  JOHN P. DEVINE
18                   Deputy Attorney General
19                   Attorneys for Defendant California Highway Patrol Officer Michael Novosel
20
21
22
23
24
25
26
27
28

1
2                              [Proposed] ORDER
3
4   IT IS SO ORDERED
5
6        Dated: __october 06_____, 2008
7
8
9                                              _____
                                               Charles R. Breyer
10                                             United States District Judge

*[Seal of the United States District Court, Northern District of California, with stamp "IT IS SO ORDERED" signed by Judge Charles R. Breyer]*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Admin. Request for Further CMC and to Compel Discovery          Gonzales v. Novosel, et al. C-07-04720 CRB
                                                                                    4