IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL NOVOSEL,<br><br>    Defendant.<br>_____/ | No. C 07-04720 CRB<br><br>**ORDER** |

    A jury trial in this matter is set to commence on Monday, November 3, 2008.  The Court hereby orders that the first phase of the trial will focus solely on the question of Defendant's liability, and not the issue of damages.  The parties are instructed to limit their opening statements to the issue of liability.  In accordance with this Order, the witnesses to be called in the first phase of the trial will be permitted to testify only on the issue of liability.  Defendant is further ordered to make available for testimony the percipient witnesses to the events on August 19, 2006.

**IT IS SO ORDERED.**

Dated:  November 2, 2008

                                              CHARLES  R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4720\Order on order of proof.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28