Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
OFFICER RON CARLINO, OFFICER SEAN CURMI,
OFFICER ANTHONY BORDIGON and OFFICER JASON FUKUSHIMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NELSON GONZALES,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL NOVOSEL, R. CARLINO, S. CURMI, A. BORDIGON, J. FUKUSHIMA and DOES 1-25, inclusive,<br><br>               Defendants. | Case No:  C07-04720 CRB (JL)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>DATE:     October 10, 2008<br>TIME:     10:00 a.m.<br>DEPT:     Courtroom 8, 19th Floor<br>JUDGE:   Hon. Charles R. Breyer |
|---|---|

1    This action came on for hearing before the Court on October 10, 2008, the Honorable Charles
2    R. Breyer, District Judge presiding, on a Motion for Summary Judgment brought by Defendants
3    Officer Ron Carlino, Officer Sean Curmi, Officer Anthony Bordigon and Officer Jason Fukushima,
4    and the evidence presented having been fully considered, the issues having been duly heard and a
5    decision having been duly rendered,

6    IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing and that the action be
7    dismissed on the merits as to Defendants Officer Ron Carlino, Officer Sean Curmi, Officer Anthony
8    Bordigon and Officer Jason Fukushima.

10   Dated: __1/6/09_____

12   _____
     HONORABLE CHARLES R. BREYER



15   1183265.1

[Proposed] Judgment                        1                        [C07-04720 CRB]